FILED
2011 DEC -5 AM 7:[??]
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

United States Bankruptcy Court
For BALTIMORE-NIGHT BOX
2011 DEC -2 PM 8:27
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND

The District of Maryland

In re:

Monroe R. Parker, Jr. + Tonia R. Parker      Case No. 10-38938-DK
Debtor(s)     Chapter 7

Appellant(s)

                                                     Appeal No.: 1:11-cv-03248-WMN

vs.

Union Institute & University
et al.

Appellee(s)

## Designation of Items To Be Included In Record On Appeal

| FILE DATE | PAPER NO. | PLEADING |
|---|---|---|
| 10/18/11 | DOC 21 | MOTION TO VACATE INTERLOCUTORY ORDERS |
| 03/24/11 | DOC 23 | AMENDED MEMORANDUM OF DECISION |
| 10/18/11 | DOC 21-1 | AMENDED ORDER GRANTING SUMMARY JUDGEMENT |
| 01/07/11 | DOC 16 | JURY TRIAL DEMAND |
| 01/07/11 | DOC 16-1 | MOTION TO VACATE |
| 01/07/11 | DOC 16-2 | Notice of Filing |

| Date | Doc | Description |
|---|---|---|
| 01/07/11 | DOC 16-3 | Statement of Intention |
| 10/18/11 | DOC 21-1 | Summons For Unlawful Detainer #10052607 |
| 10/18/11 | DOC 16-5 | ORDER FROM COM. OF VA STATE COURT |
| 01/07/11 | DOC 16-6 | JURY TRIAL DEMAND |
| 10/18/11 | DOC 13 | MOTION FOR RELIEF FROM AUTOMATIC STAY |
| 10/18/11 | DOC 21-2 | Adversary Proceeding DOCS |
| 10/27/11 | DOC 85 | APPEAL DOCS |
| 02/01/11 | DOC 22 | MOTION TO CONSOLIDATE |
| 10/25/11 | DOC 84 | NOTICE OF FILING |
| 01/07/11 | DOC 1 | JURY TRIAL DEMAND |
| 01/07/11 | DOC 1-1 | MOTION TO VACATE |
| 10/28/11 | DOC 25 | ADVERSARY PROCEEDING 11-0013 11-00480 |
| 12/29/10 | DOC 24 | MOTION TO VACATE OR AMEND |
| 10/28/11 | DOC 89 | MOTION FOR LEAVE TO APPEAL INTERLOCUTORY ORDERS |

DATE: 11/30/11

Monroe R. Parker, Jr.

Tonia R. Parker
27060 Ocean Gateway
Hebron, MD. 21830      (2)