Official Form 17
(12/04)

BALTIMORE-NIGHT BOX

# United States Bankruptcy Court

U.S. BANKRUPTCY COURT
DISTRICT  District Of _Maryland_

In re _Monroe R. Parker, Jr._ ,
          Debtor
_Tonia R. Parker_
          Co-Debtor

Case No. _10 - 38938_

Chapter _7_

*[Caption as in Form 16A, 16B, or 16D, as appropriate]*

## NOTICE OF APPEAL

_Monroe & Tonia R. Parker_ , the plaintiff [or defendant or other party] appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe) entered in this adversary proceeding [or other proceeding, describe type] on the _18th_ day of _October_, _2011_.
_Doc 32  Evidentiary Hearing Bankruptcy Discrimination_ (month)   (year)  _ORDER ON MOTION FOR_
     The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and _MISCELLANEOUS RELIEF_ telephone numbers of their respective attorneys are as follows:

_Joseph J. Bellinger, Trustee_        _Andrew L. Cole_           _Marc E. Shach_
_Offit Kurman, P.A._                   _Franklin & Prokopik_       _Shannon B. Kreshtool_
_8171 Maple Lawn Blvd., Ste. 200_      _The B+O Building_          _Weinstock, Friedman + Friedman, P.A._
_Maple Lawn, Maryland 20759_           _Two N. Charles St. Ste. 600_  _4 Reservoir Circle_
_(443) 738-1515_                       _Baltimore, MD 21201_        _Baltimore, MD 21208_
Dated: _October 21, 2011_              _(410) 752-8700_             _(410) 559-9000_

Signed: _Monroe R. Parker Jr / Tonia R. Parker_
          Attorney for Appellant (or Appellant, if not represented by an Attorney)

Attorney Name: _Monroe R. Parker, Jr. / Tonia R. Parker_

Address: _27060  Ocean Gateway_
          _Hebron, Maryland    21830_
Telephone No: _(410) 572-5820_

     If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

     *If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

B20A  (Official Form 20A) (Notice of Motion or Objection) (12/10)

# United States Bankruptcy Court

### District of _Maryland_

In re _Monroe R. Parker, Jr. + Tonia R. Parker_ )
        *[Set forth here all names including married, maiden, and* )
        *trade names used by debtor within last 8 years.]* )
                                                            )
                        Debtor                              )     Case No. _10-38938_
                                                            )
Address  _27060 Ocean Gateway_                              )
         _Hebron, Maryland 21830_                           )
                                                            )     Chapter  _7_
Last four digits of Social Security or Individual Tax-payer Identification )
(ITIN) No(s).,(if any): _3895 + 8092_                       )
                                                            )
                                                            )
Employer's Tax Identification (EIN) No(s).(if any): _____ )
                                                            )
                                                            )

## NOTICE OF [MOTION TO ] [OBJECTION TO ]

_Monroe R. Parker, Jr._
_+ Tonia R. Parker_ has filed papers with the court to [relief sought in motion or objection].
                    _NOTICE OF APPEAL_
       <u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your
attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult
one.)

        If you do not want the court to [relief sought in motion or objection], or if you want the court to consider
your views on the [motion] [objection], then on or before (date) , you or your attorney must:

        [File with the court a written request for a hearing {or, *if the court requires a written response*, an answer,
explaining your position} at: _101 W. Lombard Street_
                             _Baltimore, Maryland 21830_
                 {address of the bankruptcy clerk's office}

        If you mail your {request}{response} to the court for filing, you must mail it early enough so the court will
receive it on or before the date stated above.

        You must also mail a copy to:     _Monroe R. Parker, Jr._
                                          _Tonia R. Parker_
                {movant's attorney's name and address}  _27060 Ocean Gateway_
                                                         _Hebron, Md. 21830_
                {names and addresses of others to be served}] _Joseph J. Bellinger (Trustee), Andrew L. Cole,_
                                                         _Marc E. Shach (addresses on Notice of Appeal_
        [Attend the hearing scheduled to be held on (date) , (year) , at ____ a.m./p.m. in Courtroom____, United
States Bankruptcy Court, {address}.]

        [Other steps required to oppose a motion or objection under local rule or court order.]

        If you or your attorney do not take these steps, the court may decide that you do not oppose the relief
sought in the motion or objection and may enter an order granting that relief.

Date: _October 21, 2011_              Signature: _Monroe R. Parker, Jr._
                                      Name: _Monroe R. Parker, Jr._
                                      Address _27060 Ocean Gateway_
                                              _Hebron, Maryland 21830_
_October 21, 2011_                            _Tonia R. Parker_
                                      Name: _Tonia R. Parker_
                                      Address: _27060 Ocean Gateway_
                                               _Hebron, Maryland 21830_

✓ RETAIN

~~Duncan W. Keir~~, U. S. BANKRUPTCY JUDGE

*E. S. DERBY*

Evidentiary Hrg: Ⓨ N

PROCEEDING MEMO - CHAPTER 7

Date: 10/18/2011 Time: 10:00

**CASE: 10-38938 Monroe Roosevelt Parker, Jr. and Tonia Rochelle Parker**

PRO SE representing Monroe Roosevelt Parker Jr. (Debtor)

PRO SE Tonia Rochelle Parker (Debtor)

Joseph J. Bellinger representing Joseph J. Bellinger (Trustee)

Andrew L. Cole representing Daniel L. Rosenthal (Other Party)

Andrew L. Cole representing Harman, Claytor, Corrigan &Wellman, P.C. (Other Party)

Andrew L. Cole representing Richard K. Bennett (Other Party)

Andrew L. Cole representing McGuireWoods LLP (Other Party)

Andrew L. Cole representing K. Elizabeth Sieg (Other Party)

Andrew L. Cole representing Lori M. Scott (Other Party)

Andrew L. Cole representing Olivia Dawson (Other Party)

Andrew L. Cole representing Ronald N. Crawford (Other Party)

Andrew L. Cole representing Ida Mae Hays (Other Party)

Andrew L. Cole representing Tiffany K. Pittman (Other Party)

Andrew L. Cole representing James F. Peak, Jr. (Other Party)

Andrew L. Cole representing Baptist Theological Seminary at Richmond (Other Party) *Marc Shach for Union Institute + University*

[67] Motion For Sanctions for Violation of the Automatic Stay Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker . (Oliver, Yvette) Additional attachment(s) added on 7/7/2011 (Oliver, Yvette). Modified on 7/7/2011 (Oliver, Yvette).CORRECTIVE ENTRY: ATTACHED PROPOSED ORDER.

**MOVANT** : Monroe Parker Tonia Parker (no aty)

DISPOSITIONS:

Granted____ Denied____ Withdrawn____ Consent____ Default___ Under Adv.___

Moot_____ Dismissed *67* Overruled_____ Sustained_____ O.T.J. Fee_____

*for lack of prosecution.*

10-38938: 1 of 2

Continued to: _____

DECISION:

    [ ] Signed by Court        [ ] Filed by Counsel
    [ ] To be prepared by:
        [ ] Movant's counsel      [✓] Court
        [ ] Respondent's counsel  [✓] Other  CSS: Please upload 19.1

NOTES:

No one appeared for the ~~plaintiff~~ Movants.
The ~~complaint~~ Motion as to 11 USC § 525(c)(1)
is not sufficiently clear to state a
cause of action. Therefore, since Movants
did not appear to explain their
intent ~~with~~ whether they wished to
go forward and to clarify what
allegations they could make, the motion
is dismissed for lack of prosecution.

Repeat, ~~IFP~~, NODIS

# U.S. Bankruptcy Court
## District of Maryland (Baltimore)
### Bankruptcy Petition #: 10-38938

*Date filed:* 12/27/2010

*Assigned to:* Duncan W. Keir
Chapter 7 **(SAL)**
Voluntary
No asset

*Case Administrator:* Jennifer Whitfield
*Team Phone:* 301-344-3965

---

*Debtor*
**Monroe Roosevelt Parker, Jr.**
27060 Ocean Gateway
Hebron, MD 21830
WICOMICO-MD
(410) 677-3003
SSN / ITIN: xxx-xx-3895

represented by **Monroe Roosevelt Parker, Jr.**
PRO SE

*Debtor*
**Tonia Rochelle Parker**
27060 Ocean Gateway
Hebron, MD 21830
WICOMICO-MD
(410) 677-3003
SSN / ITIN: xxx-xx-8092

represented by **Tonia Rochelle Parker**
PRO SE

*Trustee*
**Joseph J. Bellinger**
Offit Kurman
8171 Maple Lawn Boulevard
Suite 200
Fulton, MD 20759
(443) 738-1515
Fax : (301) 575-0335
Email: trustee@offitkurman.com

represented by **Joseph J. Bellinger**
Offit Kurman
8171 Maple Lawn Boulevard
Suite 200
Fulton, MD 20759
(443) 738-1515
Fax : (301) 575-0335
Email: trustee@offitkurman.com

*Other Party*
**Daniel L. Rosenthal**

represented by **Andrew L. Cole**
Franklin & Prokopik
The B&O Building
Two N. Charles St., Suite 600
Baltimore, MD 21201
(410) 230-1080
Fax : (410) 752-6868
Email: acole@fandpnet.com

**Other Party**
**Harman, Claytor, Corrigan & Wellman, P.C.**
Attn: David P. Corrigan
4951 Lake Brook Dr., Ste. 100
Glen Allen, VA

represented by **Andrew L. Cole**
(See above for address)

**Other Party**
**Richard K. Bennett**

represented by **Andrew L. Cole**
(See above for address)

**Other Party**
**McGuireWoods LLP**

represented by **Andrew L. Cole**
(See above for address)

**Other Party**
**K. Elizabeth Sieg**
c/o Andrew L. Cole, Esq.
Franklin & Prokopik
The B&O Building
Two N. Charles St. Ste. 600
Baltimore, MD 21201
(410) 752-8700
Fax : (410) 752-6868
Email: acole a fandpnet.com

represented by **Andrew L. Cole**
(See above for address)

**Other Party**
**Lori M. Scott**
c/o Andrew L. Cole, Esq.
Franklin & Prokopik
The B&O Building
Two N. Charles St. Ste. 600
Baltimore, MD 21201
(410) 752-8700
Fax : (410) 752-6868
Email: acole a fandpnet.com

represented by **Andrew L. Cole**
(See above for address)

**Other Party**
**Olivia Dawson**
c/o Andrew L. Cole, Esq.
Franklin & Prokopik
The B&O Building
Two N. Charles St. Ste. 600
Baltimore, MD 21201
(410) 752-8700
Fax : (410) 752-6868
Email: acole a fandpnet.com

represented by **Andrew L. Cole**
(See above for address)

**Other Party**
**Ronald N. Crawford**
c/o Andrew L. Cole, Esq.
Franklin & Prokopik
The B&O Building

represented by **Andrew L. Cole**
(See above for address)

Two N. Charles St. Ste. 600
Baltimore, MD 21201
(410) 752-8700
Fax : (410) 752-6868
Email: acole@fandpnet.com

**Other Party**                                    represented by **Andrew L. Cole**
**Ida Mae Hays**                                                   (See above for address)
c/o Andrew L. Cole, Esq.
Franklin & Prokopik
The B&O Building
Two N. Charles St. Ste. 600
Baltimore, MD 21201
(410) 752-8700
Fax : (410) 752-6868
Email: acole@fandpnet.com

**Other Party**                                    represented by **Andrew L. Cole**
**Tiffany K. Pittman**                                             (See above for address)
c/o Andrew L. Cole, Esq.
Franklin & Prokopik
The B&O Building
Two N. Charles St. Ste. 600
Baltimore, MD 21201
(410) 752-8700
Fax : (410) 752-6868
Email: acole@fandpnet.com

**Other Party**                                    represented by **Andrew L. Cole**
**James F. Peak, Jr.**                                             (See above for address)
c/o Andrew L. Cole, Esq.
Franklin & Prokopik
The B&O Building
Two N. Charles St. Ste. 600
Baltimore, MD 21201
(410) 752-8700
Fax : (410) 752-6868
Email: acole@fandpnet.com

**Other Party**                                    represented by **Andrew L. Cole**
**Baptist Theological Seminary at Richmond**                       (See above for address)
3800 Brook Road
Richmond, VA 23227

| Filing Date | # | Docket Text |
|---|---|---|
|  |  | Evidentiary Status Hearing Held (related document(s)67 Motion For Sanctions for Violation of the Automatic Stay Filed |

| | | |
|---|---|---|
| 10/18/2011 | 82 | by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker). DISMISSED FOR LACK OF PROSECUTION. (See Proceeding Memo for Additional Notes). (Faucette, E) (Entered: 10/19/2011) |
| 08/29/2011 | | Adversary Case 1:11-ap-480 Closed. (Whitfield, Jennifer) (Entered: 08/29/2011) |
| 08/21/2011 | 81 | BNC Certificate of Mailing - PDF Document. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 79 Order on Motion for Sanctions for Violation of the Automatic Stay). No. of Notices: 1. Notice Date 08/21/2011. (Admin.) (Entered: 08/22/2011) |
| 08/19/2011 | 80 | BNC Certificate of Mailing - PDF Document. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 77 Order on Motion for Miscellaneous Relief). No. of Notices: 16. Notice Date 08/19/2011. (Admin.) (Entered: 08/20/2011) |
| 08/19/2011 | | Hearing Set On (related document(s)67 Motion for Sanctions for Violation of the Automatic Stay filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker, 70 Response filed by Creditor Union Institute & University, 78 Response filed by Debtor Monroe Roosevelt Parker). Status hearing to be held on 10/18/2011 at 10:00 AM at 341 meeting room 104 at 129 East Main St., Salisbury. (Whitfield, Jennifer) (Entered: 08/19/2011) |
| 08/19/2011 | 79 | Order Denying Motion in Part and Setting Hearing on Remaining Issue - Status Conference as to 11 USC 525(c)(1) 10/18/2011 @ 10:00 AM, Salisbury (related document(s):67 Motion For Sanctions for Violation of the Automatic Stay Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker). (Whitfield, Jennifer) (Entered: 08/19/2011) |
| 08/19/2011 | 78 | Response on behalf of Monroe Roosevelt Parker Jr. Filed by Monroe Roosevelt Parker Jr. (related document(s) 70 Response filed by Creditor Union Institute & University). (Attachments: # 1 Certificate of Service) (Burkhart, Mary) (Entered: 08/19/2011) |
| | | |

| 08/19/2011 | | Adversary Case 1:11-ap-13 Closed. (Whitfield, Jennifer) (Entered: 08/19/2011) |
|---|---|---|
| 08/17/2011 | 77 | Order Denying Motion (related document(s):68 Motion to Admit Exhibits Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker). (Whitfield, Jennifer) (Entered: 08/17/2011) |
| 08/11/2011 | 76 | BNC Certificate of Mailing - PDF Document. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 75 Order on Motion to Extend Time). No. of Notices: 1. Notice Date 08/11/2011. (Admin.) (Entered: 08/12/2011) |
| 08/09/2011 | 75 | Order Granting Motion to Extend Time - any reply by the debtors to the responses to Motion for Sanction shall be no later than 8/18/2011 (related document(s):74 Motion to Extend Time to Answer (RE: 70 Response on behalf of Union Institute & University Filed by Marc E. Shach (RE: 67 Motion for Sanctions for Violation of the Automatic Stay filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker) Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker). (Whitfield, Jennifer) (Entered: 08/09/2011) |
| 08/03/2011 | 74 | Motion to Extend Time to Answer (related document(s) 70 Response on behalf of Union Institute & University Filed by Marc E. Shach (related document(s)67 Motion for Sanctions for Violation of the Automatic Stay filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker) Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker. (Burkhart, Mary) (Entered: 08/04/2011) |
| 07/22/2011 | 73 | BNC Certificate of Mailing. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 69 Deficiency Notice). No. of Notices: 1. Notice Date 07/22/2011. (Admin.) (Entered: 07/23/2011) |
| 07/21/2011 | 72 | Amended Certificate of Service Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker (related document(s) 68 Motion to Admit Exhibits filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker). (Burkhart, Mary) (Entered: 07/21/2011) |
| | | |

| 07/20/2011 | 71 | Notice of Appearance and Request for Notice Filed by Union Institute& University. (Kreshtool, Shannon) (Entered: 07/20/2011) |
|---|---|---|
| 07/20/2011 | 70 | Response on behalf of Union Institute & University Filed by Marc E. Shach (related document(s)67 Motion for Sanctions for Violation of the Automatic Stay filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker). (Attachments: # 1 Exhibit Miles H.Scott Affidavit# 2 Exhibit Bankruptcy Docket# 3 Exhibit Order of Dismissal# 4 Proposed Order) (Shach, Marc) (Entered: 07/20/2011) |
| 07/20/2011 | 69 | Deficiency Notice (related document(s) 68 Motion to Admit Exhibits filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker). Cured Pleading due by 8/3/2011. (Burkhart, Mary) (Entered: 07/20/2011) |
| 07/11/2011 | 68 | Motion to Admit Exhibits Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker. (Attachments: # 1 Certificate of Service # 2 Notice of Motion # 3 Exhibit 1 through 14) (Burkhart, Mary) (Entered: 07/12/2011) |
| 07/06/2011 | 67 | Motion For Sanctions for Violation of the Automatic Stay Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker . (Oliver, Yvette) Additional attachment(s) added on 7/7/2011 (Oliver, Yvette). Modified on 7/7/2011 (Oliver, Yvette).CORRECTIVE ENTRY: ATTACHED PROPOSED ORDER. (Entered: 07/07/2011) |
| 06/27/2011 | 66 | Financial Management Course Certificate Filed on Behalf o Monroe Roosevelt Parker Jr., Tonia Rochelle Parker Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker. (Attachments: # 1 Certificate of Monroe Parker) (Burkhart, Mary) (Entered: 06/28/2011) |
| 06/16/2011 | 65 | Adversary case 11-00480. (41 Objection / revocation of discharge - 727(c),(d),(e)) Complaint by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker against Sharp Energy, Inc., Bob Zola, Holly Smith, Ruark Rentals, Delmarva Power & Light Company, Kim Ortega. (Burkhart, Mary) Modified on 6/24/2011 (Burkhart, Mary). CORRECTIVE ENTRY: ENHANCED TEXT. (Entered: 06/16/2011) |
| 06/06/2011 | 64 | Amended Social Security Number Verification Page Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker. (Burkhart, Mary) (Entered: 06/07/2011) |
| | | Certificate of Service Filed by Monroe Roosevelt Parker Jr., |

| | | |
|---|---|---|
| 06/06/2011 | 63 | Tonia Rochelle Parker (related document(s) 56 Amended Schedules filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker, 57 Amended Creditor Matrix filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker). (Attachments: # 1 Summary of Schedules and Schedules A - J# 2 Statement of Financial Affairs# 3 Statement of Intent# 4 Chapter 7 Means# 5 Amended Verification of Creditor Matrix) (Burkhart, Mary) (Entered: 06/07/2011) |
| 05/24/2011 | | Chapter 7 Trustee's Report of No Distribution: I, Joseph J. Bellinger, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Meeting of Creditors and Examination of Debtor(s) Conducted. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 5 months. Assets Abandoned (without deducting any secured claims): $26310.00, Assets Exempt: Not Available, Claims Scheduled: $192084.00, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $192084.00. Filed by Joseph J. Bellinger. (Bellinger, Joseph) (Entered: 05/24/2011) |
| 05/22/2011 | 62 | BNC Certificate of Mailing. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 61 Deficiency Notice). No. of Notices: 1. Notice Date 05/22/2011. (Admin.) (Entered: 05/23/2011) |
| 05/20/2011 | 61 | Deficiency Notice (related document(s)56 Amended Schedules filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker, 57 Amended Creditor Matrix filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker). Cured Pleading due by 6/3/2011. (Escobar, Jolon) (Entered: 05/20/2011) |
| | | Amended Statement of Financial Affairs on behalf of Monroe Roosevelt Parker Jr., Tonia Rochelle Parker Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker (related document |

| 05/19/2011 | 60 | (s)36 Amended Statement of Financial Affairs filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker). (Escobar, Jolon) (Entered: 05/20/2011) |
|---|---|---|
| 05/19/2011 | 59 | Amended Statement of Intent on behalf of Monroe Roosevelt Parker Jr., Tonia Rochelle Parker Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker . (Escobar, Jolon) (Entered: 05/20/2011) |
| 05/19/2011 | 58 | No Presumption of Abuse. Amended Chapter 7 Statement of Current Monthly Income and Means Test Calculation - Form 22A on Behalf of Monroe Roosevelt Parker Jr., Tonia Rochelle Parker Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker . (Escobar, Jolon) (Entered: 05/20/2011) |
| 05/19/2011 | 57 | Amendment to List of Creditors Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker . (Escobar, Jolon) (Entered: 05/20/2011) |
| 05/19/2011 | 56 | Amended Schedules A-J on Behalf of Monroe Roosevelt Parker Jr., Tonia Rochelle Parker Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker. (Escobar, Jolon) (Entered: 05/20/2011) |
| 05/19/2011 | | Receipt of filing fee for Amendment to List of Creditors Schedules. Receipt Number 40080374. Fee Amount $26.00 received by MK. (admin) (Entered: 05/19/2011) |
| 05/04/2011 | | Meeting of Creditors Held and Disposition Pending .Meeting of Creditors held but not concluded.Meeting of Creditors held but not concluded. (Bellinger, Joseph) (Entered: 05/04/2011) |
| 04/24/2011 | 55 | BNC Certificate of Mailing - PDF Document. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 54 Order on Motion to Extend Time to Object to Discharge). No. of Notices: 22. Notice Date 04/24/2011. (Admin.) (Entered: 04/25/2011) |
| 04/22/2011 | 54 | Order Granting Chapter 7 Trustee's Motion Extending Deadline to File Complaints Objecting to Discharge (related document (s):52 Motion to Extend Time to Object to Discharge Filed by Joseph J. Bellinger). Last day to oppose discharge is 6/21/2011. (Whitfield, Jennifer) (Entered: 04/22/2011) |

| | | |
|---|---|---|
| 04/19/2011 | 53 | Hearing Held (related document(s)15 Motion For Sanctions for Violation of the Automatic Stay Filed by Monroe Roosevelt Parker Jr., 22 Opposition on behalf of McGuireWoods LLP, Lori M. Scott, K. Elizabeth Sieg Filed by Andrew L. Cole (related document(s)15 Motion for Sanctions for Violation of the Automatic Stay filed by Debtor Monroe Roosevelt Parker). NOTHING TO ADJUDICATE. (See Proceeding Memo). (Faucette, E) (Entered: 04/20/2011) |
| 04/18/2011 | 52 | Motion to Extend Time to Object to Discharge Filed by Joseph J. Bellinger. (Attachments: # 1 Proposed Order) (Bellinger, Joseph) (Entered: 04/18/2011) |
| 04/08/2011 | 51 | BNC Certificate of Mailing - PDF Document. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 50 Order Striking Deficient Pleading or Document). No. of Notices: 1. Notice Date 04/08/2011. (Admin.) (Entered: 04/09/2011) |
| 04/06/2011 | 50 | Order Striking Pleading for Failure of Party to Comply with Required Filing Procedures (related document(s)35 Amended Schedules filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker). (Whitfield, Jennifer) (Entered: 04/06/2011) |
| 04/03/2011 | 49 | BNC Certificate of Mailing. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 47 Notice of Requirement to Complete Course in Financial Management). No. of Notices: 1. Notice Date 04/03/2011. (Admin.) (Entered: 04/04/2011) |
| 04/02/2011 | 48 | BNC Certificate of Mailing - PDF Document. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 46 Order on Motion to Extend Time). No. of Notices: 1. Notice Date 04/02/2011. (Admin.) (Entered: 04/03/2011) |
| 04/01/2011 | 47 | Second Notice of Requirement to Complete Course in Financial Management. (admin) (Entered: 04/01/2011) |

| | | |
|---|---|---|
| 03/31/2011 | 46 | Order Granting Motion to Extend Time - deficiencies noted on March 15, 2011{PP# 38, 39, & 40} must be cured by no later April 1, 2011. (related document(s):45 Motion to Extend Time to Cure Filed Pleadings Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker). (Whitfield, Jennifer) (Entered: 03/31/2011) |
| 03/30/2011 | 45 | Motion to Extend Time to Cure Filed Pleadings Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker. (Burkhart, Mary) (Entered: 03/31/2011) |
| 03/22/2011 | 44 | Creditor Request for Notices Filed by Main Street Acquisitions Corp. (Weisman, Gilbert) (Entered: 03/22/2011) |
| 03/17/2011 | 43 | BNC Certificate of Mailing. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 39 Deficiency Notice - Amendment Fee). No. of Notices: 1. Notice Date 03/17/2011. (Admin.) (Entered: 03/18/2011) |
| 03/17/2011 | 42 | BNC Certificate of Mailing. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 40 Deficiency Notice). No. of Notices: 1. Notice Date 03/17/2011. (Admin.) (Entered: 03/18/2011) |
| 03/17/2011 | 41 | BNC Certificate of Mailing. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 38 Deficiency Notice). No. of Notices: 1. Notice Date 03/17/2011. (Admin.) (Entered: 03/18/2011) |
| 03/15/2011 | 40 | Deficiency Notice for Matrix of Newly Added Creditors (related document(s) 35 Amended Schedules filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker). Cured Pleading due by 3/29/2011. (Burkhart, Mary) (Entered: 03/15/2011) |
| | | Deficiency Notice for an Amendment Fee. Fee Due for (35 Amended Schedules) in the amount of $26.00 (related document(s)35 Amended Schedules filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker). Cured |

| 03/15/2011 | 39 | Pleading due by 3/29/2011. (Burkhart, Mary) (Entered: 03/15/2011) |
|---|---|---|
| 03/15/2011 | 38 | Deficiency Notice for Signature of Debtor (related document(s) 35 Amended Schedules filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker). Cured Pleading due by 3/29/2011. (Burkhart, Mary) (Entered: 03/15/2011) |
| 03/15/2011 | 37 | Certificate of Service Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker (related document(s) 34 Amended Voluntary Petition filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker, 35 Amended Schedules filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker, 36 Amended Statement of Financial Affairs filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker). (Burkhart, Mary) (Entered: 03/15/2011) |
| 03/15/2011 | 36 | Amended Statement of Financial Affairs on behalf of Monroe Roosevelt Parker Jr., Tonia Rochelle Parker Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker. (Burkhart, Mary) (Entered: 03/15/2011) |
| 03/15/2011 | 35 | Amended Schedules filed: Schedule A, Schedule B, Schedule C, Schedule D, Schedule E, Schedule F, on Behalf of Monroe Roosevelt Parker Jr., Tonia Rochelle Parker Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker. (Burkhart, Mary) (Entered: 03/15/2011) |
| 03/15/2011 | 34 | Amended Voluntary Petition to Correct Address Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker. (Attachments: # 1 Affidavit) (Burkhart, Mary) (Entered: 03/15/2011) |
| 03/12/2011 | 33 | BNC Certificate of Mailing - PDF Document. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 31 Order on Motion for Miscellaneous Relief). No. of Notices: 13. Notice Date 03/12/2011. (Admin.) (Entered: 03/13/2011) |
|  |  | BNC Certificate of Mailing - Hearing. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 30 Notice of Hearing). No. of Notices: 13. Notice Date |

| 03/11/2011 | 32 | 03/11/2011. (Admin.) (Entered: 03/12/2011) |
|---|---|---|
| 03/10/2011 | 31 | Order Consolidating Motion for Sanctions [Docket #15] Into Adversary Proceeding 11-0013 (related document(s):22 Motion to Consolidate Hearings on P#15 Motion For Sanctions for Violation of the Automatic Stay Filed by Monroe Roosevelt Parker Jr. and Adversary Proceeding {Adv. #11-0013} Filed by Baptist Theological Seminary at Richmond, Richard K. Bennett, Ronald N. Crawford, Olivia Dawson, Harman, Claytor, Corrigan & Wellman, P.C., Ida Mae Hays, McGuireWoods LLP, James F. Peak, Jr., Tiffany K. Pittman, Daniel L. Rosenthal, Lori M. Scott, K. Elizabeth Sieg). (Whitfield, Jennifer) (Entered: 03/10/2011) |
| 03/09/2011 | 30 | Notice of Hearing (related document(s)15 Motion for Sanctions for Violation of the Automatic Stay filed by Debtor Monroe Roosevelt Parker, 27 Opposition filed by Other Party McGuireWoods LLP, Other Party Lori M. Scott, Other Party K. Elizabeth Sieg). Hearing scheduled for 4/19/2011 at 10:00 AM at 341 meeting room 104 at 129 East Main St., Salisbury. (Whitfield, Jennifer) (Entered: 03/09/2011) |
| 03/04/2011 | 29 | Notice of Change of Address on behalf of Monroe Roosevelt Parker Jr., Tonia Rochelle Parker Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker . (Kearney, Carmen) (Entered: 03/04/2011) |
| 03/03/2011 | | Meeting of Creditors Continued . on 4/22/2011 at 09:00 AM at 341 meeting room 104 at 129 East Main St., Salisbury Debtor appeared but was instructed to Amend/Correct Schedules Debtor appeared. (Bellinger, Joseph) (Entered: 03/03/2011) |
| 03/03/2011 | 28 | Notice of Continuance of Meeting of Creditors Filed by Joseph J. Bellinger. 341(a) meeting to be held on 4/22/2011 at 09:00 AM at 341 meeting room 104 at 129 East Main St., Salisbury. (Bellinger, Joseph) (Entered: 03/03/2011) |
| 03/02/2011 | 27 | Opposition on behalf of McGuireWoods LLP, Lori M. Scott, K. Elizabeth Sieg Filed by Andrew L. Cole (related document(s)15 Motion for Sanctions for Violation of the Automatic Stay filed by Debtor Monroe Roosevelt Parker). (Attachments: # 1 Exhibit Exhibit 1 - Scott Declaration# 2 Exhibit Exhibit 2 - Sieg Declaration# 3 Exhibit Exhibit 3 - Slaughter Declaration# 4 Exhibit Exhibit 4 - Virginia Bankruptcy Docket# 5 Exhibit Exhibit 5 - Virginia Motion for Relief from Stay# 6 Exhibit Exhibit 6 - Order Granting Relief from Stay# 7 Proposed Order Proposed Order Denying Motion) (Cole, Andrew) (Entered: 03/02/2011) |

| | | |
|---|---|---|
| 02/19/2011 | 26 | BNC Certificate of Mailing - PDF Document. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 25 Order on Motion For Relief From Stay). No. of Notices: 1. Notice Date 02/19/2011. (Admin.) (Entered: 02/20/2011) |
| 02/17/2011 | 25 | Order Granting Motion For Relief From Stay (related document (s):13 Motion for Relief from Stay and Notice of Motion Re: 605 Riverside Dr., Apartment B, Salisbury, MD 21801, filed by Hickory Hill LLC). (Whitfield, Jennifer) (Entered: 02/17/2011) |
| 02/15/2011 | | Disposition Without Hearing: re: 13 Relief from Stay and Notice of Motion NO RESPONSE. (related document(s) 13 Relief from Stay and Notice of Motion ) (Martin, Cherita) (Entered: 02/16/2011) |
| 02/15/2011 | | The Debtor(s) is/are certified as having complied with all filing requirements of 11 U.S.C. sec. 521(a)(1), with the exception of subparagraph 521(a)(1)(B)(iv), which is not filed with the Court pursuant to Administrative Order 05-04. (Whitfield, Jennifer) (Entered: 02/15/2011) |
| 02/09/2011 | 24 | BNC Certificate of Mailing - Hearing. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 23 Notice of Hearing). No. of Notices: 2. Notice Date 02/09/2011. (Admin.) (Entered: 02/10/2011) |
| 02/07/2011 | 23 | Notice of Hearing (related document(s)22 Motion for Miscellaneous Relief filed by Other Party McGuireWoods LLP, Other Party Harman, Claytor, Corrigan & Wellman, P.C., Other Party James F. Peak, Jr., Other Party Tiffany K. Pittman, Other Party Ida Mae Hays, Other Party Ronald N. Crawford, Other Party Olivia Dawson, Other Party Baptist Theological Seminary at Richmond, Other Party Lori M. Scott, Other Party K. Elizabeth Sieg, Other Party Richard K. Bennett, Other Party Daniel L. Rosenthal). Hearing scheduled for 4/19/2011 at 10:00 AM at 341 meeting room 104 at 129 East Main St., Salisbury. (Whitfield, Jennifer) (Entered: 02/07/2011) |
| | | Motion to Consolidate Hearings on P#15 Motion For Sanctions for Violation of the Automatic Stay Filed by Monroe Roosevelt Parker Jr. and Adversary Proceeding {Adv. #11-0013} Filed by |

| | | |
|---|---|---|
| 02/01/2011 | 22 | Baptist Theological Seminary at Richmond, Richard K. Bennett, Ronald N. Crawford, Olivia Dawson, Harman, Claytor, Corrigan & Wellman, P.C., Ida Mae Hays, McGuireWoods LLP, James F. Peak, Jr., Tiffany K. Pittman, Daniel L. Rosenthal, Lori M. Scott , K. Elizabeth Sieg. (Attachments: # 1 Proposed Order) (Whitfield, Jennifer) (Entered: 02/02/2011) |
| 02/01/2011 | 21 | Motion to Consolidate 10-38938 with 11-0013 Filed by Daniel L. Rosenthal, Harman, Claytor, Corrigan & Wellman, P.C., Richard K. Bennett, McGuireWoods LLP, K. Elizabeth Sieg, Lori M. Scott, Olivia Dawson, Ronald N. Crawford, Ida Mae Hays, Tiffany K. Pittman, James F. Peak, Jr., Baptist Theological Seminary at Richmond. (Attachments: # 1 Proposed Order) (Cole, Andrew) Modified on 2/2/2011. CORRECTIVE ENTRY: IGNORE THIS ENTRY - INCORRECT EVENT USED - REDOCKETED AT P#22. (Whitfield, Jennifer). (Entered: 02/01/2011) |
| 01/12/2011 | 20 | BNC Certificate of Mailing - PDF Document. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 18 Order on Application to Proceed in forma pauperis). No. of Notices: 2. Notice Date 01/12/2011. (Admin.) (Entered: 01/13/2011) |
| 01/11/2011 | 19 | Creditor Request for Notices Filed by Diligentsia Capital Group LLC. (Singh, Ramesh) (Entered: 01/11/2011) |
| 01/10/2011 | 18 | Order Granting Debtors' Application for Waiver of Chapter 7 Filing Fee (related document(s):6 Application to Proceed in forma pauperis filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker). (Whitfield, Jennifer) (Entered: 01/10/2011) |
| 01/07/2011 | 17 | Creditor Request for Notices Filed by MAX RECOVERY INC. (Weisman, Gilbert) (Entered: 01/07/2011) |
| | | Adversary case 11-00013. (12 (Recovery of money/property - 547 preference)) Complaint by Monroe Roosevelt Parker Jr. against Daniel L Rosenthal, Richard K Bennett, Harman, Claytor, Corrigan & Wellman, P.C., Baptist Theol. Seminary at Richmond, McGuire Woods, International, James F. Peak, Jr., Tiffany K. Pittman, Ida Mae Hays, Ronald N. Crawford, Olivia Dawson. (Attachments: # 1 Motion to Vacate# 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit Jury Trial |

| 01/07/2011 | 16 | Demand) (Burkhart, Mary) (Entered: 01/07/2011) |
|---|---|---|
| 01/06/2011 | 15 | Motion For Sanctions for Violation of the Automatic Stay Filed by Monroe Roosevelt Parker Jr.. (Attachments: # 1 Notice of Motion # 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5) (Burkhart, Mary) (Entered: 01/07/2011) |
| 01/06/2011 | 14 | Receipt of filing fee for Relief from Stay and Notice of Motion (10-38938) [motion,mrlfntc] ( 150.00). Receipt number 15381940. Fee amount 150.00 (U.S. Treasury) (Entered: 01/06/2011) |
| 01/06/2011 | 13 | Motion for Relief from Stay and Notice of Motion Re: 605 Riverside Dr., Apartment B, Salisbury, MD 21801. Fee Amount $150, Notice Served on 1/6/2011, Filed by Hickory Hill LLC. Objections due by 01/25/2011. Hearing scheduled for 02/15/2011 at 10:00 AM - Room 104, Salisbury. (Attachments: # 1 Notice of Motion) (Smith, Philip) Modified on 1/6/2011 (Whitfield, Jennifer). Modified on 1/6/2011. CORRECTIVE ENTRY: PROPERTY DESCRIPTION UPDATED. (Whitfield, Jennifer). (Entered: 01/06/2011) |
| 12/30/2010 | 12 | BNC Certificate of Mailing - Notice to Debtors of General Responsibilities. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 7 Meeting of Creditors Chapter 7). No. of Notices: 1. Notice Date 12/30/2010. (Admin.) (Entered: 12/31/2010) |
| 12/30/2010 | 11 | BNC Certificate of Mailing - Notice of Requirement to Comply with E-Government Act of 2002. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 7 Meeting of Creditors Chapter 7). No. of Notices: 9. Notice Date 12/30/2010. (Admin.) (Entered: 12/31/2010) |
| 12/30/2010 | 10 | BNC Certificate of Mailing. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 7 Meeting of Creditors Chapter 7). No. of Notices: 1. Notice Date 12/30/2010. (Admin.) (Entered: 12/31/2010) |

| | | |
|---|---|---|
| 12/30/2010 | 9 | BNC Certificate of Mailing - Notice of Requirement to Complete Financial Management Course. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 7 Meeting of Creditors Chapter 7). No. of Notices: 1. Notice Date 12/30/2010. (Admin.) (Entered: 12/31/2010) |
| 12/30/2010 | 8 | BNC Certificate of Mailing - Meeting of Creditors. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 7 Meeting of Creditors Chapter 7). No. of Notices: 9. Notice Date 12/30/2010. (Admin.) (Entered: 12/31/2010) |
| 12/29/2010 | | Clerk's Evidence of Repeat Filings for debtor PARKER, TONIA ROCHELLE and PARKER, MONROE ROOSEVELT, JR. Case Number 01-30007, Chapter 13 filed in VAEB on 01/02/2001was Closed on 07/31/2001; Case Number 10-36705 for debtor PARKER, TONIA ROCHELLE Chapter 13 filed in MDB on 11/23/2010 is Pending; Case Number 10-36592 for debtor PARKER, MONROE ROOSEVELT, JR. Chapter 13 filed in VAEB on 09/23/2010 Dismissed for failure to pay filing fee - Dismissed: 12/15/2010; Case Number 05-03845 for debtor PARKER, TONIA R. Chapter 13 filed in NCEB on 05/11/2005 was Closed on 10/03/2005; Case Number 00-35293 for debtor PARKER, MONROE R., JR. Chapter 13 filed in VAEB on 10/03/2000 was Closed on 11/29/2000; Case Number 95-31570 for debtor PARKER, TONIA R. Chapter 7 filed in VAEB on 04/20/1995 was Closed on 07/21/1995; Case Number 02-00953 for debtor PARKER, TONIA ROCHELLE Chapter 13 filed in NCEB on 02/04/2002 was Closed on 05/16/2002; Case Number 01-05931 for debtor PARKER, TONIA ROCHELLE Chapter 13 filed in NCEB on 08/07/2001 was Closed on 12/21/2001; Case Number 00-11627 for debtor PARKER, MONROE ROOSEVELT, JR. Chapter 13 filed in GANB on 07/12/2000 was Closed on 06/28/2001. (admin) (Entered: 12/29/2010) |
| 12/28/2010 | | Receipt of Informa Pauperis - no fee. Receipt Number 40078443. Fee Amount $ 0.00 received by SH. (admin) (Entered: 12/28/2010) |
| | | Meeting of Creditors & Notice of Appointment of Interim Trustee Joseph J. Bellinger with 341(a) meeting to be held on 02/16/2011 at 09:30 AM at 341 meeting room 104 at 129 East Main St., Salisbury. Objections for Discharge due by |

| 12/28/2010 | 7 | 04/18/2011. Financial Management Course due by 04/18/2011. (Entered: 12/28/2010) |
| 12/27/2010 | 6 | Application to Proceed in forma pauperis Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker. (Burkhart, Mary) (Entered: 12/28/2010) |
| 12/27/2010 | 5 | Statement of Intent on behalf of Monroe Roosevelt Parker Jr., Tonia Rochelle Parker Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker. (Burkhart, Mary) (Entered: 12/28/2010) |
| 12/27/2010 | 4 | Certificate of Credit Counseling on Behalf of Monroe Roosevelt Parker Jr., Tonia Rochelle Parker Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker. (Burkhart, Mary) (Entered: 12/28/2010) |
| 12/27/2010 | 3 | Social Security Number Verification Page Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker. (Burkhart, Mary) (Entered: 12/28/2010) |
| 12/27/2010 | 2 | No Presumption of Abuse. Chapter 7 Statement of Current Monthly Income and Means Test Calculation - Form 22A on Behalf of Monroe Roosevelt Parker Jr., Tonia Rochelle Parker Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker. (Burkhart, Mary) (Entered: 12/28/2010) |
| 12/27/2010 | 1 | Chapter 7 Voluntary Petition Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker. Section 521(i)(1) Incomplete Filing date: 2/10/2011. (Burkhart, Mary) (Entered: 12/28/2010) |

| **PACER Service Center** | | |
| **Transaction Receipt** | | |
| 10/21/2011 11:01:19 | | |
| PACER Login: | re3589 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 10-38938 Fil or Ent: filed From: 1/1/1990 To: 10/21/2011 Doc From: 0 Doc To: 99999999 Term: included Format: html |
| Billable Pages: | 10 | Cost: | 0.80 |