United States Bankruptcy Court
For The District of Maryland

In re:
Monroe R. Parker, Jr.,
    Debtor,

Chapter 7
Case No. 10-38938

Monroe R. Parker, Jr.,
    Plaintiff,

v.

Daniel L. Rosenthal;
Richard K. Bennett;
Harman, Clayton, Corrigan & Wellman; Baptist Theological Seminary at Richmond; James F. Peak, Jr., Tiffany K. Pittman, Ida Mae Hays; Ronald N. Crawford and Olivia Dawson,
    Defendant(s).

Adversary No. **11-13**

JURY TRIAL DEMAND

    Monroe R. Parker, Jr., plaintiff by pro se and for his complaint against the named defendants, respectfully represents:

## JURISDICTION AND VENUE

1. This is an adversary proceeding brought pursuant to Bankruptcy Rule 7001(1), 11 USC 544(b), 11 USC 547, 11 USC 548, and 11 USC 550. This is a Core proceeding under 28 USC

157 (b)(2)(E) and (H).

2. This Court has venue over this matter pursuant to 28 USC 1409.

3. This adversary proceeding relates to the matter of Monroe R. Parker, Jr., a case pending under chapter 7 of the Bankruptcy Court in the United States Bankruptcy Court for the District of Maryland, Baltimore vicinage.

## THE PARTIES

4. The debtor is a student at a graduate university in Ohio, and a seminary in Richmond, Virginia; and is a debtor under Chapter 7 of the United States Bankruptcy Code, 11 USC 101, et seq., (the "Bankruptcy Code") as that term is defined by 109 of the Bankruptcy Code. The BTSR and its attorneys is a limited partnership registered in the state of Virginia. This education institution recieves federal assistance, pursuant to 42 U.S.C. 2000d.

## FACTS UNDERLYING THE CLAIMS

5. Plaintiff incorporates all claims enumerated under the Motion for Sanctions.

6. Plaintiff filed the chapter 7, on December 27, 2010, and noticed the defense attorneys and state court on

December 28, 2010; in open court, in the City of Richmond-Civil-General District Court.

7. Plaintiff seeks a jury trial in U.S. District Court, demands Five Million Dollars, plus punitive damages.

8. Defendants went forward with the hearing, with the approval and agreement of Judge Robert A. Pustilnik, Presiding Judge, and all did willfully violate the automatic stay provisions. That this state court in direct violation of the United States Bankruptcy Court, District of Maryland (10-38938).

Wherefore, plaintiff demands judgment against the defendant(s) on all Counts:

(a) for damages
(b) for interest and costs of suit; and
(c) for such other and further relief as the court deems appropriate.

Respectfully Submitted
Monroe R. Parker, Jr.
Monroe R. Parker, Jr.
605-B Riverside Dr.
Salisbury, Md. 21801
443-366-6847

(3)