B20A (Official Form 20A) (Notice of Motion or Objection) (12/10)

# United States Bankruptcy Court
District of __Maryland__

BALTIMORE-NIGHT BOX
2011 JAN -6 PM 5:25
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND

In re
*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years]*
__Monroe R. Parker, Jr. & Tonia R. Parker__
Debtor(s)

Address __605-B Riverside Drive__
__Salisbury, Maryland 21801__

Last four digits of Social Security or Individual Tax-payer Identification (ITIN) No(s).,(if any): __3895/8092__

Employer's Tax Identification (EIN) No(s).(if any): _____

Case No. __10-38938__

Chapter __7__

## NOTICE OF [MOTION TO ] [OBJECTION TO ]

__Debtor__ has filed papers with the court to [relief sought in motion or objection]. __Adversary Proceeding__

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to [relief sought in motion or objection], or if you want the court to consider your views on the [motion] [objection], then on or before (date), you or your attorney must:

[File with the court a written request for a hearing {or, *if the court requires a written response*, an answer, explaining your position} at:

{address of the bankruptcy clerk's office}

If you mail your {request} {response} to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:

{movant's attorney's name and address}

{names and addresses of others to be served}]

__Monroe R. Parker, Jr.__
__605-B Riverside Drive__
__Salisbury, Maryland 21801__

[Attend the hearing scheduled to be held on (date), (year), at ___ a.m./p.m. in Courtroom___, United States Bankruptcy Court, {address}.]

[Other steps required to oppose a motion or objection under local rule or court order.]

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: __January 6, 2011__
Signature: __Monroe R. Parker, Jr.__
Name: __Monroe R. Parker, Jr.__
Address __605-B Riverside Drive__
__Salisbury, Maryland 21801__

Defendants to be served:

1) Daniel L. Rosenthal
   2819 N. Parham Road, #110
   Richmond, Virginia 23294

2) McGuire Woods, International
   CT CORPORATION SYSTEM
   4701 COX RD STE 301
   GLEN ALLEN, VA. 23060-0000

3) HARMAN, CLAYTOR, CORRIGAN + WELLMAN, P.C.
   ATTN: DAVID P. CORRIGAN
   4951 LAKE BROOK DR., STE. 100
   GLEN ALLEN, VA. 23060

4) Richard K. Bennett
   ATTN: DAVID P. CORRIGAN
   4951 Lake Brook DR., STE. 100
   GLEN ALLEN, VA. 23060

5) BAPTIST THEOL. SEMINARY AT RICHMOND
   ATTN. DR. RONALD W. CRAWFORD, REGISTERED AGENT
   3400 BROOK ROAD
   RICHMOND, VIRGINIA 23227

BALTIMORE-NIGHT BOX
2011 JAN -6 PM 5:25
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND