In The City of Richmond General District Court
Commonwealth of Virginia

Monroe R. Parker, Jr.,
    Petitioner,

v.                          Case No. 10052607

BTSR,
et. al. defendants,

## Motion To Vacate

Now Comes, petitioner requesting that this Court vacate its order, dated December 28, 2010, in violation of the automatic stay, case number 10-38938. Petitioner incorporates the allegations contained in the Motion For Sanctions and Adversary Proceeding, now pending in the District of Maryland. Petitioner seeks an Emergency Order, from this Court.

                                      Monroe Parker
                                      605-B Riverside Dr.
                                      Salisbury, Md. 21801

Certificate Of Service

The following attorneys have been noticed:

Daniel L. Rosenthal

Richard K. Bennett

Monroe R. Parker, Jr.