Case 1:11-cv-03248-WMN Document 3-61 Filed 12/21/11 Page 1 of 1
Case 11-00015 Doc 9-2 Filed 01/07/11 Page 1 of 1  Exhibit 1

B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/10)     Case Number 10-38938

# UNITED STATES BANKRUPTCY COURT
## District of Maryland

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 12/27/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.
All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### *** See Reverse Side For Important Explanations and Possible Dismissal ***

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Monroe Roosevelt Parker Jr.<br>605-B riverside Drive<br>Salisbury, MD 21801 | Tonia Rochelle Parker<br>605-B Riverside Drive<br>Salisbury, MD 21801 |
| Case Number:<br>10-38938 dk | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>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<br>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 |
| Attorney for Debtor(s) (name and address):<br>PRO SE | Bankruptcy Trustee (name and address):<br>Joseph J. Bellinger<br>Offit Kurman<br>8171 Maple Lawn Boulevard<br>Suite 200<br>Maple Lawn, MD 20759<br>Telephone number: (443) 738-1515 |

## Meeting of Creditors
Date: **February 16, 2011**          Time: **09:30 AM**
Location: **U.S. Post Office Building, 129 East Main Street, Room 104, Salisbury, MD 21801**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 4/18/11**
**Deadline to Object to Exemptions:** Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>Baltimore Division<br>101 West Lombard Street, Ste. 8530<br>Baltimore, MD 21201<br>Telephone number: (410) 962-2688 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Mark D. Sammons |
|---|---|
| Hours Open: Monday – Friday 8:00 AM – 4:00 PM | Date: 12/28/10 |