# SUMMONS FOR UNLAWFUL DETAINER
(CIVIL CLAIM FOR EVICTION)

**City of Richmond** ............................................ Commonwealth of Virginia, General District Court
**400 N. 9th Street-Suite 203, Richmond, VA 23219**
STREET ADDRESS OF COURT

TO ANY AUTHORIZED OFFICER: Summon the Defendant(s) as provided below:
TO THE DEFENDANT(S): You are commanded to appear before this Court on
**December 9, 2010 at 10:00 a.m.** ............................................ to answer this civil claim.
RETURN DATE AND TIME

**NOV 22 2010** ............ *Sandra Wells* ............
DATE ISSUED ............ [ ] CLERK [ ] DEPUTY CLERK [ ] MAGISTRATE

**CLAIM AND AFFIDAVIT:** That Defendant(s) unlawfully detains and withholds from Plaintiff(s):
**1207 Palmyra Avenue, Kraemer Apt 1-A, Richmond, VA 23227**
ADDRESS/DESCRIPTION OF DETAINED PROPERTY

and that the Defendant should be removed from possession based on the following:
[ ] unpaid rent  [x] **Seeking possession only**
and further that rent is due and owing and damages have been incurred as follows:

$........... rent due for ........... and interest ...........
  RENT              PERIOD              RATE(S) AND BEGINNING DATE(S)

and $........... late fee and $........... damages for ...........
and $........... costs and $........... civil recovery and $........... attorney's fees.
[ ] This summons is filed to terminate a tenancy ~~pursuant to the Virginia Residential Landlord and Tenant Act~~
~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~
All required notices have been given. ............ *[signature]* ............
  [ ] PLAINTIFF(S) [X] PLAINTIFF'S ATTORNEY [ ] PLAINTIFF'S AGENT

.....18..... day of .....**November**..... 20 **10**
............ *Constance M Fredericksen* ............
[ ] CLERK [ ] DEPUTY CLERK [ ] MAGISTRATE [X] NOTARY PUBLIC
[ ] City [X] County of .....**Henrico**.....

*Constance S. Wallenfelsz*
*Commonwealth of Virginia*
*10/31/2012*
*commission expires*

## CASE DISPOSITION
[X] JUDGMENT that Plaintiff(s) recover against [X] named DEFENDANT(S). **Monroe R Parker JR only**
[ ] possession of the premises described above pursuant to § 8.01-128.
[ ] A hearing shall be held on ............ DATE AND TIME ............ to establish final rent and damages.
[ ] Immediate writ of possession authorized pursuant to Virginia Code
  [ ] § 8.01-129 based upon a judgment of default for [ ] a trustee's deed following foreclosure
  [ ] the nonpayment of rent [ ] immediate non-remediable termination.
  [ ] § 55-243 or § 55-248.34:1.
DEFENDANT(S) PRESENT? [ ] YES [ ] NO

............ DATE ............ JUDGE ............
[ ] Rent, in the sum of $........... with interest ........... RATE(S) AND BEGINNING DATE(S)
and $........... late fee and $........... damages and
$........... costs and $........... civil recovery and $........... attorney's fees.
HOMESTEAD EXEMPTION WAIVED? [ ] YES [ ] NO [ ] CANNOT BE DEMANDED
[X] JUDGMENT FOR [ ] NAMED DEFENDANT(S) [-] ..... **poss only - pay**
[ ] NONSUIT [ ] DISMISSED DEFENDANT(S) PRESENT? [ ] YES [ ] NO **R/P 12-**
**2/9/10** **T Parker only** *Robert B Busta*
DATE ............ JUDGE

---

CASE NO. **10-005-2607**

**Baptist Theological Seminary at Richmond, and**
PLAINTIFF(S) NAME(S) (LAST, FIRST, MIDDLE)
**Lamont Properties, L.P.**
TELEPHONE NUMBER

v.

**Parker, Jr., Monroe Roosevelt - Tenant**
DEFENDANT(S) NAME(S) (LAST, FIRST, MIDDLE)
**Parker, Tonia R. - Resident**
**1207 Palmyra Avenue, Kraemer Apt 1-A**
**Richmond, VA 23227**
TELEPHONE NUMBER

**TO DEFENDANT:** You are not required to appear; however, if you fail to appear, judgment may be entered against you. See the additional notice on the reverse about requesting a change of trial location and your right to prevent this unlawful detainer action through payment of amounts owed.

[ ] To dispute this case, you **must** appear on the return date to try this case
[X] To dispute this case, you **must** appear on the return date for the judge to set another date for trial.

If you fail to appear and a default judgment is entered against you, a writ of possession may be issued immediately for possession of the premises.

Bill of Particulars ordered ............ DUE DATE
Grounds of Defense ordered ............ DUE DATE

**ATTORNEY FOR PLAINTIFF(S)**
**Daniel L. Rosenthal**
**2819 N. Parham Road # 110**
**Richmond, VA 23294**
**(804) 527-0699**
TELEPHONE NUMBER

**ATTORNEY FOR DEFENDANT(S)**
............
TELEPHONE NUMBER

**DISABILITY ACCOMMODATIONS** for loss of vision, hearing, mobility, etc. Contact the court ahead of time.

---

**HEARING DATE AND TIME**
**12/9/2010**
**10:00 a.m.**

PR 12-9-10
PR 12-9-10
12-28-10 @ 9:00

[ ] Redemption tender presented; continued to:
............

HEARING DATE AND TIME

**FOR VA RESIDENTIAL LANDLORD AND TENANT ACT ONLY:**
[ ] Defendant must pay:
$........... RENT OWED
into the court to be held in escrow by
DATE
and any rents coming due prior to the next hearing date must also be paid into the court.

JUDGE'S INITIALS

**MONEY JUDGMENT PAID OR SATISFIED PURSUANT TO ATTACHED NOTICE OF SATISFACTION**
DATE ............ CLERK

Exhibit 3
Case 1:11-cv-03248 Document 4-1 Filed 01/07/11 Page 1 of 1