VIRGINIA:

IN THE GENERAL DISTRICT COURT OF THE CITY OF RICHMOND

| | |
|---|---|
| BAPTIST THEOLOGICAL SEMINARY AT RICHMOND, et al. ) ) ) Plaintiffs, ) ) v. ) ) MONROE R. PARKER, JR., ) ) Defendant. ) | Case No.: GV10052607-00 |

## ORDER

THIS MATTER came to be heard for trial and other matters on December 28, 2010. The Plaintiffs were present through counsel, Daniel L. Rosenthal and Richard K. Bennett and by their witness, James F. Peak, Jr., Ph.D., chief financial officer and director of student housing for Plaintiff Baptist Theological Seminary at Richmond ("BTSR"). The Defendant, Monroe Parker, Jr. was present *pro se* and cross examined the witness and argued his case but did not testify on his own behalf.

On the testimony and exhibits elicited at trial, the arguments of the Defendant and counsel for the Plaintiffs *ore tenus*, the Court makes the following findings:

1) The U.S. District Court for the Eastern District of Virginia, Richmond Division, duly remanded this matter to this Court through its December 16, 2010 Order;

2) The U.S. Bankruptcy Court for the Eastern District of Virginia, Richmond Division, through its November 12, 2010 Order, found that the Defendant does not have and may not assume any executory contract(s) relating to the subject matter apartment at BTSR and that the Plaintiffs were granted relief from the automatic stay in order to enforce their rights under the applicable law relating to the (subject matter) apartment;

3) Nothing further in the Bankruptcy Code or orders entered in this case by other judges further prohibits the Plaintiffs from proceeding to trial to try to obtain possession of the (subject matter) apartment;

4) This Court has both personal and subject matter jurisdiction to hear and decide disputed issues in the case;

5) The subject dispute does not fall within the purview of the Virginia Residential Landlord and Tenant Act as the Plaintiffs offer housing incidental to providing religious and educational services, an exception to the Act. See §55-248.5(1) of the Code of Virginia;

6) The Defendant has lived in the subject BTSR property since late July 2010 and has paid no rent, despite a $715.00 per month rental charge for seminary housing;

7) The Defendant has not registered for classes and is not a bona fide student at BTSR;

8) BTSR student housing rules permit only BTSR students to occupy BTSR housing;

9) The Defendant made purported payments for an acceptance deposit, security deposit and first month's rent on August 9, 2010 but the payments were returned by his bank as having insufficient funds. No further attempts at payment of rent and security deposit have been made by the Defendant;

10) The Defendant was asked to sign a written lease with BTSR but chose not to do so and has not done so;

11) At the very best, the Defendant's status is that of a tenant at sufferance;

It is therefore ORDERED, ADJUDGED and DECREED that

The Plaintiffs are granted 10-day possession of the subject property. Any appeal of this Order by the Defendant shall be subject to the posting of an appeal bond within 10 days in an amount equal to three month's rent, or $2,145.00 plus the Defendant's costs. Further, by this Order, the Court finds it proper to nonsuit Tonia R. Parker from this case, *nunc pro tunc*, to December 1, 2010.

The Clerk is directed to send a certified copy of this Order to counsel of record and to the Defendant at the addresses that follow.

ENTER: 12/28/10

Robert A. Pustilnik, Judge
General District Court of the City of Richmond

City of Richmond General District Court
Civil Division
I, the undersigned clerk or deputy clerk of the above-named court authenticate pursuant to Va. Code §8.01-391(C) on this date that the document to which this authentication is affixed is a true copy of a record in the above-named court, made in the performance of my official duties

12-28-10   Jesse Young
Date    ☐ Clerk  ☒ Deputy Clerk

2

WE ASK FOR THIS:

*/s/ Daniel L. Rosenthal*
Daniel L. Rosenthal (VSB No. 31342)
Law Office of Daniel L. Rosenthal
Co-Counsel for the Plaintiffs
2819 N. Parham Road, Suite 110
Richmond, VA 23294-4425
Phone: (804) 527-0699
Facsimile: (804) 270-4618


*/s/ Richard K. Bennett (by DLR)*
Richard K. Bennett (VSB No. 14724)
Co-Counsel for the Plaintiffs
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, VA 23255
Phone: (804) 747-5200
Facsimile: (804) 747-6085

Signature received by the Court

SEEN AND OBJECTED TO:


Monroe R. Parker, Jr., *pro se*
1207 Palmyra Avenue
Kraemer Apt. 1A
Richmond, VA 23227

3