Official Form 16D
(12/04)

BALTIMORE-NIGHT BOX

Form 16D. CAPTION FOR USE IN ADVERSARY PROCEEDING

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND

# United States Bankruptcy Court

District Of _Maryland_

In re _Monroe R. Parker, Jr._ )
          *Debtor* )
           ) Case No. _10-38938_
_Monroe R. Parker, Jr._ )
          *Plaintiff* ) Chapter _7_
           )
           )
_Baptist Theological Seminary_ )
          *Defendant(s)* ) Adv. Proc. No._____
_at Richmond, et al._ )

**COMPLAINT** [or other Designation]

_Jury Trial Demand_

[If in a Notice of Appeal (see Form 17) or other notice filed and served by a debtor, this caption must be altered to include the debtor's address and Employer's Tax Identification Number(s) or last four digits of Social Security Number(s) as in Form 16A.]