Entered: April 22, 2011
Signed: April 21, 2011
**SO ORDERED**

Case 10-38938   Doc 54   Filed 04/22/11   Page 1 of 1



DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   10-38938 – DK   Chapter:  7

Monroe Roosevelt Parker Jr.
27060 Ocean Gateway
Hebron, MD 21830

Tonia Rochelle Parker
27060 Ocean Gateway
Hebron, MD 21830

## ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION
## EXTENDING DEADLINE TO FILE COMPLAINTS OBJECTING TO DISCHARGE

Upon the Chapter 7 Trustee's timely motion to extend the deadline for filing complaints objecting to entry of a discharge, good cause appearing therefor, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the time within which a complaint may be filed to object to the discharge of the debtor(s) is extended to **JUNE 21, 2011.**

NOTICE: THIS ORDER DOES NOT EXTEND THE DEADLINE TO FILE A COMPLAINT TO DETERMINE THAT A DEBT IS NOT DISCHARGEABLE PURSUANT TO 11 U.S.C. § 523(c).

cc:   Debtor(s)
      Attorney for Debtor(s) – PRO SE
      Chapter 7 Trustee – Joseph J. Bellinger
      All Creditors

22.1 – *jwhitfield*

**End of Order**

_____                     ✓ RETAIN

**Duncan W. Keir , U. S. BANKRUPTCY JUDGE**            Evidentiary Hrg: Y Ⓝ

PROCEEDING MEMO - CHAPTER 7

                                       Date: 04/19/2011  Time: 10:00
CASE: 10-38938 Monroe Roosevelt Parker, Jr. and Tonia Rochelle Parker

PRO SE Monroe Roosevelt Parker Jr. (Debtor)
PRO SE Tonia Rochelle Parker (Debtor)
Joseph J. Bellinger (Trustee)

Andrew L. Cole representing Daniel L. Rosenthal (Other Party)

Andrew L. Cole representing Harman, Claytor, Corrigan &Wellman, P.C. (Other Party)

Andrew L. Cole representing Richard K. Bennett (Other Party)

Andrew L. Cole representing McGuireWoods LLP (Other Party)

Andrew L. Cole representing K. Elizabeth Sieg (Other Party)

Andrew L. Cole representing Lori M. Scott (Other Party)

Andrew L. Cole representing Olivia Dawson (Other Party)

Andrew L. Cole representing Ronald N. Crawford (Other Party)

Andrew L. Cole representing Ida Mae Hays (Other Party)

Andrew L. Cole representing Tiffany K. Pittman (Other Party)

Andrew L. Cole representing James F. Peak, Jr. (Other Party)

Andrew L. Cole representing Baptist Theological Seminary at Richmond (Other Party)

[27] Opposition on behalf of McGuireWoods LLP, Lori M. Scott, K. Elizabeth Sieg Filed by Andrew L. Cole (related document(s)15 Motion for Sanctions for Violation of the Automatic Stay filed by Debtor Monroe Roosevelt Parker). (Attachments: # (1) Exhibit Exhibit 1 - Scott Declaration# (2) Exhibit Exhibit 2 - Sieg Declaration# (3) Exhibit Exhibit 3 - Slaughter Declaration# (4) Exhibit Exhibit 4 - Virginia Bankruptcy Docket# (5) Exhibit Exhibit 5 - Virginia Motion for Relief from Stay# (6) Exhibit Exhibit 6 - Order Granting Relief from Stay# (7) Proposed Order Proposed Order Denying Motion)

**MOVANT** : McGuireWoods LLP Lori Scott K. Sieg BY A Cole; A Cole; A Cole;

[15] Motion For Sanctions for Violation of the Automatic Stay Filed by Monroe Roosevelt Parker Jr.. (Attachments: # (1) Notice of Motion # (2)

Exhibit 1# (3) Exhibit 2# (4) Exhibit 3# (5) Exhibit 4# (6) Exhibit 5)

**MOVANT** : Monroe Parker (no aty)

DISPOSITIONS:

    Granted____ Denied____ Withdrawn____ Consent____ Default___ Under Adv.___

    Moot_____ Dismissed_____ Overruled_____ Sustained_____ O.T.J. Fee____

    Continued to: _____

DECISION:

    [ ] Signed by Court         [ ] Filed by Counsel
    [ ] To be prepared by:
        [ ] Movant's counsel      [ ] Court
        [ ] Respondent's counsel   [ ] Other _____

NOTES:

*Nothing to adjudicate*

United States Bankruptcy Court
For The District of Maryland

In re:  
Monroe R. Parker, Jr.,  
    Debtor,

Chapter 7  
Case No. 10-38938

Monroe R. Parker, Jr.,  
    Plaintiff,  
v.  
Daniel L. Rosenthal;  
Richard K. Bennett;  
Hauman, Clayton, Corrigan &  
Wellman; Baptist Theological  
Seminary at Richmond; James F.  
Peak, Jr., Tiffany K. Pittman,  
Ida Mae Hays; Ronald N.  
Crawford and Olivia Dawson,  
    Defendant(s).

Adversary No. 11-13

JURY TRIAL DEMAND

Monroe R. Parker, Jr., plaintiff by pro se and for his complaint against the named defendants, respectfully represents:

## JURISDICTION AND VENUE

1. This is an adversary proceeding brought pursuant to Bankruptcy Rule 7001(1), 11 USC 544(b), 11 USC 547, 11 USC 548, and 11 USC 550. This is a Core proceeding under 28 USC

Case 1:11-cv-03248-WMN Document 3-13 Filed 12/21/11 Page 5 of 6
Case 1:11-cv-00480 Doc 2-1 Filed 10/18/11 Page 14 of 46
Case 10-38938 Doc 16 Filed 01/07/11 Page 2 of 15

157 (b) (2) (E) and (H).

2. This Court has venue over this matter pursuant to 28 USC 1409.

3. This adversary proceeding relates to the matter of Monroe R. Parker, Jr., a case pending under chapter 7 of the Bankruptcy Court in the United States Bankruptcy Court for the District of Maryland, Baltimore Vicinage.

## THE PARTIES

4. The debtor is a student at a graduate university in Ohio, and a seminary in Richmond, Virginia; and is a debtor under Chapter 7 of the United States Bankruptcy Code, 11 USC 101, et seq., (the "Bankruptcy Code") as that term is defined by 109 of the Bankruptcy Code. The BTR and its attorneys is a limited partnership registered in the State of Virginia. This education institution recieves federal assistance, pursuant to 42 U.S.C. 2000d.

## FACTS UNDERLYING THE CLAIMS

5. Plaintiff incorporates all claims enumerated under the Motion for Sanctions.

6. Plaintiff filed the chapter 7, on December 27, 2010, and noticed the defense attorneys and state court on

December 28, 2010; in open court, in the City of Richmond - Civil - General District Court.

7. Plaintiff seeks a jury trial in U.S. District Court, demands Five Million Dollars, plus punitive damages.

8. Defendants went forward with the hearing, with the approval and agreement of Judge Robert A. Rustbrik, Presiding Judge, and all did willfully violate the automatic stay provisions. That the state court in direct violation of the United States Bankruptcy Court, District of Maryland (10-38938).

Wherefore, plaintiff demands judgment against the defendant(s) on all counts:

(a) for damages
(b) for interest and costs of suit; and
(c) for such other and further relief as the court deems appropriate.

Respectfully Submitted

Monroe R. Parker, Jr.
Monroe R. Parker, Jr.
605-B Riverside Dr.
Salisbury, Md. 21801
443-366-6847

(3)