B20A (Official Form 20A) (Notice of Motion or Objection) (12/10)          EDVA (12/10)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
_Richmond_ Division

In re: _Monroe R. Parker, Jr._                )
_[Set forth here all names including married, maiden, and]_ )
_trade names used by debtor within last 8 years.]_          )     Case No. _10-305592, 10-3186_
_M_                                                          )
                        Debtor                               )     Chapter _13_
                                                             )
Address _1207 Palmyra Ave., 1A_                              )
_Richmond, Va. 23227_                                        )
                                                             )
Last four digits of Social Security or Individual Tax-payer  )
Identification (ITIN) No(s).,(if any): _3895_                )
                                                             )
Employer's Tax Identification (EIN) No(s).(if any):          )
_____               )

## NOTICE OF MOTION (OR OBJECTION)

_Monroe R. Parker, Jr._ has filed papers with the court to _____
_Vacate the judgment entered on 12/09/2010._

**Your rights may be affected. You should read these papers carefully and discuss
them with your attorney, if you have one in this bankruptcy case. (If you do not have an
attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion (or objection), or if
you want the court to consider your views on the motion (or objection), then on or before
_____, you or your attorney must:

☐     File with the court, at the address shown below, a written request for a hearing
      [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail
      your request for hearing (or response) to the court for filing, you must mail it
      early enough so the court will **receive** it on or before the date stated above.

                    Clerk of Court
                    United States Bankruptcy Court

                    _____
                    _____

2

You must also mail a copy to:

*Monroe R. Parker, Jr.*
*1207 Palmyra Ave., 1A*
*Richmond, Va. 23227*

☐ Attend a hearing to be scheduled at a later date.  You will receive separate notice of hearing.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing**

☐ Attend the hearing on the motion (or objection) scheduled to be held on _____ at _____ _____m. at United States Bankruptcy Court, _____ _____.

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: *December 20, 2010*

Signature, name, address and telephone number of person giving notice:

*Monroe R. Parker, Jr.*
*Monroe R. Parker, Jr.*
*1207 Palmyra Ave., 1A*
*Richmond, Va. 23227*

Virginia State Bar No. _____
Counsel for _____
*804-303-9771*

<u>Certificate of Service</u>

I hereby certify that I have this *20th* day of *December*, 20 *10*, mailed or hand-delivered a true copy of the foregoing Notice of Motion (or Objection) to the parties listed on the attached service list.

*Monroe R. Parker, Jr.*

Case 1:11-cv-03248-WMN   Document 3-14   Filed 12/21/11   Page 3 of 31
Case 1:10-03186-KRH   Doc 21   Filed 12/20/10   Entered 12/21/10 14:17:42   Desc Main
Document     Page 18 of 46
Case 1:10-cv-01928-PLF   Document 1   Filed 11/09/10   Page 28 of 33

*Exhibit #1*



# U.S. DEPARTMENT OF EDUCATION
### 400 Maryland Avenue, SW
### Washington, DC 20202-1475
Telephone (202) 453-6020   Facsimile (202) 453-6021;  TDD 1-800-521-2172
E-mail: OCR.DC@ed.gov

**OFFICE FOR CIVIL RIGHTS**
*SOUTHERN DIVISION*

**DISTRICT OF COLUMBIA OFFICE**
*District of Columbia, North Carolina, South Carolina, Virginia*

*October 7, 2010*

Monroe Parker
1207 Palmyra Avenue, 1A
Richmond, VA 23227

Re:   OCR Complaint No. 11-10-2144
Notification Letter

Dear Mr. Parker:

*This letter is to notify you of the outcome of the evaluation of your complaint filed with the District of Columbia Office for Civil Rights (OCR), within the U.S. Department of Education (the Department), on September 21, 2010.  In your complaint you allege that the Baptist Theological Seminary at Richmond (the Seminary), in particular the Business Affairs Department, discriminated against you on the basis of race (African American). Specifically, you allege that the Seminary treated you differently than Asian and White students when it denied your request for financial assistance and when it subjected you to an earlier deadline for submitting your tuition payment.*

*If we have misstated or mischaracterized your allegation, please contact the OCR staff person identified below within 10 days of the date of this letter to provide any necessary clarification.*

*OCR is responsible for enforcing certain federal civil rights statutes and regulations, including Title VI of the Civil Rights Act of 1964 (Title VI), 42 U.S.C. § 2000d, and its implementing regulation, at 34 C.F.R. Part 100, which prohibit discrimination on the bases of race, color, or national origin in activities or programs that receive federal financial assistance. The Seminary receives federal financial assistance from the Department and therefore, is subject to the provisions of Title VI.*

*Because OCR has determined that it has jurisdiction and that the complaint was filed timely, OCR is opening the above allegation for investigation. Please note that opening the allegation for investigation in no way implies that OCR has made a determination with regard to the merits of the complaint.  During the investigation, OCR is a neutral fact-finder, collecting and analyzing relevant evidence from the complainant, the recipient, and other sources, as appropriate.  OCR will ensure that its investigation is legally sufficient and is dispositive of the allegation in*

*Our mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

Case 1:11-cv-03248-WMN   Document 3-14   Filed 12/21/11   Page 4 of 31
Case 10-03186-KRH   Doc 21   Filed 12/20/10   Entered 12/21/11 14:17:42   Desc Main
Document   Page 19 of 46
Case 1:10-cv-01928-PLF   Document 1   Filed 11/09/10   Page 29 of 33

*Exhibit #2*

**Baptist Theological Seminary at Richmond**
**Summer/Fall/Winter Registration Form**

OFFICE USE
#_____
Date: 09-08-10

**School Year:   2010-2011**

Name *Monroe R Parker Jr*              SSN (last 4 digits) *3895*

Local Address *1207 Palmyra Avenue, 1A*        Local Phone *804. 303. 9771*

City, State, Zip *Richmond Virginia 13227*      Cell Phone *804. 869. 8596*

Permanent Address *605 A Riverside Drive*        Permanent Phone *804. 303. 9771*

City, State, Zip *Salisbury, Maryland 2801*    E-Mail *monroe.parker.com/campus.edu*

Degree Program:   ☐ M Div.   ☐ M.Div.-B.I.   ☐ M.Div.-C.E.   ☐ M.Div.-V.S.M.

☐ M.Div./M.S.W.   ☐ M.Div./M.S. in Patient Counseling

☒ M.A.(TS)   ☐ D.Min.   ☐ Non-Degree   ☐ Audit

Anticipated Date of Graduation:   MAY *2012*

Total number of credits you plan to take this academic year,  Summer term through May term  *6*

**SUMMER TERM – 2010**
(Maximum credits allowed: 1.0 credit)

| Course No. | Title | Professor | Day/Time | Credit | √ If Audit |
|---|---|---|---|---|---|
| | | | | | |

**FALL TERM – 2010**

| Course No. | Title | Professor | Day/Time | Credit | √ If Audit |
|---|---|---|---|---|---|
| MAB1111 | Old Testament I | Jackson | W/F 11:15-1:05 | 0 | |
| MAHT211 | Christian Tradition | Pleasants | Online | 1 | |
| HT 3262 | Changing Paradigms | Pleasants | W/F 7:00-8:55 | 1 | (Drop) |
| MAB1121 | Hebrew I Rogers | Rogers | T/Th 8:20-10:10 | 1 | |
| | | | | | |
| | | | | | |
| | | | | | |

**WINTER TERM – 2011**
(Maximum credits allowed: 1.0 credit)

| Course No. | Title | Professor | Day/Time | Credit | √ If Audit |
|---|---|---|---|---|---|
| | | | | | |

Advisor Signature: _____

rev 07/20/2010 JMH

*03:10-cv-886*

*Exhibit#3*

Richard K. Bennett VSB No. 14724
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
(804) 747-5200
(804) 747-6085 – facsimile
Email: rbennett@hccw.com

*Counsel for Defendants*

## IN THE UNITED BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION


IN RE:
Monroe R. Parker, Jr.                                    Case No. 10-36592-KRH

       Debtor.

-------------------------------------------------------

MONROE R. PARKER, JR.

       Plaintiff,

v.                                                       Adversary Proceeding No. 10-3155

BAPTIST THEOLOGICAL SEMINARY AT
RICHMOND, RONALD W. CRAWFORD, JAMES
F. PEAK, JR., KATHY GORE CHAPELLE, IDA
MAE HAYS, TIFFANY K. PITTMAN and OLIVIA
DAWSON,

      Defendants.

-------------------------------------------------------


## BRIEF IN SUPPORT OF DEFENDANTS' MOTION
## FOR SUMMARY JUDGMENT

    COMES NOW the defendants, Baptist Theological Seminary at Richmond, et al., and

submit this Brief in Support of their Motion for Summary Judgment.


1

## UNDISPUTED FACTS

1.     Attached to this Brief and filed herein is the Declaration of James F. Peak, Jr.  In addition, a previous Declaration of James F. Peak, Jr. was filed with this Court in connection with the Emergency Motion for Relief from Stay which establishes the basic facts relating to the tenancy of Monroe R. Parker, Jr. ("Parker") in an apartment located at the Baptist Theological Seminary at Richmond ("BTSR").

2.     Parker moved into the apartment at 1207 Palmyra Avenue, Apartment 1-A, located on the BTSR campus in July of 2010.

3.     Shortly thereafter, Parker gave two checks to the Seminary in the amount of $1,560 representing his acceptance deposit to the school and his security deposit and first month's rent on the apartment.  In August 2010, both checks were returned for insufficient funds and were never made good by Parker.  (See first Declaration of James F. Peak, Jr., Exhibit F).

4.     When Parker failed to make these checks good in September of 2010, he was not allowed to register for classes at BTSR and would not be eligible to live in student housing.  (See first Declaration of James F. Peak, Jr., ¶ 9 and 10.

5.     On September 23, 2010, Parker filed in this Court a Chapter 13 Bankruptcy proceeding.  While he alleges that he faxed a copy of these filing papers to BTSR, this fax was never received.  In fact, the defendants have proof that the fax failed by virtue of a report from the fax machine at the number cited by Parker.  (See Declaration of James F. Peak, Jr., ¶ 5 and Exhibit 2 – the fax machine report).

6.     On the following day, September 24, 2010, Mr. Peak did send a letter to Parker (the "pay or quit" letter).  (See Declaration of James F. Peak, Jr., ¶ 4).

2

*six violations*

7.    This was the only action that could constitute a violation of the stay.  As supported by Mr. Peak's Declaration, the Seminary and the defendants had no knowledge of Parker's bankruptcy filing at the time the letter was sent.

8.    Further, Parker has not suffered any damage by reason of receiving this letter, which merely confirms earlier correspondence between the parties.  *false*

## ARGUMENT

This case clearly does not qualify for any relief to Parker based on a willful violation of *false statement* the automatic stay provisions pursuant to § 362 of the Bankruptcy Code.  As shown by Dr. Peak's Declaration, the attempted fax failed and BTSR had no notice of the bankruptcy filing. Moreover, Parker has not suffered any specific damage as a result of receiving the letter of September 24, 2010.

*false* An examination of the Amended Complaint also reveals that Parker does not now complain of the September 24, 2010 letter.  Indeed, he only recites facts that are unrelated to the stay issue and complains about an undated email relating to signing of leases and apartment manuals.  None of these facts would support a violation of the automatic stay.  He also fails to allege any specific damages.

## CONCLUSION

For the reasons stated, the defendants move this Court for Summary Judgment in their favor.

> BAPTIST THEOLOGICAL
> SEMINARY AT RICHMOND,
> RONALD W. CRAWFORD,
> JAMES F. PEAKE, JR.,
> KATHY GORE CHAPELLE,
> IDA MAE HAYS,
> TIFFANY K. PITTMAN
> and OLIVIA DAWSON
>
> By Counsel

3

/s/ Richard K. Bennett
Richard K. Bennett VSB No. 14724
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
(804) 747-5200
(804) 747-6085 – facsimile
Email: rbennett@hccw.com
*Counsel for Defendants*

## C E R T I F I C A T E

I hereby certify that on the 24th day of November, 2010, I electronically filed the foregoing Brief in Support of Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Carl M. Bates
> P.O. Box 1819
> Richmond, VA 23218

and I hereby certify that I have mailed by United States Postal Service the document to the following:

> Monroe R. Parker, Jr.
> 1207 Palmyra Avenue, 1A
> Richmond, VA 23227

/s/Richard K. Bennett
Richard K. Bennett VSB No. 14724
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
(804) 747-5200
(804) 747-6085 – facsimile
Email: rbennett@hccw.com
*Defendants*

*03-10-cv-886*

*Exhibit #4*

Richard K. Bennett VSB No. 14724
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
(804) 747-5200
(804) 747-6085 – facsimile
Email: rbennett@hccw.com

*Counsel for Defendants*

## IN THE UNITED BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

IN RE:
*Monroe R. Parker, Jr.*                                    Case No. 10-36592-KRH

        Debtor.

-----------------------------------------------------------

MONROE R. PARKER, JR.

        Plaintiff,

v.                                                        Adversary Proceeding No. 10-3155

BAPTIST THEOLOGICAL SEMINARY AT
RICHMOND, RONALD W. CRAWFORD,
JAMES F. PEAK, JR., KATHY GORE CHAPELLE,
IDA MAE HAYS, TIFFANY K. PITTMAN and
OLIVIA DAWSON,

        Defendants.

-----------------------------------------------------------

### DECLARATION OF JAMES F. PEAK, JR. IN SUPPORT OF
### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

James F. Peak, Jr., pursuant to 28 U.S.C. § 1746 and Fed.R.Civ.P. 43, made applicable to

this proceeding by Fed.R.Bankr.P. 9017, makes the following declaration (the "Declaration")

under penalty of perjury:

1

1.     I am the Director of Business Affairs for Baptist Theological Seminary at Richmond ("BTSR"), located at 3400 Brook Road, Richmond, Virginia 23227. I have held the position of Director of Business Affairs and Chief Financial Officer since August 1, 2008. Concurrently, I serve as Vice President of Lamont Properties, L.P. Prior to my appointment to my current position at BTSR, from July 1, 1999, through April 2003, I also served as Director of Distance Education, and as Associate Dean for Continuing Education from April 2003 until July 31, 2008.

2.     I am authorized to make this Declaration of behalf of BTSR. Except as otherwise indicated, all facts set forth herein are based upon my personal knowledge, including my involvement as Director of Business Affairs at BTSR, my review of relevant documents, and my discussions with other parties, employees, officers, directors and professionals.

3.     I incorporate the Declarations made previously by me in support of an Emergency Motion for Relief from the Automatic Stay and filed with this Court.

4.     On September 24, 2010, I caused a letter to be sent to Mr. Parker which is attached hereto as Exhibit 1 ("the pay or quit letter").

5.     At the time I sent this letter, I was unaware that Mr. Parker had filed Chapter 13 Bankruptcy with this Court. Sometime later, I learned that Mr. Parker had filed Bankruptcy and alleged that he had faxed a notice to our office on September 23, 2010. I did not receive that fax, and none of my staff remembered it. I then investigated our fax machine and printed a report that showed all faxes received by our fax machine around that time period. I attach a copy of this Report as Exhibit 2 ("the fax machine report") which demonstrates a number of failed faxes, including the fax that Mr. Parker alleges that he sent to my office. (See highlighted line of the fax machine report).

2

6.      Upon information and belief, and supported by this report, no fax was received from Mr. Parker on September 23, 2010, and we did not have any notice otherwise that he had filed Bankruptcy when the letter of September 24, 2010 was delivered to Mr. Parker's address at the Seminary.

7.      Since that time, all of my actions to seek possession of the apartment have been conducted through counsel.

8.      Mr. Parker, in his Amended Complaint in paragraph 10, references an email that Olivia Dawson sent to all residents requesting that signed leases be returned. When plaintiff moved in, in July of 2010, he was given a form lease, but never signed it nor returned it to the office. By late September, when it was apparent that we needed to evict the plaintiff, it was unnecessary for plaintiff to sign a lease.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November _____, 2010

_____
James F. Peak, Jr., Ph.D.

3

Mr. Monroe Parker
1207 Palmyra Avenue, Kraemer Apt. 1-A
Richmond, VA 23227

September 24, 2010

Mr. Parker:

This letter acknowledges

TAKE NOTICE, that you are indebted to Baptist Theological Seminary
at Richmond in the sum of $2,215.00 for the rent of the following
premises in the City of Richmond 1207 Palmyra Avenue, Apt. Kraemer
1-A, Richmond, VA 23227 at the rate of $755.00 per month in advance
from August 1, 2010.

Being thus in default in the payment of rent we hereby require and
demand possession of the aforesaid premises or the payment of said rent
as prescribed by your dwelling lease by September 30, 2010, in default
of which your dwelling lease will terminate on September 30, 2010 and
we shall proceed by due process of law to recover possession of said
premises.

I hereby certify that the original was mailed on September 24, 2010.

Respectfully submitted,


James F. Peak, Jr., Ph.D.
Director of Business Affairs
Baptist Theological Seminary at Richmond



EXHIBIT
1

**\*\*\* ACTIVITY HISTORY \*\*\***

09/29/2010 12:37                    Lexmark S400 Series                    8043558182

| TOTAL PAGES SENT: | 3632 | | | | | |
|---|---|---|---|---|---|---|
| TOTAL PAGES RECEIVED: | 3640 | | | | PAGES | |
| | | | | | SCANNED/SENT | |
| NO. | DATE | START | TIME | S/R | TO/FROM | RCVD/PRINTED | RESULT |

| NO. | DATE | START | TIME | S/R | TO/FROM | RCVD/PRINTED | RESULT |
|---|---|---|---|---|---|---|---|
| 1 | 09/15/2010 | 11:08 | 01:18 | Send | 18778896168 | 3/3 | OK |
| 2 | 09/15/2010 | 13:17 | 00:16 | Recv | 18005112061 | 1/1 | OK |
| 3 | 09/15/2010 | 14:14 | 00:54 | Send | 8047713073 | 2/2 | OK |
| 4 | 09/16/2010 | 09:32 | 00:37 | Recv | schoolwreaths | 1/1 | OK |
| 5 | 09/16/2010 | 10:05 | 00:24 | Recv | | 1/1 | OK |
| 6 | 09/16/2010 | 13:36 | 00:34 | Send | 7713073 | 2/2 | OK |
| 7 | 09/16/2010 | 15:32 | 01:36 | Send | 18778896168 | 2/2 | OK |
| 8 | 09/17/2010 | 10:15 | 00:55 | Send | 17573920050 | 1/1 | OK |
| 9 | 09/17/2010 | 12:02 | 00:56 | Send | 17573920050 | 1/1 | OK |
| 10 | 09/17/2010 | 14:15 | 00:38 | Recv | | 2/2 | OK |
| 11 | 09/17/2010 | 14:17 | 00:13 | Recv | | 1/1 | OK |
| 12 | 09/20/2010 | 13:06 | 00:52 | Recv | 2250018 | 2/2 | OK |
| 13 | 09/20/2010 | 14:51 | 01:26 | Send | 4592201 | 5/5 | OK |
| 14 | 09/20/2010 | 18:02 | 03:31 | Recv | 8047510117 | 1/1 | REMOTE FAX ERROR |
| 15 | 09/20/2010 | 20:05 | 06:58 | Recv | 8047510117 | 2/0 | LOST |
| 16 | 09/21/2010 | 09:45 | 00:21 | Recv | 419-420-1830 | 2/0 | LOST |
| 17 | 09/21/2010 | 11:02 | 00:57 | Recv | Fax | 1/0 | LOST |
| 18 | 09/22/2010 | 05:07 | 00:17 | Recv | | 1/0 | LOST |
| 19 | 09/23/2010 | 11:00 | 02:21 | Recv | 8047839886 | 7/0 | LOST |
| 20 | 09/23/2010 | 14:01 | 00:38 | Recv | 8047379110 | 6/0 | LOST |
| 21 | 09/23/2010 | 15:03 | 00:12 | Recv | 8047379110 | 1/1 | OK |
| 22 | 09/23/2010 | 15:04 | 02:27 | Send | 18668983395 | 2/2 | OK |
| 23 | 09/23/2010 | 15:56 | 00:36 | Recv | 804 740 7912 | 2/2 | OK |
| 24 | 09/23/2010 | 16:01 | 00:27 | Recv | 804 740 7912 | 2/2 | OK |
| 25 | 09/23/2010 | 16:08 | 00:33 | Recv | Fax | 1/1 | OK |
| 26 | 09/23/2010 | 16:10 | 00:22 | Recv | 804 740 7912 | 2/2 | OK |
| 27 | 09/23/2010 | 16:12 | 00:22 | Recv | 804 740 7912 | 2/2 | OK |
| 28 | 09/23/2010 | 16:13 | 00:39 | Recv | 804 740 7912 | 2/2 | OK |
| 29 | 09/24/2010 | 10:11 | 00:14 | Recv | yourtravelguy.com | 1/1 | OK |
| 30 | 09/26/2010 | 01:01 | 00:20 | Recv | 609-888-8926 | 1/1 | OK |
| 31 | 09/27/2010 | 11:17 | 02:10 | Send | 8684714807 | 2/2 | OK |
| 32 | 09/27/2010 | 11:53 | 00:21 | Send | 8045590022 | 2/0 | CANCELLED |
| 33 | 09/27/2010 | 11:55 | 03:43 | Send | 8045596810 | 2/2 | OK |
| 34 | 09/27/2010 | 12:09 | 00:52 | Recv | | 4/4 | OK |
| 35 | 09/27/2010 | 12:16 | 01:12 | Send | 8042499960 | 4/4 | OK |
| 36 | 09/27/2010 | 13:36 | 00:22 | Recv | 419-420-1830 | 2/2 | OK |
| 37 | 09/27/2010 | 15:36 | 00:59 | Recv | 804 282 7082 | 6/6 | OK |
| 38 | 09/28/2010 | 09:28 | 00:37 | Recv | schoolwreaths | 1/1 | OK |
| 39 | 09/29/2010 | 11:20 | 01:08 | Send | 13364544413 | 5/0 | NO ANSWER |
| 40 | 09/29/2010 | 12:01 | 02:00 | Send | 13364542783 | 4/4 | OK |



**EXHIBIT**

2

3:10-CV-586

Exhibit #5

Richard K. Bennett VSB No. 14724
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
(804) 747-5200
(804) 747-6085 – facsimile
Email: rbennett@hccw.com

*Counsel for Defendants*

IN THE UNITED BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:
Monroe R. Parker, Jr.                            Case No. 10-36592-KRH

        Debtor.

## BAPTIST THEOLOGICAL SEMINARY AT RICHMOND'S RESPONSE TO PLAINTIFF'S REQUEST FOR ADMISSIONS

COMES NOW the defendant, Baptist Theological Seminary at Richmond, by counsel, and for their Responses to Plaintiff's Requests for Admissions, states as follows:

1.    Please admit that on May 8, 2010, that Monroe R. Parker, Jr. graduated from the Samuel Dewitt Proctor School of Theology, at Virginia Union University.

**RESPONSE: Admitted.**

2.    Please admit that Monroe R. Parker, Jr. graduated with a cumulative average of 3.0758 out of a possible 4.0, and this was verified by Ida Mae Hays, when she confirmed it with Denise G. Coleman, registrar of the Samuel Dewitt Proctor School of Theology, at ATS approved seminary.

**RESPONSE: Denied.**

1

3.      Please admit that the Commonwealth of Virginia called James F. Peak, Jr. to make payment on plaintiff's behalf, and he rejected their payment.

**RESPONSE: Denied.**


4.      Please admit that the Salvation Army called James f. Peak, Jr. to make payment on plaintiff's behalf, and he rejected their payment.

**RESPONSE: Denied.**


5.      Please admit that the Williamsburg Community House called James F. Peak, Jr. to make payment on plaintiff's behalf, and he rejected their payment.

**RESPONSE: Denied.**


6.      Please admit that plaintiff never acted belligerent with any student or staff member at BTSR, nor did he ever threaten or attempt to intimidate them.

**RESPONSE: Denied.**


7.      Please admit that plaintiff is a registered student, and BTSR has a history of discriminating against African-American students.

**RESPONSE: Denied.**


8.      Please admit that Patrick Coates gave misleading info to James Peak and or told Peak that the debtor was evicted in the summer of 2010.


2

**RESPONSE: Denied.**

9.     Please admit that Ida Mae Hays told the debtor that she had given out all financial

aid on August 12, 2010.

**RESPONSE: Denied.**

10.     Please admit that the United States Department of Education found debtor's

allegations to be creditable and agreed to launch a Title VI investigation into the actions of Peak,

Hays and Pittman.

**RESPONSE: Denied.**

                              **BAPTIST THEOLOGICAL**
                              **SEMINARY AT RICHMOND, et al.,**

                              By Counsel

Richard K. Bennett VSB No. 14724
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
(804) 747-5200
(804) 747-6085 – facsimile
Email: rbennett@hccw.com

*Counsel for Defendants*

3

## CERTIFICATE

I hereby certify that on the 23rd day of November, 2010, a true and correct copy of the foregoing Responses to Request for Admissions was mailed to:

> Monroe R. Parker, Jr.
> 1207 Palmyra Avenue, 1A
> Richmond, VA 23227

Richard K. Bennett VSB No. 14724
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
(804) 747-5200
(804) 747-6085 – facsimile
Email: *rbennett@hccw.com*
*Counsel for Defendants*

4

03-10-cv-886

Exhibit #6

Richard K. Bennett VSB No. 14724
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
(804) 747-5200
(804) 747-6085 – facsimile
Email: rbennett@hccw.com

*Counsel for Defendants*

IN THE UNITED BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:
Monroe R. Parker, Jr.                         Case No. 10-36592-KRH

        Debtor.

---------------------------------------------------------

MONROE R. PARKER, JR.

        Plaintiff,

v.                                            Adversary Proceeding No. 10-3155

BAPTIST THEOLOGICAL SEMINARY AT
RICHMOND, RONALD W. CRAWFORD, JAMES
F. PEAK, JR., KATHY GORE CHAPELLE, IDA
MAE HAYS, TIFFANY K. PITTMAN and OLIVIA
DAWSON,

        Defendants.

---------------------------------------------------------

## MOTION FOR SUMMARY JUDGMENT

COME NOW the defendants, Baptist Theological Seminary at Richmond, Ronald W.

Crawford, James F. Peake, Jr., Kathy Gore Chappelle, Ida Mae Hays, Tiffany K. Pittman and

Olivia Dawson, by counsel, and hereby move this Court for Summary Judgment pursuant to Rule

1

56 of the Federal Rules of Civil Procedure made applicable to this proceeding by Rule 7056, Fed. R. Bkr. P., and state as follows:

1.    This Amended Complaint does not state a cause of action against any of the defendants because it does not specifically state any action on the part of the defendants to "obtain possession of the property" or to otherwise violate the automatic stay.

2.    As demonstrated by the attached Declaration of James F. Peak, Jr., the defendants did not have any knowledge of the bankruptcy filed on September 23, 2010, and did not receive the fax alleged in the Amended Complaint.

3.    Beyond a conclusory allegation that he has suffered damage as a result of the defendants' actions, the plaintiff has failed to allege any specific damage related to any act of a defendant.

Accordingly, the defendants are entitled to Summary Judgment under the allegations of the Amended Complaint and the facts presented herein.

> BAPTIST THEOLOGICAL
> SEMINARY AT RICHMOND,
> RONALD W. CRAWFORD,
> JAMES F. PEAKE, JR.,
> KATHY GORE CHAPELLE,
> IDA MAE HAYS,
> TIFFANY K. PITTMAN
> and OLIVIA DAWSON
>
> By Counsel

/s/ Richard K. Bennett
Richard K. Bennett VSB No. 14724
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
(804) 747-5200
(804) 747-6085 – facsimile
Email: rbennett@hccw.com
*Counsel for Defendants*

2

## CERTIFICATE

I hereby certify that on the 24th day of November, 2010, I electronically filed the foregoing Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Carl M. Bates
P.O. Box 1819
Richmond, VA 23218


and I hereby certify that I have mailed by United States Postal Service the document to the following:

Monroe R. Parker, Jr.
1207 Palmyra Avenue, 1A
Richmond, VA 23227

/s/Richard K. Bennett
Richard K. Bennett VSB No. 14724
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
(804) 747-5200
(804) 747-6085 – facsimile
Email: rbennett@hccw.com

*Counsel for Defendants*

3

Exhibit 7

B91 (Official Form 9I) (Chapter 13 Case) (12/09)     Case Number 10–36705

# UNITED STATES BANKRUPTCY COURT
## District of Maryland

### Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines
The debtor(s) listed below filed a chapter 13 bankruptcy case on 11/23/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### *** See Reverse Side For Important Explanations and Possible Dismissal ***

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Tonia Rochelle Parker
605–B Riverside Drive
Salisbury, MD 21801

| Case Number: | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos: |
|---|---|
| 10–36705   dk | 177–46–8092 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| PRO SE | Ellen W. Cosby<br>300 E. Joppa Road, Suite 409<br>Towson, MD 21286<br>Telephone number:  (410) 825–5923 |

### Meeting of Creditors
Date: **January 19, 2011**     Time: **10:00 AM**
Location:  U.S. Post Office Building, 129 East Main Street, Room 104, Salisbury, MD 21801

### Deadlines
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

| | |
|---|---|
| **Deadline to File a Proof of Claim:** | For all creditors (except a governmental unit): 4/19/11<br>For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)): 5/23/11 |
| **Deadline to Object to Exemptions:** | Thirty (30) days after the *conclusion* of the meeting of creditors. |
| **Deadline to Object to Plan:** | Creditor's objections to the plan must be filed and copies served on the Chapter 13 Trustee, the debtor, and the debtor's attorney no later than 7 days before the date set for hearing on confirmation of the plan. |
| **Deadline to File Certain Pleadings:** | Debtor's motions to value collateral, motions to avoid liens, and all other motions which may impact the debtor's plan, should be filed by  1/19/11 |

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts: 3/21/11

### Filing of Plan, Hearing on Confirmation of Plan
**The debtor has not filed a plan as of this date.** A copy of the plan will be sent to you under separate cover by the debtor.
If the chapter 13 trustee recommends confirmation, and no timely objections to confirmation are filed, then the court may confirm the plan, and there will be no confirmation hearing. Timely filed objections to confirmation of the plan and motions to convert or dismiss, will be taken up at the Plan Confirmation Hearing. The Plan Confirmation Hearing will be held:
Date: **2/15/11**     Time: **12:00 PM**
Location: U.S. Post Office Building, 129 East Main Street, Room 104, Salisbury, MD 21801

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| Baltimore Division<br>101 West Lombard Street, Ste. 8530<br>Baltimore, MD 21201<br>Telephone number:  (410) 962–2688 | Clerk of the Bankruptcy Court:<br>Mark D. Sammons |
| Hours Open:  Monday – Friday 8:00 AM – 4:00 PM | Date:  11/23/10 |

10 - 36705 8/K

## LIST OF CREDITORS

LAMONT PROPERTIES

3400 BROOK ROAD

RICHMOND, VA. 23227

HICKORY HILL LLC/RUARK RENTALS

P.O. BOX 3754

SALISBURY, MARYLAND 21802

BTSR

3400 BROOK ROAD

RICHMOND, VA. 23227

UNION-PSCE THEOL. SEMINARY AT RICHMOND

3401 BROOK ROAD

RICHMOND, VA. 23227

TONIA R. PARKER

Notice: The Family Educational Rights and Privacy Act of 1974 prohibits the release of this record or disclosure of its contents to any third party without the written consent of the student.

Richard K. Bennett VSB No. 14724
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
(804) 747-5200
(804) 747-6085 – facsimile
Email: rbennett@hccw.com

*Counsel for Defendants*

IN THE UNITED BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION


IN RE:
Monroe R. Parker, Jr.                                        Case No. 10-36592-KRH

        Debtor.

-----------------------------------------------------------------

MONROE R. PARKER, JR.

        Plaintiff,

v.                                                           Adversary Proceeding No. 10-3186

BAPTIST THEOLOGICAL SEMINARY AT
RICHMOND, et al.,


        Defendants.
-----------------------------------------------------------------


## **ANSWER**

    Comes now the defendants, Baptist Theological Seminary at Richmond, by counsel, and

any other defendant deemed a party defendant to this *pro se* Complaint and in Answer denies the

allegations of the Complaint or that plaintiff is entitled to declaratory relief or any other relief

and further states as follows:

1

## JURISDICTION AND PARTIES

1.     In answer to paragraph 1, the defendants deny that its student housing is a place of public accommodation or that any discrimination has taken place based on plaintiff's race.

2.     In response to paragraph 2, these defendants deny that this court has jurisdiction based on the allegations of this Complaint.

3.     The defendants admit the allegations of paragraphs 3 and 4 of the Complaint.

4.     In response to paragraph 5, the defendants deny that they receive "federal financial assistance" but do admit that its housing is only available to registered students or members of the BTSR community.

5.     The defendants deny the allegations of paragraph 6.

## FACTUAL BACKGROUND

6.     In response to paragraphs 7 and 8 of the Complaint, the defendants admit that plaintiff applied for admission but deny the allegations of paragraph 8.

7.     In response to paragraphs 9, 10 and 11, the defendants admit that there was some confusion over the grading systems, but allege that plaintiff was eventually admitted.

8.     The defendants deny the allegations of paragraphs 12, 13 and 14 and specifically deny that plaintiff's rent deposit was paid or that his student deposit was paid.

9.     The defendants deny the allegations of paragraphs 15 and 16.

## COUNT I – RACIAL DISCRIMINATION IN VIOLATION OF 42 U.S.C. §2000A

10.     The defendants incorporate by reference the previous responses to the allegations incorporated by reference in paragraph 17.

11.     The defendants deny the allegations of paragraphs 18, 19, 20 and 21.

2

12.     The defendants deny the plaintiff is entitled to the relief requested or to any

relief.

13.     The defendants aver that all of their actions were reasonable and that they acted in

good faith in their dealings with the plaintiff to comply with all laws governing the allegations

set forth in this Complaint.

14.     Plaintiff's claims are barred in whole or in part by the doctrine of unclean hands.

15.     Defendants aver that plaintiff's claims are barred in whole or in part by his failure

to mitigate the damages he claims to have incurred.

WHEREFORE, for the foregoing reasons, defendants respectfully request judgment in

their favor together with their costs and attorneys fees expended herein.


                              **BAPTIST THEOLOGICAL
                              SEMINARY AT RICHMOND
                              AND LAMONT PROPERTIES, L.P.**

                              By Counsel


/s/ Richard K. Bennett
Richard K. Bennett VSB No. 14724
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
(804) 747-5200
(804) 747-6085 – facsimile
Email:  rbennett@hccw.com

*Counsel for Defendants*

3

## C E R T I F I C A T E

I hereby certify that on the 1st day of November, 2010, I electronically filed the foregoing Answer with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> K. Elizabeth Sieg, Esq.
> McGuire Woods LLP
> One James Center
> 901 E. Cary Street
> Richmond, VA 23219

and I hereby certify that I have mailed by United States Postal Service the document to the following:

> Monroe R. Parker, Jr.
> 1207 Palmyra Avenue, 1A
> Richmond, VA 23227
>
> Carl M. Bates
> P.O. Box 1819
> Richmond, VA 23218

> /s/Richard K. Bennett
> Richard K. Bennett VSB No. 14724
> Harman, Claytor, Corrigan & Wellman
> P.O. Box 70280
> Richmond, Virginia 23255
> (804) 747-5200
> (804) 747-6085 – facsimile
> Email:  rbennett@hccw.com
>
> *Counsel for Defendants*

4

*rec 4*

Richard K. Bennett VSB No. 14724
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
(804) 747-5200
(804) 747-6085 – facsimile
Email: rbennett@hccw.com

*Counsel for Defendants*

## IN THE UNITED BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

IN RE:
Monroe R. Parker, Jr.                          Case No. 10-36592-KRH

      Debtor.

-------------------------------------------------------------

MONROE R. PARKER, JR.

      Plaintiff,

v.                                             Adversary Proceeding No. 10-3186

BAPTIST THEOLOGICAL SEMINARY AT
RICHMOND, et al.,


      Defendants.

-------------------------------------------------------------

## MOTION TO DISMISS

Comes now the Baptist Theological Seminary at Richmond and Lamont Properties, L.P.,

and any individual employee of Baptist Theological Seminary at Richmond named in the

Complaint who is deemed to be a defendant and move this Court to dismiss the plaintiff's

Complaint in its entirety as the plaintiff has failed to state a claim upon which relief can be

1

granted pursuant to F.R.B.P. 7012 and Fed. Rules of Civil Procedure 12(b)(6). These parties

admit that this is a core proceeding and, if not, that they consent to entry of final orders or

judgments by the bankruptcy court. These parties incorporate their Brief in Support of the

Motion to Dismiss herein.

WHEREFORE, for the foregoing reasons, the defendant Baptist Theological Seminary at

Richmond and Lamont Properties, L.P. request that this case be dismissed, with prejudice, and

that it be awarded its costs and attorneys fees incurred in this matter.

> **BAPTIST THEOLOGICAL**
> **SEMINARY AT RICHMOND**
> **AND LAMONT PROPERTIES, L.P.**
>
> By Counsel

/s/ Richard K. Bennett
Richard K. Bennett VSB No. 14724
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
(804) 747-5200
(804) 747-6085 – facsimile
Email: rbennett@hccw.com

*Counsel for Defendants*

2

## CERTIFICATE

I hereby certify that on the 1st day of November, 2010, I electronically filed the foregoing Motion to Dismiss with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

K. Elizabeth Sieg, Esq.
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

and I hereby certify that I have mailed by United States Postal Service the document to the following:

Monroe R. Parker, Jr.
1207 Palmyra Avenue, 1A
Richmond, VA 23227

Carl M. Bates
P.O. Box 1819
Richmond, VA 23218

/s/Richard K. Bennett
Richard K. Bennett VSB No. 14724
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
(804) 747-5200
(804) 747-6085 – facsimile
Email:  rbennett@hccw.com

*Counsel for Defendants*

3