Entered: March 22, 2011
Signed: March 22, 2011
**SO ORDERED**



DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

| | | |
|---|---|---|
| **In re:** | : | |
| **Monroe Roosevelt Parker, Jr.** | : | Case No. 10-38938-DK |
| **Tonia Rochelle Parker** | | Chapter 7 |
| | : | |
| Debtors. | | |
| --- | : | |
| **Monroe Roosevelt Parker, Jr.** | | |
| | : | Adversary No. 11-0013 |
| Plaintiff, | | |
| | : | |
| v. | | |
| | : | |
| **Daniel L. Rosenthal, et al,** | | |
| | : | |
| Defendants | | |

**AMENDED ORDER GRANTING SUMMARY JUDGMENT**
**(For Purposes of Adding Daniel L. Rosenthal as Co-Movant)**

Upon the Motion to Dismiss filed by Defendants Daniel L. Rosenthal, Richard K. Bennett, Harman, Claytor, Corrigan & Wellman, P.C., Baptist Theological Seminary at Richmond, James F. Peak, Jr., Tiffany K. Pittman, Ida Mae Hays, Ronald N. Crawford, and Olivia Dawson (collectively the "Movants"), the court having found that the Motion to Dismiss should be treated as a motion for summary judgment in accordance with Federal

Rule of Civil Procedure 12(d), and in accordance with the accompanying Memorandum of Decision, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that summary judgment is granted in favor of Movants and this adversary proceeding is dismissed as to Movants.

cc:    all parties
       all counsel

**End of Order**