# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | |
|---|---|
| In re: | Case No. 10-38938 - DK |
| Monroe Roosevelt Parker, Jr. and Tonia Rochelle Parker<br>Debtor(s) | Chapter 7 |
| Plaintiff(s)<br>Monroe Roosevelt Parker Jr. | Adversary No. 11-00480 |
| vs. | |
| Defendant(s)<br>Sharp Energy, Inc. | |

FILED
JUL 13 2011
CLERK'S OFFICE
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

## CERTIFICATE OF SERVICE OF COMPLAINT AND SUMMONS

I, _Tonia R. Parker / Monroe R. Parker, Jr._ (name), certify that service of this summons and a copy of the complaint was made _____ (date of service) by:

__✓__ Mail Service: Regular, first class United States Mail, postage fully prepaid addressed to:


_____ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:


_____ Residence Service: By leaving the process with the following adult at:


_____ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:


_____ Publication: The defendant was served as follows: (Describe briefly)


_____ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: (Describe briefly)


If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: July 10, 2011        Signature: Monroe R. Parker, Jr.
                                      Monroe R. Parker

Print Name Bob Zola (President)/Sharp Energy/CSC - LAWYERS INCORPORATING SERVICE CO.
Business Address 7 ST. PAUL STREET, SUITE 1660
City BALTIMORE    State MARYLAND    Zip 21202

Clerk-29 – 3/8/11