IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF MARYLAND (BALTIMORE DIVISION)

| | | |
|---|---|---|
| IN RE: | * | |
| MONROE ROOSEVELT PARKER, JR. *et ux.*, | * | CASE NO. 10-38938 |
| DEBTORS. | * | CHAPTER 7 |
| * * * * * * | * | * * * * * |

ORDER CONSOLIDATING MOTION FOR SANCTIONS [DKT. NO. 15]
INTO ADVERSARY PROCEEDING 11-0013

Having read and considered the *Motion to Consolidate Motion for Sanctions [Dkt. No. 15] into Adversary Proceeding 11-0013* (the "Motion") filed by Baptist Theological Seminary at Richmond, James F. Peak, Jr., Tiffany K. Pittman, Ida Mae Hays, Ronald N. Crawford, Olivia Dawson, Lori M. Scott, K. Elizabeth Sieg, McGuireWoods LLP, Richard K. Bennett, Harman, Claytor, Corrigan & Wellman and Daniel L. Rosenthal, and any response thereto, the relief requested appearing appropriate under the circumstances, it is hereby:

ORDERED, that the Motion is Granted; and it is further

ORDERED, that the *Motion for Sanctions for Violation of the Automatic Stay* [Dkt. No. 15] (the "Motion for Sanctions") is hereby consolidated into Adv. Proc. 11-0013.

cc:

Andrew L. Cole
Franklin & Prokopik
The B&O Building
Two N. Charles St., Ste. 600
Baltimore, MD 21201
acole@fandpnet.com

*Attorneys for Baptist Theological*
 *Seminary at Richmond, James F. Peak, Jr.,*
 *Tiffany K. Pittman, Ida Mae Hays,*
 *Ronald N. Crawford, Olivia Dawson,*
 *Lori M. Scott, K. Elizabeth Sieg,*
 *and McGuireWoods LLP*

Matthew A. Ranck
Erin A. Cohn
Richard J. Berwanger, Jr.
Eccleston & Wolf, P.C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, MD 21076
Ranck@ewmd.com
cohn@ewmd.com
berwanger@ewmd.com

*Attorneys for Richard K. Bennett,*
 *Harman, Claytor, Corrigan & Wellman*
 *and Daniel L. Rosenthal*

Monroe Roosevelt Parker, Jr.
Tonia Rochelle Parker
605-B riverside Drive
Salisbury, MD 21801

*Debtors*

Joseph J. Bellenger, Esq.
Offit Kurman
8171 Maple Lawn Boulevard, Suite 200
Maple Lawn, MD 20759

*Chapter 7 Trustee*

**End of Order**

2