Richard K. Bennett VSB No. 14724
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
(804) 747-5200
(804) 747-6085 – facsimile
Email: rbennett@hccw.com

*Counsel for Defendants*

IN THE UNITED BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:
Monroe R. Parker, Jr.                                Case No. 10-36592-KRH

    Debtor.

---

MONROE R. PARKER, JR.

    Plaintiff,

v.                                                   Adversary Proceeding No. 10-3186

BAPTIST THEOLOGICAL SEMINARY AT
RICHMOND and LAMONT PROPERTIES, LP,

    Defendants.

---

### RESPONSE OF DEFENDANTS TO PLAINTIFF'S MOTION TO VACATE OR AMEND

COME NOW the defendants, Baptist Theological Seminary at Richmond ("BTSR") and Lamont Properties, LP, by counsel, and hereby respond to the Motion to Vacate or Amend filed herein. It is noted at the outset that this Motion is filed in Adversary Proceeding No. 10-3186.

1

This proceeding was a discrimination-type claim filed originally in the Circuit Court for the City of Richmond and removed to this Court. In response to this action, the defendants filed a Motion to Dismiss and Brief in Support on November 1, 2010. This Motion and Brief contained an appropriate Roseboro Notice.

Despite this Notice, the plaintiff never filed any response to this Motion to Dismiss. The matter was brought on for hearing pursuant to an appropriate Notice filed on November 24, 2010 for a hearing on December 8, 2010. Further, plaintiff was noticed by the Court at the initial Pretrial Conference held on November 10, 2010 that this adversary proceeding had been continued for an additional Conference on December 8, 2010 at 11:30 a.m.

Despite all these Notices, the plaintiff did not appear for the noticed hearing on the Motion to Dismiss this adversary proceeding. Upon due consideration, the Court entered the Order dismissing this adversary proceeding, with prejudice.

There is nothing in the papers filed by the plaintiff that would avoid or change this Court's decision, despite the plaintiff's scurrilous and offensive comments about defense counsel. It is now clear that this plaintiff is engaging in a litigation blizzard in an attempt to remain in the student housing at BTSR, despite the fact that he has not paid one penny in rent since moving in in July of 2010, and is not eligible for student housing as he is not a student at BTSR.

Counsel also represents to the Court that the plaintiff represented to the Richmond General District Court at a trial on December 28, 2010 regarding possession of the student housing unit, that he had filed an additional bankruptcy proceeding in Maryland.

## CONCLUSION

This Court should forthwith enter an Order denying the Motion to Vacate or Amend. A suggested Order is tendered for the Court's consideration. The defendants do not desire to be heard orally on this Motion.

BAPTIST THEOLOGICAL
SEMINARY AT RICHMOND
AND LAMONT PROPERTIES, L.P.

By Counsel

/s/ Richard K. Bennett
Richard K. Bennett VSB No. 14724
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
(804) 747-5200
(804) 747-6085 – facsimile
Email: rbennett@hccw.com
*Counsel for Defendants*

## CERTIFICATE

I hereby certify that on the 29th day of December, 2010, I electronically filed the foregoing Response to Plaintiff's Motion to Vacate or Amend with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Carl M. Bates
P.O. Box 1819
Richmond, VA 23218

and I hereby certify that I have mailed by United States Postal Service the document to the following:

Monroe R. Parker, Jr.
1207 Palmyra Avenue, 1A
Richmond, VA 23227

/s/Richard K. Bennett
Richard K. Bennett VSB No. 14724
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
(804) 747-5200
(804) 747-6085 – facsimile
Email: rbennett@hccw.com

*Counsel for Defendants*