

DEPARTMENT OF VETERANS AFFAIRS
Maryland Health Care System

Medical Center
10 North Greene Street
Baltimore MD 21201
(410) 605-7000

Medical Center
Perry Point MD 21902
(410) 642-2411

Baltimore Rehabilitation and
Extended Care Center
3900 Loch Raven Boulevard
Baltimore MD 21218
(410) 605-7000

## Imaging Services
VA Medical Center
10 North Greene Street
Baltimore, Maryland 21201

9:50 PM

Date: Oct. 20, 2011

To Whom It May Concern,

_Parker, Monroe_____, had a Radiologic Diagnostic procedure done today at the Baltimore VA Medical Center.

Clerk Signature: _P. Tran RT(R)_

If you have any questions, please contact us at 410-605-7400.

```
-------------------------------------------------------------------------------
MEDICAL RECORD                                                    Progress Notes
-------------------------------------------------------------------------------
```

NOTE DATED: 10/18/2011 19:08
LOCAL TITLE: ECS DISCHARGE NOTE
STANDARD TITLE: EMERGENCY DEPT NOTE
VISIT: 10/18/2011 17:01 BT EMERGENCY DEPARTMENT
ECS DISCHARGE NOTE

Primary Care Provider:

Disposition/Clinic Appointment: HOME

Pain Score (scale 0-10): 0
Is patient satisfied with pain score: [ ]yes   [ ]no

[] After Care Sheet Given

Follow-up activity, limitations:

Condition on discharge:
        [] Improved
        [] Satisfactory
        [x] Unchanged

Date/Time of Discharge:

PATIENT INSTRUCTIONS:
You likely have inflammation in your lung called Bronchitis. Please take antibiotic Azithromycin 500mg x once (You have been given Azithromycin 250mg tablets so please take 2 tablets on first day) then next day Take Azithromycin 250mg 1 tablet by mouth daily for Four days total. You can also pick up over the counter Claritin to help decrease the inflammation in your legs.
Please note: If you continue to produce cough with white phlegm in the next 1-2 months, please see your primary care physician for evaluation for heart failure as a possible cause.

MEDICATION RECONCILIATION:
[ x] I have reviewed the patient's previous outpatient medications (including VA, non-VA and OTC medications) with the planned discharge medication regimen from ED with the patient (or appropriate family member/caregiver). Patient/caregiver was educated and voiced understanding of the teaching regarding his/her current medications as well as the ones he/she is being placed on in the Emergency Department. The patient is given a copy of current medications as well as the ones being administered from the Emergency Department.

Active Outpatient Medications (including Supplies):

No Medications Found


==================================================================

Date:OCT 18, 2011

                Signed by: /es/ SAHAR MANSOOR, MD
                               MEDICAL RESIDENT
                               10/18/2011 19:34
                               **REQUIRES COSIGNATURE**


-------------------------------------------------------------------------------
PARKER,MONROE ROOSEVELT JR           VAMHCS             Printed:10/18/2011 19:41
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 DOB:08/03/1948      Pt Loc: OUTPATIENT                 Vice SF 509
-------------------------------------------------------------------------------