**Repeat, IFP, NODIS, APPEAL**

# U.S. Bankruptcy Court
## District of Maryland (Baltimore)
## Bankruptcy Petition #: 10-38938

*Date filed:* 12/27/2010

*Assigned to:* Duncan W. Keir
Chapter 7 **(SAL)**
Voluntary
No asset

*Case Administrator:*  Jennifer Whitfield
*Team Phone:*  301-344-3965

| | |
|---|---|
| ***Debtor***<br>**Monroe Roosevelt Parker, Jr.**<br>27060 Ocean Gateway<br>Hebron, MD 21830<br>WICOMICO-MD<br>(410) 677-3003<br>SSN / ITIN: xxx-xx-3895 | represented by **Monroe Roosevelt Parker, Jr.**<br>PRO SE |
| ***Debtor***<br>**Tonia Rochelle Parker**<br>27060 Ocean Gateway<br>Hebron, MD 21830<br>WICOMICO-MD<br>(410) 677-3003<br>SSN / ITIN: xxx-xx-8092 | represented by **Tonia Rochelle Parker**<br>PRO SE |
| ***Trustee***<br>**Joseph J. Bellinger**<br>Offit Kurman<br>8171 Maple Lawn Boulevard<br>Suite 200<br>Fulton, MD 20759<br>(443) 738-1515<br>Fax : (301) 575-0335<br>Email: trustee@offitkurman.com | represented by **Joseph J. Bellinger**<br>Offit Kurman<br>8171 Maple Lawn Boulevard<br>Suite 200<br>Fulton, MD 20759<br>(443) 738-1515<br>Fax : (301) 575-0335<br>Email: trustee@offitkurman.com |
| ***Other Party***<br>**Daniel L. Rosenthal** | represented by **Andrew L. Cole**<br>Franklin & Prokopik<br>The B&O Building<br>Two N. Charles St., Suite 600<br>Baltimore, MD 21201<br>(410) 230-1080<br>Fax : (410) 752-6868<br>Email: acole@fandpnet.com |

**Other Party**
**Harman, Claytor, Corrigan & Wellman, P.C.**
Attn: David P. Corrigan
4951 Lake Brook Dr., Ste. 100
Glen Allen, VA

represented by **Andrew L. Cole**
(See above for address)


**Other Party**
**Richard K. Bennett**

represented by **Andrew L. Cole**
(See above for address)


**Other Party**
**McGuireWoods LLP**

represented by **Andrew L. Cole**
(See above for address)


**Other Party**
**K. Elizabeth Sieg**
c/o Andrew L. Cole, Esq.
Franklin & Prokopik
The B&O Building
Two N. Charles St. Ste. 600
Baltimore, MD 21201
(410) 752-8700
Fax : (410) 752-6868
Email: acole@fandpnet.com

represented by **Andrew L. Cole**
(See above for address)


**Other Party**
**Lori M. Scott**
c/o Andrew L. Cole, Esq.
Franklin & Prokopik
The B&O Building
Two N. Charles St. Ste. 600
Baltimore, MD 21201
(410) 752-8700
Fax : (410) 752-6868
Email: acole@fandpnet.com

represented by **Andrew L. Cole**
(See above for address)


**Other Party**
**Olivia Dawson**
c/o Andrew L. Cole, Esq.
Franklin & Prokopik
The B&O Building
Two N. Charles St. Ste. 600
Baltimore, MD 21201
(410) 752-8700
Fax : (410) 752-6868
Email: acole@fandpnet.com

represented by **Andrew L. Cole**
(See above for address)


**Other Party**
**Ronald N. Crawford**
c/o Andrew L. Cole, Esq.
Franklin & Prokopik
The B&O Building

represented by **Andrew L. Cole**
(See above for address)

Two N. Charles St. Ste. 600
Baltimore, MD 21201
(410) 752-8700
Fax : (410) 752-6868
Email: acole@fandpnet.com

**Other Party**                                represented by **Andrew L. Cole**
**Ida Mae Hays**                                      (See above for address)
c/o Andrew L. Cole, Esq.
Franklin & Prokopik
The B&O Building
Two N. Charles St. Ste. 600
Baltimore, MD 21201
(410) 752-8700
Fax : (410) 752-6868
Email: acole@fandpnet.com

**Other Party**                                represented by **Andrew L. Cole**
**Tiffany K. Pittman**                                (See above for address)
c/o Andrew L. Cole, Esq.
Franklin & Prokopik
The B&O Building
Two N. Charles St. Ste. 600
Baltimore, MD 21201
(410) 752-8700
Fax : (410) 752-6868
Email: acole@fandpnet.com

**Other Party**                                represented by **Andrew L. Cole**
**James F. Peak, Jr.**                                (See above for address)
c/o Andrew L. Cole, Esq.
Franklin & Prokopik
The B&O Building
Two N. Charles St. Ste. 600
Baltimore, MD 21201
(410) 752-8700
Fax : (410) 752-6868
Email: acole@fandpnet.com

**Other Party**                                represented by **Andrew L. Cole**
**Baptist Theological Seminary at Richmond**          (See above for address)
3800 Brook Road
Richmond, VA 23227

| Case Related Information | | | |
|---|---|---|---|
| Associated Cases | No Claims | Related Transactions | |

| Pending Matters | Pending Deadlines | No Pending Hearings | |
| Orders | Party | | Key Dates |

| **Filing Date** | **#** | **Select all / clear** | **Docket Text** |
| --- | --- | --- | --- |
| 11/14/2011 | �e89 | ☐ | Order Denying Request to Proceed Without Payment of Filing Fee for Appeal (related document(s): 87 Application to Proceed in District Court Without Pre-Paying Fees or Costs Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker). (Arter, Laurie) (Entered: 11/14/2011) |
| 11/02/2011 | �e88 | ☐ | BNC Certificate of Mailing - PDF Document. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 86 Order on Motion for Sanctions for Violation of the Automatic Stay). No. of Notices: 1. Notice Date 11/02/2011. (Admin.) (Entered: 11/03/2011) |
| 10/31/2011 | �e86 | ☑ | Order Denying Motion For Want of Prosecution - without prosecution (related document(s):67 Motion For Sanctions for Violation of the Automatic Stay Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker). (Whitfield, Jennifer) (Entered: 10/31/2011) |
| 10/28/2011 | 🔒e87 | ☐ | Application to Proceed in District Court Without PrePaying Fees or Costs Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker. (Burkhart, Mary) (Entered: 10/31/2011) |
| 10/27/2011 | 🔒e85 | ☐ | BNC Certificate of Mailing - PDF Document. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 84 Notice). No. of Notices: 1. Notice Date 10/27/2011. (Admin.) (Entered: 10/28/2011) |
| 10/25/2011 | 🔒e84 | ☐ | Notice of Filing of Appeal to the United States District Court (related document(s) 83 Notice of Appeal filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker). (Burkhart, Mary) (Entered: 10/25/2011) |
| 10/25/2011 | 🔒e83 | ☑ | Notice of Appeal to District Court Regarding Evidentiray Hearing Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle |

| | | Parker. (related document(s)82 Hearing Held (Bk)). Appellant Designation due by 11/8/2011. (Burkhart, Mary) (Entered: 10/25/2011) |
|---|---|---|
| 10/24/2011 | ● | Receipt of filing fee for Appeal. Receipt Number 40082451. Fee Amount $0.00 received by MK. (admin) (Entered: 10/24/2011) |
| 10/18/2011 | ●82 | Evidentiary Status Hearing Held (related document(s)67 Motion For Sanctions for Violation of the Automatic Stay Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker). DISMISSED FOR LACK OF PROSECUTION. (See Proceeding Memo for Additional Notes). (Faucette, E) (Entered: 10/19/2011) |
| 08/29/2011 | ● | Adversary Case 1:11-ap-480 Closed. (Whitfield, Jennifer) (Entered: 08/29/2011) |
| 08/21/2011 | ●81 | BNC Certificate of Mailing - PDF Document. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 79 Order on Motion for Sanctions for Violation of the Automatic Stay). No. of Notices: 1. Notice Date 08/21/2011. (Admin.) (Entered: 08/22/2011) |
| 08/19/2011 | ●80 | BNC Certificate of Mailing - PDF Document. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 77 Order on Motion for Miscellaneous Relief). No. of Notices: 16. Notice Date 08/19/2011. (Admin.) (Entered: 08/20/2011) |
| 08/19/2011 | ● | Hearing Set On (related document(s)67 Motion for Sanctions for Violation of the Automatic Stay filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker, 70 Response filed by Creditor Union Institute & University, 78 Response filed by Debtor Monroe Roosevelt Parker). Status hearing to be held on 10/18/2011 at 10:00 AM at 341 meeting room 104 at 129 East Main St., Salisbury. (Whitfield, Jennifer) (Entered: 08/19/2011) |
| 08/19/2011 | ●79 | Order Denying Motion in Part and Setting Hearing on Remaining Issue - Status Conference as to 11 USC 525(c)(1) 10/18/2011 @ 10:00 AM, Salisbury (related document(s):67 Motion For Sanctions for Violation of the Automatic Stay Filed |

| | | | |
|---|---|---|---|
| | | | by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker). (Whitfield, Jennifer) (Entered: 08/19/2011) |
| 08/19/2011 | ⬤ 78 | ☐ | Response on behalf of Monroe Roosevelt Parker Jr. Filed by Monroe Roosevelt Parker Jr. (related document(s) 70 Response filed by Creditor Union Institute & University). (Attachments: # 1 Certificate of Service) (Burkhart, Mary) (Entered: 08/19/2011) |
| 08/19/2011 | ⬤ | | Adversary Case 1:11-ap-13 Closed. (Whitfield, Jennifer) (Entered: 08/19/2011) |
| 08/17/2011 | ⬤ 77 | ☐ | Order Denying Motion (related document(s):68 Motion to Admit Exhibits Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker). (Whitfield, Jennifer) (Entered: 08/17/2011) |
| 08/11/2011 | ⬤ 76 | ☐ | BNC Certificate of Mailing - PDF Document. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 75 Order on Motion to Extend Time). No. of Notices: 1. Notice Date 08/11/2011. (Admin.) (Entered: 08/12/2011) |
| 08/09/2011 | ⬤ 75 | ☐ | Order Granting Motion to Extend Time - any reply by the debtors to the responses to Motion for Sanction shall be no later than 8/18/2011 (related document(s):74 Motion to Extend Time to Answer (RE: 70 Response on behalf of Union Institute & University Filed by Marc E. Shach (RE: 67 Motion for Sanctions for Violation of the Automatic Stay filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker) Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker). (Whitfield, Jennifer) (Entered: 08/09/2011) |
| 08/03/2011 | ⬤ 74 | ☐ | Motion to Extend Time to Answer (related document(s) 70 Response on behalf of Union Institute & University Filed by Marc E. Shach (related document(s)67 Motion for Sanctions for Violation of the Automatic Stay filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker) Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker. (Burkhart, Mary) (Entered: 08/04/2011) |
| 07/22/2011 | ⬤ 73 | ☐ | BNC Certificate of Mailing. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 69 Deficiency Notice). No. of Notices: 1. Notice Date 07/22/2011. |

| | | | |
|---|---|---|---|
| | | ☐ | (Admin.) (Entered: 07/23/2011) |
| 07/21/2011 | ● 72 | ☐ | Amended Certificate of Service Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker (related document(s) 68 Motion to Admit Exhibits filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker). (Burkhart, Mary) (Entered: 07/21/2011) |
| 07/20/2011 | ● 71 | ☐ | Notice of Appearance and Request for Notice Filed by Union Institute& University. (Kreshtool, Shannon) (Entered: 07/20/2011) |
| 07/20/2011 | ● 70 | ☐ | Response on behalf of Union Institute & University Filed by Marc E. Shach (related document(s)67 Motion for Sanctions for Violation of the Automatic Stay filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker). (Attachments: # 1 Exhibit Miles H.Scott Affidavit# 2 Exhibit Bankruptcy Docket# 3 Exhibit Order of Dismissal# 4 Proposed Order) (Shach, Marc) (Entered: 07/20/2011) |
| 07/20/2011 | ● 69 | ☐ | Deficiency Notice (related document(s) 68 Motion to Admit Exhibits filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker). Cured Pleading due by 8/3/2011. (Burkhart, Mary) (Entered: 07/20/2011) |
| 07/11/2011 | ● 68 | ☐ | Motion to Admit Exhibits Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker. (Attachments: # 1 Certificate of Service # 2 Notice of Motion # 3 Exhibit 1 through 14) (Burkhart, Mary) (Entered: 07/12/2011) |
| 07/06/2011 | ● 67 | ☐ | Motion For Sanctions for Violation of the Automatic Stay Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker . (Oliver, Yvette) Additional attachment(s) added on 7/7/2011 (Oliver, Yvette). Modified on 7/7/2011 (Oliver, Yvette).CORRECTIVE ENTRY: ATTACHED PROPOSED ORDER. (Entered: 07/07/2011) |
| 06/27/2011 | ● 66 | ☐ | Financial Management Course Certificate Filed on Behalf o Monroe Roosevelt Parker Jr., Tonia Rochelle Parker Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker. (Attachments: # 1 Certificate of Monroe Parker) (Burkhart, Mary) (Entered: 06/28/2011) |
| 06/16/2011 | ● 65 | ☐ | Adversary case 11-00480. (41 Objection / revocation of discharge - 727(c),(d),(e)) Complaint by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker against Sharp Energy, Inc., Bob Zola, Holly Smith, Ruark Rentals, Delmarva Power & Light Company, Kim Ortega. (Burkhart, Mary) Modified on 6/24/2011 (Burkhart, Mary). CORRECTIVE ENTRY: |

| | | | |
|---|---|---|---|
| | | | ENHANCED TEXT. (Entered: 06/16/2011) |
| 06/06/2011 | ◗ 64 | ☐ | Amended Social Security Number Verification Page Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker. (Burkhart, Mary) (Entered: 06/07/2011) |
| 06/06/2011 | ◗ 63 | ☐ | Certificate of Service Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker (related document(s) 56 Amended Schedules filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker, 57 Amended Creditor Matrix filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker). (Attachments: # 1 Summary of Schedules and Schedules A - J# 2 Statement of Financial Affairs# 3 Statement of Intent# 4 Chapter 7 Means# 5 Amended Verification of Creditor Matrix) (Burkhart, Mary) (Entered: 06/07/2011) |
| 05/24/2011 | ◗ | | Chapter 7 Trustee's Report of No Distribution: I, Joseph J. Bellinger, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Meeting of Creditors and Examination of Debtor(s) Conducted. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 5 months. Assets Abandoned (without deducting any secured claims): $26310.00, Assets Exempt: Not Available, Claims Scheduled: $192084.00, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $192084.00. Filed by Joseph J. Bellinger. (Bellinger, Joseph) (Entered: 05/24/2011) |
| 05/22/2011 | ◗ 62 | ☐ | BNC Certificate of Mailing. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 61 Deficiency Notice). No. of Notices: 1. Notice Date 05/22/2011. (Admin.) (Entered: 05/23/2011) |
| 05/20/2011 | ◗ 61 | ☐ | Deficiency Notice (related document(s)56 Amended Schedules filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker, 57 Amended Creditor Matrix filed by |

| | | | |
|---|---|---|---|
| | | | Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker). Cured Pleading due by 6/3/2011. (Escobar, Jolon) (Entered: 05/20/2011) |
| 05/19/2011 | ● 60 | ☐ | Amended Statement of Financial Affairs on behalf of Monroe Roosevelt Parker Jr., Tonia Rochelle Parker Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker (related document(s)36 Amended Statement of Financial Affairs filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker). (Escobar, Jolon) (Entered: 05/20/2011) |
| 05/19/2011 | ● 59 | ☐ | Amended Statement of Intent on behalf of Monroe Roosevelt Parker Jr., Tonia Rochelle Parker Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker . (Escobar, Jolon) (Entered: 05/20/2011) |
| 05/19/2011 | ● 58 | ☐ | No Presumption of Abuse. Amended Chapter 7 Statement of Current Monthly Income and Means Test Calculation - Form 22A on Behalf of Monroe Roosevelt Parker Jr., Tonia Rochelle Parker Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker . (Escobar, Jolon) (Entered: 05/20/2011) |
| 05/19/2011 | ● 57 | ☐ | Amendment to List of Creditors Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker . (Escobar, Jolon) (Entered: 05/20/2011) |
| 05/19/2011 | ● 56 | ☐ | Amended Schedules A-J on Behalf of Monroe Roosevelt Parker Jr., Tonia Rochelle Parker Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker. (Escobar, Jolon) (Entered: 05/20/2011) |
| 05/19/2011 | ● | | Receipt of filing fee for Amendment to List of Creditors Schedules. Receipt Number 40080374. Fee Amount $26.00 received by MK. (admin) (Entered: 05/19/2011) |
| 05/04/2011 | ● | | Meeting of Creditors Held and Disposition Pending .Meeting of Creditors held but not concluded.Meeting of Creditors held but not concluded. (Bellinger, Joseph) (Entered: 05/04/2011) |
| 04/24/2011 | ● 55 | ☐ | BNC Certificate of Mailing - PDF Document. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 54 Order on Motion to Extend Time to Object to Discharge). No. of Notices: 22. Notice Date 04/24/2011. (Admin.) (Entered: 04/25/2011) |

| | | | |
|---|---|---|---|
| 04/22/2011 | ●54 | ☐ | Order Granting Chapter 7 Trustee's Motion Extending Deadline to File Complaints Objecting to Discharge (related document(s):52 Motion to Extend Time to Object to Discharge Filed by Joseph J. Bellinger). Last day to oppose discharge is 6/21/2011. (Whitfield, Jennifer) (Entered: 04/22/2011) |
| 04/19/2011 | ●53 | ☐ | Hearing Held (related document(s)15 Motion For Sanctions for Violation of the Automatic Stay Filed by Monroe Roosevelt Parker Jr., 27 Opposition on behalf of McGuireWoods LLP, Lori M. Scott, K. Elizabeth Sieg Filed by Andrew L. Cole (related document(s)15 Motion for Sanctions for Violation of the Automatic Stay filed by Debtor Monroe Roosevelt Parker). NOTHING TO ADJUDICATE. (See Proceeding Memo). (Faucette, E) (Entered: 04/20/2011) |
| 04/18/2011 | ●52 | ☐ | Motion to Extend Time to Object to Discharge Filed by Joseph J. Bellinger. (Attachments: # 1 Proposed Order) (Bellinger, Joseph) (Entered: 04/18/2011) |
| 04/08/2011 | ●51 | ☐ | BNC Certificate of Mailing - PDF Document. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 50 Order Striking Deficient Pleading or Document). No. of Notices: 1. Notice Date 04/08/2011. (Admin.) (Entered: 04/09/2011) |
| 04/06/2011 | ●50 | ☐ | Order Striking Pleading for Failure of Party to Comply with Required Filing Procedures (related document(s)35 Amended Schedules filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker). (Whitfield, Jennifer) (Entered: 04/06/2011) |
| 04/03/2011 | ●49 | ☐ | BNC Certificate of Mailing. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 47 Notice of Requirement to Complete Course in Financial Management). No. of Notices: 1. Notice Date 04/03/2011. (Admin.) (Entered: 04/04/2011) |
| 04/02/2011 | ●48 | ☐ | BNC Certificate of Mailing - PDF Document. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 46 Order on Motion to Extend Time. No. of |

| | | | |
|---|---|---|---|
| | | ☐ | Notices: 1. Notice Date 04/02/2011. (Admin.) (Entered: 04/03/2011) |
| 04/01/2011 | ⬤47 | ☐ | Second Notice of Requirement to Complete Course in Financial Management. (admin) (Entered: 04/01/2011) |
| 03/31/2011 | ⬤46 | ☐ | Order Granting Motion to Extend Time - deficiencies noted on March 15, 2011 {PP# 38, 39, & 40} must be cured by no later April 1, 2011. (related document(s):45 Motion to Extend Time to Cure Filed Pleadings Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker). (Whitfield, Jennifer) (Entered: 03/31/2011) |
| 03/30/2011 | ⬤45 | ☐ | Motion to Extend Time to Cure Filed Pleadings Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker. (Burkhart, Mary) (Entered: 03/31/2011) |
| 03/22/2011 | ⬤44 | ☐ | Creditor Request for Notices Filed by Main Street Acquisitions Corp. (Weisman, Gilbert) (Entered: 03/22/2011) |
| 03/17/2011 | ⬤43 | ☐ | BNC Certificate of Mailing. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 39 Deficiency Notice - Amendment Fee). No. of Notices: 1. Notice Date 03/17/2011. (Admin.) (Entered: 03/18/2011) |
| 03/17/2011 | ⬤42 | ☐ | BNC Certificate of Mailing. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 40 Deficiency Notice). No. of Notices: 1. Notice Date 03/17/2011. (Admin.) (Entered: 03/18/2011) |
| 03/17/2011 | ⬤41 | ☐ | BNC Certificate of Mailing. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 38 Deficiency Notice). No. of Notices: 1. Notice Date 03/17/2011. (Admin.) (Entered: 03/18/2011) |
| 03/15/2011 | ⬤40 | ☐ | Deficiency Notice for Matrix of Newly Added Creditors (related document(s) 35 Amended Schedules filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker). Cured Pleading due by 3/29/2011. (Burkhart, Mary) (Entered: 03/15/2011) |

11/14/2011 12:55 PM

| | | | |
|---|---|---|---|
| 03/15/2011 | ⬤ 39 | ☐ | Deficiency Notice for an Amendment Fee. Fee Due for (35 Amended Schedules) in the amount of $26.00 (related document(s)35 Amended Schedules filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker). Cured Pleading due by 3/29/2011. (Burkhart, Mary) (Entered: 03/15/2011) |
| 03/15/2011 | ⬤ 38 | ☐ | Deficiency Notice for Signature of Debtor (related document(s) 35 Amended Schedules filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker). Cured Pleading due by 3/29/2011. (Burkhart, Mary) (Entered: 03/15/2011) |
| 03/15/2011 | ⬤ 37 | ☐ | Certificate of Service Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker (related document(s) 34 Amended Voluntary Petition filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker, 35 Amended Schedules filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker, 36 Amended Statement of Financial Affairs filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker). (Burkhart, Mary) (Entered: 03/15/2011) |
| 03/15/2011 | ⬤ 36 | ☐ | Amended Statement of Financial Affairs on behalf of Monroe Roosevelt Parker Jr., Tonia Rochelle Parker Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker. (Burkhart, Mary) (Entered: 03/15/2011) |
| 03/15/2011 | ⬤ 35 | ☐ | Amended Schedules filed: Schedule A, Schedule B, Schedule C, Schedule D, Schedule E, Schedule F, on Behalf of Monroe Roosevelt Parker Jr., Tonia Rochelle Parker Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker. (Burkhart, Mary) (Entered: 03/15/2011) |
| 03/15/2011 | ⬤ 34 | ☐ | Amended Voluntary Petition to Correct Address Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker. (Attachments: # 1 Affidavit) (Burkhart, Mary) (Entered: 03/15/2011) |
| 03/12/2011 | ⬤ 33 | ☐ | BNC Certificate of Mailing - PDF Document. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 31 Order on Motion for Miscellaneous Relief. No. of Notices: 13. Notice Date 03/12/2011. (Admin.) (Entered: 03/13/2011) |
| 03/11/2011 | ⬤ 32 | ☐ | BNC Certificate of Mailing - Hearing. This document shows ONLY the persons noticed by the Clerk by paper mailing. |

| | | |
|---|---|---|
| | | Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 30 Notice of Hearing). No. of Notices: 13. Notice Date 03/11/2011. (Admin.) (Entered: 03/12/2011) |
| 03/10/2011 | ⚫31 | Order Consolidating Motion for Sanctions [Docket #15] Into Adversary Proceeding 11-0013 (related document(s):22 Motion to Consolidate Hearings on P#15 Motion For Sanctions for Violation of the Automatic Stay Filed by Monroe Roosevelt Parker Jr. and Adversary Proceeding {Adv. #11-0013} Filed by Baptist Theological Seminary at Richmond, Richard K. Bennett, Ronald N. Crawford, Olivia Dawson, Harman, Claytor, Corrigan & Wellman, P.C., Ida Mae Hays, McGuireWoods LLP, James F. Peak, Jr., Tiffany K. Pittman, Daniel L. Rosenthal, Lori M. Scott , K. Elizabeth Sieg). (Whitfield, Jennifer) (Entered: 03/10/2011) |
| 03/09/2011 | ⚫30 | Notice of Hearing (related document(s)15 Motion for Sanctions for Violation of the Automatic Stay filed by Debtor Monroe Roosevelt Parker, 27 Opposition filed by Other Party McGuireWoods LLP, Other Party Lori M. Scott, Other Party K. Elizabeth Sieg). Hearing scheduled for 4/19/2011 at 10:00 AM at 341 meeting room 104 at 129 East Main St., Salisbury. (Whitfield, Jennifer) (Entered: 03/09/2011) |
| 03/04/2011 | ⚫29 | Notice of Change of Address on behalf of Monroe Roosevelt Parker Jr., Tonia Rochelle Parker Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker . (Kearney, Carmen) (Entered: 03/04/2011) |
| 03/03/2011 | ⚫ | Meeting of Creditors Continued . on 4/22/2011 at 09:00 AM at 341 meeting room 104 at 129 East Main St., Salisbury Debtor appeared but was instructed to Amend/Correct Schedules Debtor appeared. (Bellinger, Joseph) (Entered: 03/03/2011) |
| 03/03/2011 | ⚫28 | Notice of Continuance of Meeting of Creditors Filed by Joseph J. Bellinger. 341(a) meeting to be held on 4/22/2011 at 09:00 AM at 341 meeting room 104 at 129 East Main St., Salisbury. (Bellinger, Joseph) (Entered: 03/03/2011) |
| 03/02/2011 | ⚫27 | Opposition on behalf of McGuireWoods LLP, Lori M. Scott, K. Elizabeth Sieg Filed by Andrew L. Cole (related document(s)15 Motion for Sanctions for Violation of the Automatic Stay filed by Debtor Monroe Roosevelt Parker). (Attachments: # 1 Exhibit Exhibit 1 - Scott Declaration# 2 Exhibit Exhibit 2 - Sieg Declaration# 3 Exhibit Exhibit 3 - Slaughter Declaration# 4 Exhibit Exhibit 4 - Virginia Bankruptcy Docket# 5 Exhibit Exhibit 5 - Virginia Motion for |

| | | | |
|---|---|---|---|
| | | ☐ | Relief from Stay# 6 Exhibit Exhibit 6 - Order Granting Relief from Stay# 7 Proposed Order Proposed Order Denying Motion) (Cole, Andrew) (Entered: 03/02/2011) |
| 02/19/2011 | ◐ 26 | ☐ | BNC Certificate of Mailing - PDF Document. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 25 Order on Motion For Relief From Stay). No. of Notices: 1. Notice Date 02/19/2011. (Admin.) (Entered: 02/20/2011) |
| 02/17/2011 | ◐ 25 | ☐ | Order Granting Motion For Relief From Stay (related document(s):13 Motion for Relief from Stay and Notice of Motion Re: 605 Riverside Dr., Apartment B, Salisbury, MD 21801, filed by Hickory Hill LLC). (Whitfield, Jennifer) (Entered: 02/17/2011) |
| 02/15/2011 | ◐ | | Disposition Without Hearing: re: 13 Relief from Stay and Notice of Motion NO RESPONSE. (related document(s) 13 Relief from Stay and Notice of Motion ) (Martin, Cherita) (Entered: 02/16/2011) |
| 02/15/2011 | ◐ | | The Debtor(s) is/are certified as having complied with all filing requirements of 11 U.S.C. sec. 521(a)(1), with the exception of subparagraph 521(a)(1)(B)(iv), which is not filed with the Court pursuant to Administrative Order 05-04. (Whitfield, Jennifer) (Entered: 02/15/2011) |
| 02/09/2011 | ◐ 24 | ☐ | BNC Certificate of Mailing - Hearing. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 23 Notice of Hearing). No. of Notices: 2. Notice Date 02/09/2011. (Admin.) (Entered: 02/10/2011) |
| 02/07/2011 | ◐ 23 | ☐ | Notice of Hearing (related document(s)22 Motion for Miscellaneous Relief filed by Other Party McGuireWoods LLP, Other Party Harman, Claytor, Corrigan & Wellman, P.C., Other Party James F. Peak, Jr., Other Party Tiffany K. Pittman, Other Party Ida Mae Hays, Other Party Ronald N. Crawford, Other Party Olivia Dawson, Other Party Baptist Theological Seminary at Richmond, Other Party Lori M. Scott, Other Party K. Elizabeth Sieg, Other Party Richard K. Bennett, Other Party Daniel L. Rosenthal). Hearing scheduled for 4/19/2011 at 10:00 AM at 341 meeting room 104 at 129 East Main St., Salisbury. (Whitfield, Jennifer) (Entered: 02/07/2011) |

| | | | |
|---|---|---|---|
| 02/01/2011 | ●22 | ☐ | Motion to Consolidate Hearings on P#15 Motion For Sanctions for Violation of the Automatic Stay Filed by Monroe Roosevelt Parker Jr. and Adversary Proceeding {Adv. #11-0013} Filed by Baptist Theological Seminary at Richmond, Richard K. Bennett, Ronald N. Crawford, Olivia Dawson, Harman, Claytor, Corrigan & Wellman, P.C., Ida Mae Hays, McGuireWoods LLP, James F. Peak, Jr., Tiffany K. Pittman, Daniel L. Rosenthal, Lori M. Scott , K. Elizabeth Sieg. (Attachments: # 1 Proposed Order) (Whitfield, Jennifer) (Entered: 02/02/2011) |
| 02/01/2011 | ●21 | ☐ | Motion to Consolidate 10-38938 with 11-0013 Filed by Daniel L. Rosenthal, Harman, Claytor, Corrigan & Wellman, P.C., Richard K. Bennett, McGuireWoods LLP, K. Elizabeth Sieg, Lori M. Scott, Olivia Dawson, Ronald N. Crawford, Ida Mae Hays, Tiffany K. Pittman, James F. Peak, Jr., Baptist Theological Seminary at Richmond. (Attachments: # 1 Proposed Order) (Cole, Andrew) Modified on 2/2/2011. CORRECTIVE ENTRY: IGNORE THIS ENTRY - INCORRECT EVENT USED - REDOCKETED AT P#22. (Whitfield, Jennifer). (Entered: 02/01/2011) |
| 01/12/2011 | ●20 | ☐ | BNC Certificate of Mailing - PDF Document. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 18 Order on Application to Proceed in forma pauperis). No. of Notices: 2. Notice Date 01/12/2011. (Admin.) (Entered: 01/13/2011) |
| 01/11/2011 | ●19 | ☐ | Creditor Request for Notices Filed by Diligentsia Capital Group LLC. (Singh, Ramesh) (Entered: 01/11/2011) |
| 01/10/2011 | ●18 | ☐ | Order Granting Debtors' Application for Waiver of Chapter 7 Filing Fee (related document(s):6 Application to Proceed in forma pauperis filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker). (Whitfield, Jennifer) (Entered: 01/10/2011) |
| 01/07/2011 | ●17 | ☐ | Creditor Request for Notices Filed by MAX RECOVERY INC. (Weisman, Gilbert) (Entered: 01/07/2011) |
| 01/07/2011 | ●16 | ☐ | Adversary case 11-00013. (12 (Recovery of money/property - 547 preference)) Complaint by Monroe Roosevelt Parker Jr. against Daniel L Rosenthal, Richard K Bennett, Harman, Claytor, Corrigan & Wellman, P.C., Baptist Theol. Seminary at Richmond, McGuire Woods, International, James F. Peak, Jr., Tiffany K. Pittman, Ida Mae Hays, Ronald N. Crawford, Olivia |

| | | | |
|---|---|---|---|
| | | | Dawson. (Attachments: # 1 Motion to Vacate# 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit Jury Trial Demand) (Burkhart, Mary) (Entered: 01/07/2011) |
| 01/06/2011 | ●15 | ☐ | Motion For Sanctions for Violation of the Automatic Stay Filed by Monroe Roosevelt Parker Jr.. (Attachments: # 1 Notice of Motion # 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5) (Burkhart, Mary) (Entered: 01/07/2011) |
| 01/06/2011 | 14 | | Receipt of filing fee for Relief from Stay and Notice of Motion(10-38938) [motion,mrlfntc] ( 150.00). Receipt number 15381940. Fee amount 150.00 (U.S. Treasury) (Entered: 01/06/2011) |
| 01/06/2011 | ●13 | ☐ | Motion for Relief from Stay and Notice of Motion Re: 605 Riverside Dr., Apartment B, Salisbury, MD 21801. Fee Amount $150, Notice Served on 1/6/2011, Filed by Hickory Hill LLC. Objections due by 01/25/2011. Hearing scheduled for 02/15/2011 at 10:00 AM - Room 104, Salisbury. (Attachments: # 1 Notice of Motion) (Smith, Philip) Modified on 1/6/2011 (Whitfield, Jennifer). Modified on 1/6/2011. CORRECTIVE ENTRY: PROPERTY DESCRIPTION UPDATED. (Whitfield, Jennifer). (Entered: 01/06/2011) |
| 12/30/2010 | ●12 | ☐ | BNC Certificate of Mailing - Notice to Debtors of General Responsibilities. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 7 Meeting of Creditors Chapter 7). No. of Notices: 1. Notice Date 12/30/2010. (Admin.) (Entered: 12/31/2010) |
| 12/30/2010 | ●11 | ☐ | BNC Certificate of Mailing - Notice of Requirement to Comply with E-Government Act of 2002. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 7 Meeting of Creditors Chapter 7). No. of Notices: 9. Notice Date 12/30/2010. (Admin.) (Entered: 12/31/2010) |
| 12/30/2010 | ●10 | ☐ | BNC Certificate of Mailing. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 7 Meeting of Creditors Chapter 7). No. of Notices: 1. Notice Date 12/30/2010. (Admin.) (Entered: 12/31/2010) |

| 12/30/2010 | ●9 | ☐ | **BNC Certificate of Mailing - Notice of Requirement to Complete Financial Management Course.** This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 7 Meeting of Creditors Chapter 7). No. of Notices: 1. Notice Date 12/30/2010. (Admin.) (Entered: 12/31/2010) |
| 12/30/2010 | ●8 | ☐ | **BNC Certificate of Mailing - Meeting of Creditors.** This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 7 Meeting of Creditors Chapter 7). No. of Notices: 9. Notice Date 12/30/2010. (Admin.) (Entered: 12/31/2010) |
| 12/29/2010 | ● | | Clerk's Evidence of Repeat Filings for debtor PARKER, TONIA ROCHELLE and PARKER, MONROE ROOSEVELT, JR. Case Number 01-30007, Chapter 13 filed in VAEB on 01/02/2001was Closed on 07/31/2001; Case Number 10-36705 for debtor PARKER, TONIA ROCHELLE Chapter 13 filed in MDB on 11/23/2010 is Pending; Case Number 10-36592 for debtor PARKER, MONROE ROOSEVELT, JR. Chapter 13 filed in VAEB on 09/23/2010 Dismissed for failure to pay filing fee - Dismissed: 12/15/2010; Case Number 05-03845 for debtor PARKER, TONIA R. Chapter 13 filed in NCEB on 05/11/2005 was Closed on 10/03/2005; Case Number 00-35293 for debtor PARKER, MONROE R., JR. Chapter 13 filed in VAEB on 10/03/2000 was Closed on 11/29/2000; Case Number 95-31570 for debtor PARKER, TONIA R. Chapter 7 filed in VAEB on 04/20/1995 was Closed on 07/21/1995; Case Number 02-00953 for debtor PARKER, TONIA ROCHELLE Chapter 13 filed in NCEB on 02/04/2002 was Closed on 05/16/2002; Case Number 01-05931 for debtor PARKER, TONIA ROCHELLE Chapter 13 filed in NCEB on 08/07/2001 was Closed on 12/21/2001; Case Number 00-11627 for debtor PARKER, MONROE ROOSEVELT, JR. Chapter 13 filed in GANB on 07/12/2000 was Closed on 06/28/2001. (admin) (Entered: 12/29/2010) |
| 12/28/2010 | ● | | Receipt of Informa Pauperis - no fee. Receipt Number 40078443. Fee Amount $ 0.00 received by SH. (admin) (Entered: 12/28/2010) |
| 12/28/2010 | ●7 | ☐ | Meeting of Creditors & Notice of Appointment of Interim Trustee Joseph J. Bellinger with 341(a) meeting to be held on |

| | | | |
|---|---|---|---|
| | | ☐ | 02/16/2011 at 09:30 AM at 341 meeting room 104 at 129 East Main St., Salisbury. Objections for Discharge due by 04/18/2011. Financial Management Course due by 04/18/2011. (Entered: 12/28/2010) |
| 12/27/2010 | ●6 | ☐ | Application to Proceed in forma pauperis Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker. (Burkhart, Mary) (Entered: 12/28/2010) |
| 12/27/2010 | ●5 | ☐ | Statement of Intent on behalf of Monroe Roosevelt Parker Jr., Tonia Rochelle Parker Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker. (Burkhart, Mary) (Entered: 12/28/2010) |
| 12/27/2010 | ●4 | ☐ | Certificate of Credit Counseling on Behalf of Monroe Roosevelt Parker Jr., Tonia Rochelle Parker Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker. (Burkhart, Mary) (Entered: 12/28/2010) |
| 12/27/2010 | ●3 | ☐ | Social Security Number Verification Page Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker. (Burkhart, Mary) (Entered: 12/28/2010) |
| 12/27/2010 | ●2 | ☐ | No Presumption of Abuse. Chapter 7 Statement of Current Monthly Income and Means Test Calculation - Form 22A on Behalf of Monroe Roosevelt Parker Jr., Tonia Rochelle Parker Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker. (Burkhart, Mary) (Entered: 12/28/2010) |
| 12/27/2010 | ●1 | ☐ | Chapter 7 Voluntary Petition Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker. Section 521(i)(1) Incomplete Filing date: 2/10/2011. (Burkhart, Mary) (Entered: 12/28/2010) |

View Selected

or

Download Selected

Case 10-38938 Doc 94-1 Filed 11/15/11 Page 1 of 9

# UNITED STATES BANKRUPTCY COURT
## AMENDED TRANSMITTAL SHEET TO UNITED STATES DISTRICT COURT

Transmitted by : Laurie Arter    Phone Number: 301–344–3327    Date: 11/15/11

### *BANKRUPTCY MATTER (answer only one):*

☑ 1. Appeal   ☐ Cross Appeal (if applicable)   Appellant's Designation of Record included: ☐ yes ☑ no
☐ 2. Motion for Withdrawal of Reference
☐ 3. Contempt
☐ 4. Findings and Conclusions (Lodgements)
☐ 5. Motion for Leave to Appeal (Interlocutory Appeal)
☐ 6. Other

### *RELATED CASE INFORMATION (answer all):*

1. Bankruptcy Case Number: 10–38938   Chapter: 7

2. Adversary Proceeding Number(s) (if applicable): n/a

3. U.S. Bankruptcy Judge: Duncan W. Keir

4. Related U.S. District Court Civil Action Number (if applicable): n/a

5. Fee Paid: ☐ yes ☑ no

6. Additional comments: Application to Proceed in District Court Without PrePaying Fees or Costs Denied

### *PARTY INFORMATION (answer all):*

1. Debtor(s): Monroe Roosevelt Parker Jr.   Tonia Rochelle Parker

2. Trustee (if applicable): Joseph J. Bellinger

**Appellant/Movant:** Monroe Roosevelt Parker, Jr. and Tonia Rochelle Parker

Appellant/Movant's Counsel: pro se

**Appellee/Respondent:** Union Institute & University, Joseph Bellinger

Appellee/Respondent's Counsel: Marc E. Shach, Esquire for Union Institute & University

Appeal 45.1

**Repeat, IFP, NODIS, APPEAL**

# U.S. Bankruptcy Court
## District of Maryland (Baltimore)
## Bankruptcy Petition #: 10-38938

*Date filed:* 12/27/2010

*Assigned to:* Duncan W. Keir
Chapter 7 **(SAL)**
Voluntary
No asset

*Case Administrator:* Jennifer Whitfield
*Team Phone:* 301-344-3965

---

*Debtor*
**Monroe Roosevelt Parker, Jr.**
27060 Ocean Gateway
Hebron, MD 21830
WICOMICO-MD
(410) 677-3003
SSN / ITIN: xxx-xx-3895

represented by **Monroe Roosevelt Parker, Jr.**
PRO SE

*Debtor*
**Tonia Rochelle Parker**
27060 Ocean Gateway
Hebron, MD 21830
WICOMICO-MD
(410) 677-3003
SSN / ITIN: xxx-xx-8092

represented by **Tonia Rochelle Parker**
PRO SE

*Trustee*
**Joseph J. Bellinger**
Offit Kurman
8171 Maple Lawn Boulevard
Suite 200
Fulton, MD 20759
(443) 738-1515
Fax : (301) 575-0335
Email: trustee@offitkurman.com

represented by **Joseph J. Bellinger**
Offit Kurman
8171 Maple Lawn Boulevard
Suite 200
Fulton, MD 20759
(443) 738-1515
Fax : (301) 575-0335
Email: trustee@offitkurman.com

*Other Party*
**Daniel L. Rosenthal**

represented by **Andrew L. Cole**
Franklin & Prokopik
The B&O Building
Two N. Charles St., Suite 600
Baltimore, MD 21201
(410) 230-1080
Fax : (410) 752-6868
Email: acole@fandpnet.com

**Other Party**
**Harman, Claytor, Corrigan & Wellman, P.C.**
Attn: David P. Corrigan
4951 Lake Brook Dr., Ste. 100
Glen Allen, VA

represented by **Andrew L. Cole**
(See above for address)

**Other Party**
**Richard K. Bennett**

represented by **Andrew L. Cole**
(See above for address)

**Other Party**
**McGuireWoods LLP**

represented by **Andrew L. Cole**
(See above for address)

**Other Party**
**K. Elizabeth Sieg**
c/o Andrew L. Cole, Esq.
Franklin & Prokopik
The B&O Building
Two N. Charles St. Ste. 600
Baltimore, MD 21201
(410) 752-8700
Fax : (410) 752-6868
Email: acole@fandpnet.com

represented by **Andrew L. Cole**
(See above for address)

**Other Party**
**Lori M. Scott**
c/o Andrew L. Cole, Esq.
Franklin & Prokopik
The B&O Building
Two N. Charles St. Ste. 600
Baltimore, MD 21201
(410) 752-8700
Fax : (410) 752-6868
Email: acole@fandpnet.com

represented by **Andrew L. Cole**
(See above for address)

**Other Party**
**Olivia Dawson**
c/o Andrew L. Cole, Esq.
Franklin & Prokopik
The B&O Building
Two N. Charles St. Ste. 600
Baltimore, MD 21201
(410) 752-8700
Fax : (410) 752-6868
Email: acole@fandpnet.com

represented by **Andrew L. Cole**
(See above for address)

**Other Party**
**Ronald N. Crawford**
c/o Andrew L. Cole, Esq.
Franklin & Prokopik
The B&O Building

represented by **Andrew L. Cole**
(See above for address)

Two N. Charles St. Ste. 600
Baltimore, MD 21201
(410) 752-8700
Fax : (410) 752-6868
Email: acole@fandpnet.com

**Other Party**
**Ida Mae Hays**
c/o Andrew L. Cole, Esq.
Franklin & Prokopik
The B&O Building
Two N. Charles St. Ste. 600
Baltimore, MD 21201
(410) 752-8700
Fax : (410) 752-6868
Email: acole@fandpnet.com

represented by **Andrew L. Cole**
(See above for address)

**Other Party**
**Tiffany K. Pittman**
c/o Andrew L. Cole, Esq.
Franklin & Prokopik
The B&O Building
Two N. Charles St. Ste. 600
Baltimore, MD 21201
(410) 752-8700
Fax : (410) 752-6868
Email: acole@fandpnet.com

represented by **Andrew L. Cole**
(See above for address)

**Other Party**
**James F. Peak, Jr.**
c/o Andrew L. Cole, Esq.
Franklin & Prokopik
The B&O Building
Two N. Charles St. Ste. 600
Baltimore, MD 21201
(410) 752-8700
Fax : (410) 752-6868
Email: acole@fandpnet.com

represented by **Andrew L. Cole**
(See above for address)

**Other Party**
**Baptist Theological Seminary at Richmond**
3800 Brook Road
Richmond, VA 23227

represented by **Andrew L. Cole**
(See above for address)

| Case Related Information | | | |
|---|---|---|---|
| Associated Cases | No Claims | Related Transactions | |

| Pending Matters | Pending Deadlines | No Pending Hearings | |
| Orders | Party | | Key Dates |

| Filing Date | # | Select all / clear | Docket Text |
|---|---|---|---|
| 11/14/2011 | ⬤89 | ☐ | Order Denying Request to Proceed Without Payment of Filing Fee for Appeal (related document(s): 87 Application to Proceed in District Court Without Pre-Paying Fees or Costs Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker). (Arter, Laurie) (Entered: 11/14/2011) |
| 11/02/2011 | ⬤88 | ☐ | BNC Certificate of Mailing - PDF Document. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 86 Order on Motion for Sanctions for Violation of the Automatic Stay). No. of Notices: 1. Notice Date 11/02/2011. (Admin.) (Entered: 11/03/2011) |
| 10/31/2011 | ⬤86 | ☑ | Order Denying Motion For Want of Prosecution - without prosecution (related document(s):67 Motion For Sanctions for Violation of the Automatic Stay Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker). (Whitfield, Jennifer) (Entered: 10/31/2011) |
| 10/28/2011 | ⬤87 | ☐ | Application to Proceed in District Court Without PrePaying Fees or Costs Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker. (Burkhart, Mary) (Entered: 10/31/2011) |
| 10/27/2011 | ⬤85 | ☐ | BNC Certificate of Mailing - PDF Document. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 84 Notice). No. of Notices: 1. Notice Date 10/27/2011. (Admin.) (Entered: 10/28/2011) |
| 10/25/2011 | ⬤84 | ☐ | Notice of Filing of Appeal to the United States District Court (related document(s) 83 Notice of Appeal filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker). (Burkhart, Mary) (Entered: 10/25/2011) |
| 10/25/2011 | ⬤83 | ☑ | Notice of Appeal to District Court Regarding Evidentiray Hearing Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle |

| | | |
|---|---|---|
| | | Parker. (related document(s)82 Hearing Held (Bk)). Appellant Designation due by 11/8/2011. (Burkhart, Mary) (Entered: 10/25/2011) |
| 10/24/2011 | ⬤ | Receipt of filing fee for Appeal. Receipt Number 40082451. Fee Amount $0.00 received by MK. (admin) (Entered: 10/24/2011) |
| 10/18/2011 | ⬤ 82 | Evidentiary Status Hearing Held (related document(s)67 Motion For Sanctions for Violation of the Automatic Stay Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker). DISMISSED FOR LACK OF PROSECUTION. (See Proceeding Memo for Additional Notes). (Faucette, E) (Entered: 10/19/2011) |
| 08/29/2011 | ⬤ | Adversary Case 1:11-ap-480 Closed. (Whitfield, Jennifer) (Entered: 08/29/2011) |
| 08/21/2011 | ⬤ 81 | BNC Certificate of Mailing - PDF Document. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 79 Order on Motion for Sanctions for Violation of the Automatic Stay). No. of Notices: 1. Notice Date 08/21/2011. (Admin.) (Entered: 08/22/2011) |
| 08/19/2011 | ⬤ 80 | BNC Certificate of Mailing - PDF Document. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 77 Order on Motion for Miscellaneous Relief). No. of Notices: 16. Notice Date 08/19/2011. (Admin.) (Entered: 08/20/2011) |
| 08/19/2011 | ⬤ | Hearing Set On (related document(s)67 Motion for Sanctions for Violation of the Automatic Stay filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker, 70 Response filed by Creditor Union Institute & University, 78 Response filed by Debtor Monroe Roosevelt Parker). Status hearing to be held on 10/18/2011 at 10:00 AM at 341 meeting room 104 at 129 East Main St., Salisbury. (Whitfield, Jennifer) (Entered: 08/19/2011) |
| 08/19/2011 | ⬤ 79 | Order Denying Motion in Part and Setting Hearing on Remaining Issue - Status Conference as to 11 USC 525(c)(1) 10/18/2011 @ 10:00 AM, Salisbury (related document(s):67 Motion For Sanctions for Violation of the Automatic Stay Filed |

| | | | |
|---|---|---|---|
| | | | by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker). (Whitfield, Jennifer) (Entered: 08/19/2011) |
| 08/19/2011 | ● 78 | ☐ | Response on behalf of Monroe Roosevelt Parker Jr. Filed by Monroe Roosevelt Parker Jr. (related document(s) 70 Response filed by Creditor Union Institute & University). (Attachments: # 1 Certificate of Service) (Burkhart, Mary) (Entered: 08/19/2011) |
| 08/19/2011 | ● | | Adversary Case 1:11-ap-13 Closed. (Whitfield, Jennifer) (Entered: 08/19/2011) |
| 08/17/2011 | ● 77 | ☐ | Order Denying Motion (related document(s):68 Motion to Admit Exhibits Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker). (Whitfield, Jennifer) (Entered: 08/17/2011) |
| 08/11/2011 | ● 76 | ☐ | BNC Certificate of Mailing - PDF Document. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 75 Order on Motion to Extend Time). No. of Notices: 1. Notice Date 08/11/2011. (Admin.) (Entered: 08/12/2011) |
| 08/09/2011 | ● 75 | ☐ | Order Granting Motion to Extend Time - any reply by the debtors to the responses to Motion for Sanction shall be no later than 8/18/2011 (related document(s):74 Motion to Extend Time to Answer (RE: 70 Response on behalf of Union Institute & University Filed by Marc E. Shach (RE: 67 Motion for Sanctions for Violation of the Automatic Stay filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker) Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker). (Whitfield, Jennifer) (Entered: 08/09/2011) |
| 08/03/2011 | ● 74 | ☐ | Motion to Extend Time to Answer (related document(s) 70 Response on behalf of Union Institute & University Filed by Marc E. Shach (related document(s)67 Motion for Sanctions for Violation of the Automatic Stay filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker) Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker. (Burkhart, Mary) (Entered: 08/04/2011) |
| 07/22/2011 | ● 73 | ☐ | BNC Certificate of Mailing. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 69 Deficiency Notice). No. of Notices: 1. Notice Date 07/22/2011. |

| | | | |
|---|---|---|---|
| | | ☐ | (Admin.) (Entered: 07/23/2011) |
| 07/21/2011 | ●72 | ☐ | Amended Certificate of Service Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker (related document(s) 68 Motion to Admit Exhibits filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker). (Burkhart, Mary) (Entered: 07/21/2011) |
| 07/20/2011 | ●71 | ☐ | Notice of Appearance and Request for Notice Filed by Union Institute& University. (Kreshtool, Shannon) (Entered: 07/20/2011) |
| 07/20/2011 | ●70 | ☐ | Response on behalf of Union Institute & University Filed by Marc E. Shach (related document(s)67 Motion for Sanctions for Violation of the Automatic Stay filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker). (Attachments: # 1 Exhibit Miles H.Scott Affidavit# 2 Exhibit Bankruptcy Docket# 3 Exhibit Order of Dismissal# 4 Proposed Order) (Shach, Marc) (Entered: 07/20/2011) |
| 07/20/2011 | ●69 | ☐ | Deficiency Notice (related document(s) 68 Motion to Admit Exhibits filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker). Cured Pleading due by 8/3/2011. (Burkhart, Mary) (Entered: 07/20/2011) |
| 07/11/2011 | ●68 | ☐ | Motion to Admit Exhibits Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker. (Attachments: # 1 Certificate of Service # 2 Notice of Motion # 3 Exhibit 1 through 14) (Burkhart, Mary) (Entered: 07/12/2011) |
| 07/06/2011 | ●67 | ☐ | Motion For Sanctions for Violation of the Automatic Stay Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker . (Oliver, Yvette) Additional attachment(s) added on 7/7/2011 (Oliver, Yvette). Modified on 7/7/2011 (Oliver, Yvette).CORRECTIVE ENTRY: ATTACHED PROPOSED ORDER. (Entered: 07/07/2011) |
| 06/27/2011 | ●66 | ☐ | Financial Management Course Certificate Filed on Behalf o Monroe Roosevelt Parker Jr., Tonia Rochelle Parker Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker. (Attachments: # 1 Certificate of Monroe Parker) (Burkhart, Mary) (Entered: 06/28/2011) |
| 06/16/2011 | ●65 | ☐ | Adversary case 11-00480. (41 Objection / revocation of discharge - 727(c),(d),(e)) Complaint by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker against Sharp Energy, Inc., Bob Zola, Holly Smith, Ruark Rentals, Delmarva Power & Light Company, Kim Ortega. (Burkhart, Mary) Modified on 6/24/2011 (Burkhart, Mary). CORRECTIVE ENTRY: |

| | | | |
|---|---|---|---|
| | | | ENHANCED TEXT. (Entered: 06/16/2011) |
| 06/06/2011 | ● 64 | ☐ | Amended Social Security Number Verification Page Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker. (Burkhart, Mary) (Entered: 06/07/2011) |
| 06/06/2011 | ● 63 | ☐ | Certificate of Service Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker (related document(s) 56 Amended Schedules filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker, 57 Amended Creditor Matrix filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker). (Attachments: # 1 Summary of Schedules and Schedules A - J# 2 Statement of Financial Affairs# 3 Statement of Intent# 4 Chapter 7 Means# 5 Amended Verification of Creditor Matrix) (Burkhart, Mary) (Entered: 06/07/2011) |
| 05/24/2011 | ● | | Chapter 7 Trustee's Report of No Distribution: I, Joseph J. Bellinger, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Meeting of Creditors and Examination of Debtor(s) Conducted. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 5 months. Assets Abandoned (without deducting any secured claims): $26310.00, Assets Exempt: Not Available, Claims Scheduled: $192084.00, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $192084.00. Filed by Joseph J. Bellinger. (Bellinger, Joseph) (Entered: 05/24/2011) |
| 05/22/2011 | ● 62 | ☐ | BNC Certificate of Mailing. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 61 Deficiency Notice). No. of Notices: 1. Notice Date 05/22/2011. (Admin.) (Entered: 05/23/2011) |
| 05/20/2011 | ● 61 | ☐ | Deficiency Notice (related document(s)56 Amended Schedules filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker, 57 Amended Creditor Matrix filed by |

| | | |
|---|---|---|
| | | Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker). Cured Pleading due by 6/3/2011. (Escobar, Jolon) (Entered: 05/20/2011) |
| 05/19/2011 | ◗60 | Amended Statement of Financial Affairs on behalf of Monroe Roosevelt Parker Jr., Tonia Rochelle Parker Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker (related document(s)36 Amended Statement of Financial Affairs filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker). (Escobar, Jolon) (Entered: 05/20/2011) |
| 05/19/2011 | ◗59 | Amended Statement of Intent on behalf of Monroe Roosevelt Parker Jr., Tonia Rochelle Parker Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker . (Escobar, Jolon) (Entered: 05/20/2011) |
| 05/19/2011 | ◗58 | No Presumption of Abuse. Amended Chapter 7 Statement of Current Monthly Income and Means Test Calculation - Form 22A on Behalf of Monroe Roosevelt Parker Jr., Tonia Rochelle Parker Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker . (Escobar, Jolon) (Entered: 05/20/2011) |
| 05/19/2011 | ◗57 | Amendment to List of Creditors Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker . (Escobar, Jolon) (Entered: 05/20/2011) |
| 05/19/2011 | ◗56 | Amended Schedules A-J on Behalf of Monroe Roosevelt Parker Jr., Tonia Rochelle Parker Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker. (Escobar, Jolon) (Entered: 05/20/2011) |
| 05/19/2011 | ◗ | Receipt of filing fee for Amendment to List of Creditors Schedules. Receipt Number 40080374. Fee Amount $26.00 received by MK. (admin) (Entered: 05/19/2011) |
| 05/04/2011 | ◗ | Meeting of Creditors Held and Disposition Pending .Meeting of Creditors held but not concluded.Meeting of Creditors held but not concluded. (Bellinger, Joseph) (Entered: 05/04/2011) |
| 04/24/2011 | ◗55 | BNC Certificate of Mailing - PDF Document. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 54 Order on Motion to Extend Time to Object to Discharge). No. of Notices: 22. Notice Date 04/24/2011. (Admin.) (Entered: 04/25/2011) |

| | | | |
|---|---|---|---|
| 04/22/2011 | ● 54 | ☐ | Order Granting Chapter 7 Trustee's Motion Extending Deadline to File Complaints Objecting to Discharge (related document(s):52 Motion to Extend Time to Object to Discharge Filed by Joseph J. Bellinger). Last day to oppose discharge is 6/21/2011. (Whitfield, Jennifer) (Entered: 04/22/2011) |
| 04/19/2011 | ● 53 | ☐ | Hearing Held (related document(s)15 Motion For Sanctions for Violation of the Automatic Stay Filed by Monroe Roosevelt Parker Jr., 27 Opposition on behalf of McGuireWoods LLP, Lori M. Scott, K. Elizabeth Sieg Filed by Andrew L. Cole (related document(s)15 Motion for Sanctions for Violation of the Automatic Stay filed by Debtor Monroe Roosevelt Parker). NOTHING TO ADJUDICATE. (See Proceeding Memo). (Faucette, E) (Entered: 04/20/2011) |
| 04/18/2011 | ● 52 | ☐ | Motion to Extend Time to Object to Discharge Filed by Joseph J. Bellinger. (Attachments: # 1 Proposed Order) (Bellinger, Joseph) (Entered: 04/18/2011) |
| 04/08/2011 | ● 51 | ☐ | BNC Certificate of Mailing - PDF Document. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 50 Order Striking Deficient Pleading or Document). No. of Notices: 1. Notice Date 04/08/2011. (Admin.) (Entered: 04/09/2011) |
| 04/06/2011 | ● 50 | ☐ | Order Striking Pleading for Failure of Party to Comply with Required Filing Procedures (related document(s)35 Amended Schedules filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker). (Whitfield, Jennifer) (Entered: 04/06/2011) |
| 04/03/2011 | ● 49 | ☐ | BNC Certificate of Mailing. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 47 Notice of Requirement to Complete Course in Financial Management). No. of Notices: 1. Notice Date 04/03/2011. (Admin.) (Entered: 04/04/2011) |
| 04/02/2011 | ● 48 | ☐ | BNC Certificate of Mailing - PDF Document. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 46 Order on Motion to Extend Time). No. of |

| | | | |
|---|---|---|---|
| | | | Notices: 1. Notice Date 04/02/2011. (Admin.) (Entered: 04/03/2011) |
| 04/01/2011 | ◐47 | ☐ | Second Notice of Requirement to Complete Course in Financial Management. (admin) (Entered: 04/01/2011) |
| 03/31/2011 | ◐46 | ☐ | Order Granting Motion to Extend Time - deficiencies noted on March 15, 2011 {PP# 38, 39, & 40} must be cured by no later April 1, 2011. (related document(s):45 Motion to Extend Time to Cure Filed Pleadings Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker). (Whitfield, Jennifer) (Entered: 03/31/2011) |
| 03/30/2011 | ◐45 | ☐ | Motion to Extend Time to Cure Filed Pleadings Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker. (Burkhart, Mary) (Entered: 03/31/2011) |
| 03/22/2011 | ◐44 | ☐ | Creditor Request for Notices Filed by Main Street Acquisitions Corp. (Weisman, Gilbert) (Entered: 03/22/2011) |
| 03/17/2011 | ◐43 | ☐ | BNC Certificate of Mailing. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 39 Deficiency Notice - Amendment Fee). No. of Notices: 1. Notice Date 03/17/2011. (Admin.) (Entered: 03/18/2011) |
| 03/17/2011 | ◐42 | ☐ | BNC Certificate of Mailing. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 40 Deficiency Notice). No. of Notices: 1. Notice Date 03/17/2011. (Admin.) (Entered: 03/18/2011) |
| 03/17/2011 | ◐41 | ☐ | BNC Certificate of Mailing. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 38 Deficiency Notice). No. of Notices: 1. Notice Date 03/17/2011. (Admin.) (Entered: 03/18/2011) |
| 03/15/2011 | ◐40 | ☐ | Deficiency Notice for Matrix of Newly Added Creditors (related document(s) 35 Amended Schedules filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker). Cured Pleading due by 3/29/2011. (Burkhart, Mary) (Entered: 03/15/2011) |

| 03/15/2011 | ⬤39 | ☐ | Deficiency Notice for an Amendment Fee. Fee Due for (35 Amended Schedules) in the amount of $26.00 (related document(s)35 Amended Schedules filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker). Cured Pleading due by 3/29/2011. (Burkhart, Mary) (Entered: 03/15/2011) |
|---|---|---|---|
| 03/15/2011 | ⬤38 | ☐ | Deficiency Notice for Signature of Debtor (related document(s) 35 Amended Schedules filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker). Cured Pleading due by 3/29/2011. (Burkhart, Mary) (Entered: 03/15/2011) |
| 03/15/2011 | ⬤37 | ☐ | Certificate of Service Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker (related document(s) 34 Amended Voluntary Petition filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker, 35 Amended Schedules filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker, 36 Amended Statement of Financial Affairs filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker). (Burkhart, Mary) (Entered: 03/15/2011) |
| 03/15/2011 | ⬤36 | ☐ | Amended Statement of Financial Affairs on behalf of Monroe Roosevelt Parker Jr., Tonia Rochelle Parker Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker. (Burkhart, Mary) (Entered: 03/15/2011) |
| 03/15/2011 | ⬤35 | ☐ | Amended Schedules filed: Schedule A, Schedule B, Schedule C, Schedule D, Schedule E, Schedule F, on Behalf of Monroe Roosevelt Parker Jr., Tonia Rochelle Parker Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker. (Burkhart, Mary) (Entered: 03/15/2011) |
| 03/15/2011 | ⬤34 | ☐ | Amended Voluntary Petition to Correct Address Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker. (Attachments: # 1 Affidavit) (Burkhart, Mary) (Entered: 03/15/2011) |
| 03/12/2011 | ⬤33 | ☐ | BNC Certificate of Mailing - PDF Document. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 31 Order on Motion for Miscellaneous Relief). No. of Notices: 13. Notice Date 03/12/2011. (Admin.) (Entered: 03/13/2011) |
| 03/11/2011 | ⬤32 | ☐ | BNC Certificate of Mailing - Hearing. This document shows ONLY the persons noticed by the Clerk by paper mailing. |

| | | |
|---|---|---|
| | | Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 30 Notice of Hearing). No. of Notices: 13. Notice Date 03/11/2011. (Admin.) (Entered: 03/12/2011) |
| 03/10/2011 | ● 31 | Order Consolidating Motion for Sanctions [Docket #15] Into Adversary Proceeding 11-0013 (related document(s):22 Motion to Consolidate Hearings on P#15 Motion For Sanctions for Violation of the Automatic Stay Filed by Monroe Roosevelt Parker Jr. and Adversary Proceeding {Adv. #11-0013} Filed by Baptist Theological Seminary at Richmond, Richard K. Bennett, Ronald N. Crawford, Olivia Dawson, Harman, Claytor, Corrigan & Wellman, P.C., Ida Mae Hays, McGuireWoods LLP, James F. Peak, Jr., Tiffany K. Pittman, Daniel L. Rosenthal, Lori M. Scott , K. Elizabeth Sieg). (Whitfield, Jennifer) (Entered: 03/10/2011) |
| 03/09/2011 | ● 30 | Notice of Hearing (related document(s)15 Motion for Sanctions for Violation of the Automatic Stay filed by Debtor Monroe Roosevelt Parker, 27 Opposition filed by Other Party McGuireWoods LLP, Other Party Lori M. Scott, Other Party K. Elizabeth Sieg). Hearing scheduled for 4/19/2011 at 10:00 AM at 341 meeting room 104 at 129 East Main St., Salisbury. (Whitfield, Jennifer) (Entered: 03/09/2011) |
| 03/04/2011 | ● 29 | Notice of Change of Address on behalf of Monroe Roosevelt Parker Jr., Tonia Rochelle Parker Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker . (Kearney, Carmen) (Entered: 03/04/2011) |
| 03/03/2011 | ● | Meeting of Creditors Continued . on 4/22/2011 at 09:00 AM at 341 meeting room 104 at 129 East Main St., Salisbury Debtor appeared but was instructed to Amend/Correct Schedules Debtor appeared. (Bellinger, Joseph) (Entered: 03/03/2011) |
| 03/03/2011 | ● 28 | Notice of Continuance of Meeting of Creditors Filed by Joseph J. Bellinger. 341(a) meeting to be held on 4/22/2011 at 09:00 AM at 341 meeting room 104 at 129 East Main St., Salisbury. (Bellinger, Joseph) (Entered: 03/03/2011) |
| 03/02/2011 | ● 27 | Opposition on behalf of McGuireWoods LLP, Lori M. Scott, K. Elizabeth Sieg Filed by Andrew L. Cole (related document(s)15 Motion for Sanctions for Violation of the Automatic Stay filed by Debtor Monroe Roosevelt Parker). (Attachments: # 1 Exhibit Exhibit 1 - Scott Declaration# 2 Exhibit Exhibit 2 - Sieg Declaration# 3 Exhibit Exhibit 3 - Slaughter Declaration# 4 Exhibit Exhibit 4 - Virginia Bankruptcy Docket# 5 Exhibit Exhibit 5 - Virginia Motion for |

| | | | |
|---|---|---|---|
| | | | Relief from Stay# <u>6</u> Exhibit Exhibit 6 - Order Granting Relief from Stay# <u>7</u> Proposed Order Proposed Order Denying Motion) (Cole, Andrew) (Entered: 03/02/2011) |
| 02/19/2011 | ● <u>26</u> | ☐ | BNC Certificate of Mailing - PDF Document. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) <u>25</u> Order on Motion For Relief From Stay). No. of Notices: 1. Notice Date 02/19/2011. (Admin.) (Entered: 02/20/2011) |
| 02/17/2011 | ● <u>25</u> | ☐ | Order Granting Motion For Relief From Stay (related document(s):<u>13</u> Motion for Relief from Stay and Notice of Motion Re: 605 Riverside Dr., Apartment B, Salisbury, MD 21801, filed by Hickory Hill LLC). (Whitfield, Jennifer) (Entered: 02/17/2011) |
| 02/15/2011 | ● | | Disposition Without Hearing: re: <u>13</u> Relief from Stay and Notice of Motion NO RESPONSE. (related document(s) <u>13</u> Relief from Stay and Notice of Motion ) (Martin, Cherita) (Entered: 02/16/2011) |
| 02/15/2011 | ● | | The Debtor(s) is/are certified as having complied with all filing requirements of 11 U.S.C. sec. 521(a)(1), with the exception of subparagraph 521(a)(1)(B)(iv), which is not filed with the Court pursuant to Administrative Order 05-04. (Whitfield, Jennifer) (Entered: 02/15/2011) |
| 02/09/2011 | ● <u>24</u> | ☐ | BNC Certificate of Mailing - Hearing. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) <u>23</u> Notice of Hearing). No. of Notices: 2. Notice Date 02/09/2011. (Admin.) (Entered: 02/10/2011) |
| 02/07/2011 | ● <u>23</u> | ☐ | Notice of Hearing (related document(s)<u>22</u> Motion for Miscellaneous Relief filed by Other Party McGuireWoods LLP, Other Party Harman, Claytor, Corrigan & Wellman, P.C., Other Party James F. Peak, Jr., Other Party Tiffany K. Pittman, Other Party Ida Mae Hays, Other Party Ronald N. Crawford, Other Party Olivia Dawson, Other Party Baptist Theological Seminary at Richmond, Other Party Lori M. Scott, Other Party K. Elizabeth Sieg, Other Party Richard K. Bennett, Other Party Daniel L. Rosenthal). Hearing scheduled for 4/19/2011 at 10:00 AM at 341 meeting room 104 at 129 East Main St., Salisbury. (Whitfield, Jennifer) (Entered: 02/07/2011) |

| | | | |
|---|---|---|---|
| 02/01/2011 | ◐22 | ☐ | Motion to Consolidate Hearings on P#15 Motion For Sanctions for Violation of the Automatic Stay Filed by Monroe Roosevelt Parker Jr. and Adversary Proceeding {Adv. #11-0013} Filed by Baptist Theological Seminary at Richmond, Richard K. Bennett, Ronald N. Crawford, Olivia Dawson, Harman, Claytor, Corrigan & Wellman, P.C., Ida Mae Hays, McGuireWoods LLP, James F. Peak, Jr., Tiffany K. Pittman, Daniel L. Rosenthal, Lori M. Scott , K. Elizabeth Sieg. (Attachments: # 1 Proposed Order) (Whitfield, Jennifer) (Entered: 02/02/2011) |
| 02/01/2011 | ◐21 | ☐ | Motion to Consolidate 10-38938 with 11-0013 Filed by Daniel L. Rosenthal, Harman, Claytor, Corrigan & Wellman, P.C., Richard K. Bennett, McGuireWoods LLP, K. Elizabeth Sieg, Lori M. Scott, Olivia Dawson, Ronald N. Crawford, Ida Mae Hays, Tiffany K. Pittman, James F. Peak, Jr., Baptist Theological Seminary at Richmond. (Attachments: # 1 Proposed Order) (Cole, Andrew) Modified on 2/2/2011. CORRECTIVE ENTRY: IGNORE THIS ENTRY - INCORRECT EVENT USED - REDOCKETED AT P#22. (Whitfield, Jennifer). (Entered: 02/01/2011) |
| 01/12/2011 | ◐20 | ☐ | BNC Certificate of Mailing - PDF Document. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 18 Order on Application to Proceed in forma pauperis). No. of Notices: 2. Notice Date 01/12/2011. (Admin.) (Entered: 01/13/2011) |
| 01/11/2011 | ◐19 | ☐ | Creditor Request for Notices Filed by Diligentsia Capital Group LLC. (Singh, Ramesh) (Entered: 01/11/2011) |
| 01/10/2011 | ◐18 | ☐ | Order Granting Debtors' Application for Waiver of Chapter 7 Filing Fee (related document(s):6 Application to Proceed in forma pauperis filed by Debtor Tonia Rochelle Parker, Debtor Monroe Roosevelt Parker). (Whitfield, Jennifer) (Entered: 01/10/2011) |
| 01/07/2011 | ◐17 | ☐ | Creditor Request for Notices Filed by MAX RECOVERY INC. (Weisman, Gilbert) (Entered: 01/07/2011) |
| 01/07/2011 | ◐16 | ☐ | Adversary case 11-00013. (12 (Recovery of money/property - 547 preference)) Complaint by Monroe Roosevelt Parker Jr. against Daniel L Rosenthal, Richard K Bennett, Harman, Claytor, Corrigan & Wellman, P.C., Baptist Theol. Seminary at Richmond, McGuire Woods, International, James F. Peak, Jr., Tiffany K. Pittman, Ida Mae Hays, Ronald N. Crawford, Olivia |

| | | | |
|---|---|---|---|
| | | | Dawson. (Attachments: # 1 Motion to Vacate# 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit Jury Trial Demand) (Burkhart, Mary) (Entered: 01/07/2011) |
| 01/06/2011 | ◑15 | ▢ | Motion For Sanctions for Violation of the Automatic Stay Filed by Monroe Roosevelt Parker Jr.. (Attachments: # 1 Notice of Motion # 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5) (Burkhart, Mary) (Entered: 01/07/2011) |
| 01/06/2011 | 14 | | Receipt of filing fee for Relief from Stay and Notice of Motion(10-38938) [motion,mrlfntc] ( 150.00). Receipt number 15381940. Fee amount 150.00 (U.S. Treasury) (Entered: 01/06/2011) |
| 01/06/2011 | ◑13 | ▢ | Motion for Relief from Stay and Notice of Motion Re: 605 Riverside Dr., Apartment B, Salisbury, MD 21801. Fee Amount $150, Notice Served on 1/6/2011, Filed by Hickory Hill LLC. Objections due by 01/25/2011. Hearing scheduled for 02/15/2011 at 10:00 AM - Room 104, Salisbury. (Attachments: # 1 Notice of Motion) (Smith, Philip) Modified on 1/6/2011 (Whitfield, Jennifer). Modified on 1/6/2011. CORRECTIVE ENTRY: PROPERTY DESCRIPTION UPDATED. (Whitfield, Jennifer). (Entered: 01/06/2011) |
| 12/30/2010 | ◑12 | ▢ | BNC Certificate of Mailing - Notice to Debtors of General Responsibilities. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 7 Meeting of Creditors Chapter 7). No. of Notices: 1. Notice Date 12/30/2010. (Admin.) (Entered: 12/31/2010) |
| 12/30/2010 | ◑11 | ▢ | BNC Certificate of Mailing - Notice of Requirement to Comply with E-Government Act of 2002. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 7 Meeting of Creditors Chapter 7). No. of Notices: 9. Notice Date 12/30/2010. (Admin.) (Entered: 12/31/2010) |
| 12/30/2010 | ◑10 | ▢ | BNC Certificate of Mailing. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 7 Meeting of Creditors Chapter 7). No. of Notices: 1. Notice Date 12/30/2010. (Admin.) (Entered: 12/31/2010) |

| | | | |
|---|---|---|---|
| 12/30/2010 | ●9 | ☐ | **BNC Certificate of Mailing - Notice of Requirement to Complete Financial Management Course.** This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 7 Meeting of Creditors Chapter 7). No. of Notices: 1. Notice Date 12/30/2010. (Admin.) (Entered: 12/31/2010) |
| 12/30/2010 | ●8 | ☐ | **BNC Certificate of Mailing - Meeting of Creditors.** This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 7 Meeting of Creditors Chapter 7). No. of Notices: 9. Notice Date 12/30/2010. (Admin.) (Entered: 12/31/2010) |
| 12/29/2010 | ● | | Clerk's Evidence of Repeat Filings for debtor PARKER, TONIA ROCHELLE and PARKER, MONROE ROOSEVELT, JR. Case Number 01-30007, Chapter 13 filed in VAEB on 01/02/2001was Closed on 07/31/2001; Case Number 10-36705 for debtor PARKER, TONIA ROCHELLE Chapter 13 filed in MDB on 11/23/2010 is Pending; Case Number 10-36592 for debtor PARKER, MONROE ROOSEVELT, JR. Chapter 13 filed in VAEB on 09/23/2010 Dismissed for failure to pay filing fee - Dismissed: 12/15/2010; Case Number 05-03845 for debtor PARKER, TONIA R. Chapter 13 filed in NCEB on 05/11/2005 was Closed on 10/03/2005; Case Number 00-35293 for debtor PARKER, MONROE R., JR. Chapter 13 filed in VAEB on 10/03/2000 was Closed on 11/29/2000; Case Number 95-31570 for debtor PARKER, TONIA R. Chapter 7 filed in VAEB on 04/20/1995 was Closed on 07/21/1995; Case Number 02-00953 for debtor PARKER, TONIA ROCHELLE Chapter 13 filed in NCEB on 02/04/2002 was Closed on 05/16/2002; Case Number 01-05931 for debtor PARKER, TONIA ROCHELLE Chapter 13 filed in NCEB on 08/07/2001 was Closed on 12/21/2001; Case Number 00-11627 for debtor PARKER, MONROE ROOSEVELT, JR. Chapter 13 filed in GANB on 07/12/2000 was Closed on 06/28/2001. (admin) (Entered: 12/29/2010) |
| 12/28/2010 | ● | | Receipt of Informa Pauperis - no fee. Receipt Number 40078443. Fee Amount $ 0.00 received by SH. (admin) (Entered: 12/28/2010) |
| 12/28/2010 | ●7 | ☐ | Meeting of Creditors & Notice of Appointment of Interim Trustee Joseph J. Bellinger with 341(a) meeting to be held on |

| | | | |
|---|---|---|---|
| | | | 02/16/2011 at 09:30 AM at 341 meeting room 104 at 129 East Main St., Salisbury. Objections for Discharge due by 04/18/2011. Financial Management Course due by 04/18/2011. (Entered: 12/28/2010) |
| 12/27/2010 | ◑6 | ☐ | Application to Proceed in forma pauperis Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker. (Burkhart, Mary) (Entered: 12/28/2010) |
| 12/27/2010 | ◑5 | ☐ | Statement of Intent on behalf of Monroe Roosevelt Parker Jr., Tonia Rochelle Parker Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker. (Burkhart, Mary) (Entered: 12/28/2010) |
| 12/27/2010 | ◑4 | ☐ | Certificate of Credit Counseling on Behalf of Monroe Roosevelt Parker Jr., Tonia Rochelle Parker Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker. (Burkhart, Mary) (Entered: 12/28/2010) |
| 12/27/2010 | ◑3 | ☐ | Social Security Number Verification Page Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker. (Burkhart, Mary) (Entered: 12/28/2010) |
| 12/27/2010 | ◑2 | ☐ | No Presumption of Abuse. Chapter 7 Statement of Current Monthly Income and Means Test Calculation - Form 22A on Behalf of Monroe Roosevelt Parker Jr., Tonia Rochelle Parker Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker. (Burkhart, Mary) (Entered: 12/28/2010) |
| 12/27/2010 | ◑1 | ☐ | Chapter 7 Voluntary Petition Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker. Section 521(i)(1) Incomplete Filing date: 2/10/2011. (Burkhart, Mary) (Entered: 12/28/2010) |

View Selected
or
Download Selected

# UNITED STATES BANKRUPTCY COURT
## TRANSMITTAL SHEET TO UNITED STATES DISTRICT COURT

Transmitted by : Laurie Arter    Phone Number: 301-344-3327    Date: 11/14/11

### BANKRUPTCY MATTER (answer only one):

- ☑ 1. Appeal    ☐ Cross Appeal (if applicable)    Appellant's Designation of Record included: ☐ yes ☑ no
- ☐ 2. Motion for Withdrawal of Reference
- ☐ 3. Contempt
- ☐ 4. Findings and Conclusions (Lodgements)
- ☐ 5. Motion for Leave to Appeal (Interlocutory Appeal)
- ☐ 6. Other

### RELATED CASE INFORMATION (answer all):

1. Bankruptcy Case Number: 10-38938    Chapter: 7

2. Adversary Proceeding Number(s) (if applicable): n/a

3. U.S. Bankruptcy Judge: Duncan W. Keir

4. Related U.S. District Court Civil Action Number (if applicable): n/a

5. Fee Paid: ☑ yes ☐ no

6. Additional comments: Application to Proceed in District Court Without PrePaying Fees or Costs Denied

### PARTY INFORMATION (answer all):

1. Debtor(s): Monroe Roosevelt Parker Jr.    Tonia Rochelle Parker

2. Trustee (if applicable): Joseph J. Bellinger

**Appellant/Movant:** Monroe Roosevelt Parker, Jr. and Tonia Rochelle Parker

Appellant/Movant's Counsel: pro se

**Appellee/Respondent:** Union Institute & University

Appellee/Respondent's Counsel: March Shach, Esquire

Appeal 45.1

Signed: November 10, 2011

**SO ORDERED**



DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:                              :

Monroe Roosevelt Parker, Jr.        :
Tonia Rochelle Parker,                      Case No.  10-38938-DK

                                    :       Chapter 7

     Debtors.

_____

### ORDER DENYING REQUEST TO PROCEED WITHOUT PAYMENT OF FILING
### FEE FOR APPEAL

On October 28, 2011, Debtors filed a document and affidavit seeking to proceed

*in forma pauperis* and therefore without payment of the filing fee for an appeal of an Order

of this Court.

In conformity with the policy reflected by the Judiciary Conference, set forth in

Part H of the Bankruptcy Fee Compendium III, revised November May 10, 2010, chapter 7

debtors who have qualified for *in forma pauperis* status upon filing of the chapter 7 petition

may also qualify for *in forma pauperis* status for appeals, although the Court finds that it is

obligated to conduct a review of the application nevertheless.[1]

_____

[1] Footnote 280 on page 62 of the Judicial Conference Bankruptcy Fee Compendium III,
Revised May 2010 references the United States Supreme Court's opinion in *Parissi v. Telechron*,
349 U.S. 46 (1955) as a possible indication that the failure to pay the fee for an appeal is a matter
to be dealt with by the Appellate Court.  This Court will therefore deny the request as made to this

As held in *United States v. Merritt (In re Merritt)*, 186 B.R. 924 (Bankr. S.D. Ill. 1995), the standard for review as to *in forma pauperis* requests should be similar to the review required in other types of federal appeals under 28 U.S.C. § 1915(a). That statute "requires not only financial eligibility but also legal eligibility for such relief." *Id.* at 930. The Court further reasoned that adopting a standard of reasonable likelihood of success on the merits analysis was the appropriate standard of review in a bankruptcy case, as opposed to a more lenient standard of "rational argument" developed for criminal appeals. *Id.* at 932.

In the instant case, Debtors did qualify for *in forma pauperis* relief at the filing of the petition and the Court presumes for this decision that the Debtors are still financially eligible for such status. However, the Court does not find that the Debtors have a reasonable chance of success on the appeal and that the frivolousness of the appeal requires this Court to deny the motion to proceed *in forma pauperis*. The Debtors in the case have nine prior bankruptcy cases between them. As previously stated by this Court in another such order, they are unnecessarily and vexatiously litigious and have repeatedly misrepresented the law and factual precedent. To allow Debtors to proceed on appeal without payment of a fee will merely continue and possibly encourage, this course of conduct.

Wherefore, it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that Debtors' request of this Court to proceed with an appeal to the

------------------------------

Court, but will nonetheless order that the appeal be forwarded to the United States District Court for such action as that Court deems appropriate.

- 2 -

United States District Court without payment of the filing fee for such appeal is denied,

subject to such action as the United States District Court shall determine is appropriate on

the appeal.

cc:      all parties
         all counsel

**End of Order**

United States Bankruptcy Court
District of Maryland

In re:                                                              Case No. 10-38938-dk
Monroe Roosevelt Parker, Jr.                                        Chapter 7
Tonia Rochelle Parker
            Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0416-1        User: jwhitfiel        Page 1 of 2          Date Rcvd: Oct 31, 2011
                            Form ID: pdfall        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2011.
db/db        +Monroe Roosevelt Parker, Jr.,   Tonia Rochelle Parker,   27060 Ocean Gateway,
             Hebron, MD 21830-1033

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 02, 2011                    Signature:    _Joseph Speetjens_

District/off: 0416-1          User: jwhitfiel          Page 2 of 2                Date Rcvd: Oct 31, 2011
                             Form ID: pdfall           Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2011 at the address(es) listed below:
              Andrew L. Cole    on behalf of Defendant  McGuireWoods LLP  acole@fandpnet.com
              Jack E. Strausman   on behalf of Defendant  Delmarva Power & Light Company
              jestrausman@pepcoholdings.com
              Joseph J. Bellinger    trustee@offitkurman.com,   jjbellinger@ecf.epiqsystems.com,
              mwashington@offitkurman.com
              Marc E. Shach   on behalf of Creditor  Union Institute & University  mshach@comcast.net,
              marc.shach@weinstocklegal.com,mjerscheid@weinstocklegal.com,rtbalint@weinstocklegal.com
              Philip C. Smith    on behalf of Creditor  Hickory Hill LLC  psmith@longbadger.com
              Richard John Berwanger    on behalf of Defendant Daniel Rosenthal  berwanger@ewmd.com
              Shannon Brickell Kreshtool   on behalf of Creditor  Union Institute& University
              sbk@weinstocklegal.com,  mjerscheid@weinstocklegal.com
              Victor H. Laws   on behalf of Defendant  Sharp Energy, Inc.  viclaws@lawspa.net
                                                                                           TOTAL: 8

**SO ORDERED**
The present motion, as limited by prior order,
fails to state a cause of action upon which relief
can be granted under 11 USC sec 525(c)(1). Because
Movants did not appear, did not explain their
intent, or clarify what they could allege, the
matter is dismissed for lack of prosecution.



**E. STEPHEN DERBY**
**U. S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | | |
|---|---|---|---|
| In Re: | * | | |
| Monroe Roosevelt Parker, Jr., | * | Case No. | 10-38938-DWK |
| Tonia Rochelle Parker | * | Chapter | 7 |
| | * | | |
| | * | | |
| Debtors | * | | |

## ORDER DENYING MOTION
## FOR WANT OF PROSECUTION

Having held a hearing on October 18, 2011, upon the Motion for Sanctions for Violation of the

Automatic Stay, filed by Debtors Monroe R. Parker, Jr., and Tonia R. Parker, at which the Movants

failed to appear, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the aforestated motion is denied for want of prosecution, without prejudice.


cc:    Pro se Debtors/Movants - Monroe Roosevelt Parker, Jr., and Tonia Rochelle Parker
       Trustee - Joseph J. Bellinger, Esquire
       Counsel for Creditor Union Institute & University - Marc Shach, Esquire


Mndism-19.1 -- 9/20/96 (ef)                                           P. 67
**End of Order**

Entered: October 31, 2011
Signed: October 29, 2011

**SO ORDERED**
**The present motion, as limited by prior order,**
**fails to state a cause of action upon which relief**
**can be granted under 11 USC sec 525(c)(1). Because**
**Movants did not appear, did not explain their**
**intent, or clarify what they could allege, the**
**matter is dismissed for lack of prosecution.**



**E. STEPHEN DERBY**
**U. S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In Re:                                              *

Monroe Roosevelt Parker, Jr.,                       *    Case No.    10-38938-DWK
Tonia Rochelle Parker                               *    Chapter      7
                                                    *
                                                    *
              Debtors                               *

## ORDER DENYING MOTION
## <u>FOR WANT OF PROSECUTION</u>

Having held a hearing on October 18, 2011, upon the Motion for Sanctions for Violation of the

Automatic Stay, filed by Debtors Monroe R. Parker, Jr., and Tonia R. Parker, at which the Movants

failed to appear, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the aforestated motion is denied for want of prosecution, without prejudice.

cc:    Pro se Debtors/Movants - Monroe Roosevelt Parker, Jr., and Tonia Rochelle Parker
       Trustee - Joseph J. Bellinger, Esquire
       Counsel for Creditor Union Institute & University - Marc Shach, Esquire

Mndism-19.1 -- 9/20/96 (ef)                                                P. 67
                              **End of Order**

AO 239  (01/09, MD 6/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

| | | |
|---|---|---|
| _Monroe R. Parker, Jr. + Tonia R. Parker_ | ) | |
| Plaintiff/Petitioner | ) | Civil Action No. _10 - 38938_ |
| v. | ) | _11 - 00013_ |
| _Daniel L. Rosenthal, et al._ | ) | _11 - 00480_ |
| Defendant/Respondent | ) | |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

| **Affidavit in Support of the Application** | **Instructions** |
|---|---|
| I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims. | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: _Monroe R. Parker, Jr_ _Tonia R. Park_ | Date: _October 21, 2011_ _October 21, 2011_ |

1.  For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ | $ | $ | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property _(such as rental income)_ | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |

AO 239  (01/09, MD 6/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ | $ | $ | $ |
| Disability *(such as social security, insurance payments)* | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance *(such as welfare)* | $          6 | $ | $ | $ |
| Other *(specify)*: Social Security | $ | $ | $ | $ |
| **Total monthly income:** | $ 954.00 | $ | $ | $ |

2.    List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| VA. Union Univ. | Samuel Dewitt Procter School of Theol. 1500 Lombardy Street Richmond, Va.   23220 | 02/09 - 05/2010 Work study Grant in aid | $ 900.00 |
| Self-Employment | 1207 Palmyra Avenue, 1A Richmond, Va.   23227 | 07/10 - 11/2010 | $ 600.00 |

3.    List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4.    How much cash do you and your spouse have? $   *100.00*

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.  If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239  (01/09, MD 6/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.    List the assets, and their values, which you own or your spouse owns.  Do not list clothing and ordinary household furnishings.*)

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $ |
| Other real estate *(Value)* | $ |
| Motor vehicle #1 *(Value)* | $ 1000,00 |
| Make and year: Ford   1998 | |
| Model: Mustang (V6) | |
| Registration #: | |
| Motor vehicle #2 *(Value)* | $ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets *(Value)* | $ |
| Other assets *(Value)* | $ |

6.    State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

7.    State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| Tonia R. Parker | wife | 54 |
| mrp | Son | 13 |
| dcp | dau | 20 |

AO 239  (01/09, MD 6/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.    Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse.  Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>        Are real estate taxes included?     Yes     No<br>        Is property insurance included?     Yes     No | $ 800.00 | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)*    elec. 200.00    tele. 150.00 | $ 350.00 | $ |
| Home maintenance *(repairs and upkeep)* | $ | $ |
| Food | $ 300.00 | $ |
| Clothing | $ 150.00 | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation *(not including motor vehicle payments)* | $ 200.00 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|        Homeowner's or renter's: | $ | $ |
|        Life: | $ | $ |
|        Health: | $ | $ |
|        Motor vehicle: | $ 160.00 | $ |
|        Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify)*: | $ | $ |
| Installment payments | | |
|        Motor vehicle: | $ | $ |
|        Credit card *(name)*: | $ 25.00 | $ |
|        Department store *(name)*: | $ | $ |
|        Other: | $ | $ |

AO 239  (01/09, MD 6/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ | $ |
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | $ |
| Other *(specify)*: | $ | $ |
| **Total monthly expenses:** | $ *2015.00* | $ |

9.    Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ Yes   ☒ No    If yes, describe on an attached sheet.

10.   Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?  ☐ Yes  ☒ No

If yes, how much?  $ _____
If yes, state the attorney's name, address, and telephone number:

11.   Have you paid — or will you be paying — anyone other than an attorney *(such as a paralegal or a typist)* any money for services in connection with this case, including the completion of this form?

☐ Yes  ☒ No

If yes, how much?  $ _____
If yes, state the person's name, address, and telephone number:

12.   Provide any other information that will help explain why you cannot pay the costs of these proceedings.

13.   Identify the city and state of your legal residence.

Hebron, Maryland

Your daytime phone number:    410-572-5820

Your age:  63    Your years of schooling:   24

Last four digits of your social-security number:   3895

✓ RETAIN

~~Duncan W. Keir~~, U. S. BANKRUPTCY JUDGE          Evidentiary Hrg: Y N

E. S. DEROW

PROCEEDING MEMO - CHAPTER 7

Date: 10/18/2011 Time: 10:00

**CASE: 10-38938 Monroe Roosevelt Parker, Jr. and Tonia Rochelle Parker**

PRO SE representing Monroe Roosevelt Parker Jr. (Debtor)

PRO SE Tonia Rochelle Parker (Debtor)

Joseph J. Bellinger representing Joseph J. Bellinger (Trustee)

Andrew L. Cole representing Daniel L. Rosenthal (Other Party)

Andrew L. Cole representing Harman, Claytor, Corrigan &Wellman, P.C. (Other Party)

Andrew L. Cole representing Richard K. Bennett (Other Party)

Andrew L. Cole representing McGuireWoods LLP (Other Party)

Andrew L. Cole representing K. Elizabeth Sieg (Other Party)

Andrew L. Cole representing Lori M. Scott (Other Party)

Andrew L. Cole representing Olivia Dawson (Other Party)

Andrew L. Cole representing Ronald N. Crawford (Other Party)

Andrew L. Cole representing Ida Mae Hays (Other Party)

Andrew L. Cole representing Tiffany K. Pittman (Other Party)

Andrew L. Cole representing James F. Peak, Jr. (Other Party)

Andrew L. Cole representing Baptist Theological Seminary at Richmond (Other Party)

Marc Shach for Union Institute + University

[67] Motion For Sanctions for Violation of the Automatic Stay Filed by Monroe Roosevelt Parker Jr., Tonia Rochelle Parker . (Oliver, Yvette) Additional attachment(s) added on 7/7/2011 (Oliver, Yvette). Modified on 7/7/2011 (Oliver, Yvette).CORRECTIVE ENTRY: ATTACHED PROPOSED ORDER.

**MOVANT** : Monroe Parker Tonia Parker (no aty)

DISPOSITIONS:

Granted_____ Denied_____ Withdrawn_____ Consent_____ Default___ Under Adv.___

Moot_____ Dismissed _67_ Overruled_____ Sustained_____ O.T.J. Fee_____

for lack of prosecution.

10-38938: 1 of 2

Continued to: _____

DECISION:

[ ] Signed by Court              [ ] Filed by Counsel
[ ] To be prepared by:
    [ ] Movant's counsel         [✓] Court
    [ ] Respondent's counsel     [✓] Other  CSS: Please upload 19.1

NOTES: No one appeared for the ~~plaintiff~~ Movants. The ~~complaint~~ Motion. as to 11 USC § 525(c)(1) is not sufficiently clear to state a cause of action. Therefore, since Movants did not appear to explain their intent ~~with~~ whether they wished to go forward and to clarify what allegations they could make, the motion is dismissed for lack of prosecution.

United States Bankruptcy Court
District of Maryland

In re:                                                          Case No. 10-38938-dk
Monroe Roosevelt Parker, Jr.                                    Chapter 7
Tonia Rochelle Parker
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0416-1          User: jwhitfiel        Page 1 of 2          Date Rcvd: Aug 19, 2011
                             Form ID: pdfparty       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2011.
db/db          +Monroe Roosevelt Parker, Jr.,    Tonia Rochelle Parker,    27060 Ocean Gateway,
               Hebron, MD 21830-1033

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
               +E-mail/Text: ustpregion04.ba.ecf@usdoj.gov Aug 19 2011 19:47:12    U.S. Trustee Baltimore,
               101 W. Lombard St,    Room 2650,    Baltimore, MD 21201-2623
                                                                                    TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 21, 2011                      Signature:   _Joseph Speetjens_

District/off: 0416-1        User: jwhitfiel          Page 2 of 2              Date Rcvd: Aug 19, 2011
                           Form ID: pdfparty         Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2011 at the address(es) listed below:
          Andrew L. Cole    on behalf of Defendant  McGuireWoods LLP  acole@fandpnet.com
          Jack E. Strausman    on behalf of Defendant  Delmarva Power & Light Company
           jestrausman@pepcoholdings.com
          Joseph J. Bellinger    trustee@offitkurman.com,   jjbellinger@ecf.epiqsystems.com,
           mwashington@offitkurman.com
          Marc E. Shach    on behalf of Creditor  Union Institute & University  mshach@comcast.net,
           marc.shach@weinstocklegal.com,mjerscheid@weinstocklegal.com
          Philip C. Smith    on behalf of Creditor  Hickory Hill LLC  psmith@longbadger.com
          Richard John Berwanger    on behalf of Defendant Daniel Rosenthal  berwanger@ewmd.com
          Shannon Brickell Kreshtool    on behalf of Creditor  Union Institute& University
           sbk@weinstocklegal.com,  mjerscheid@weinstocklegal.com
          Victor H. Laws    on behalf of Defendant  Sharp Energy, Inc.  viclaws@lawspa.net
                                                                                       TOTAL: 8

**SO ORDERED**



DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In re: | : | |
| Monroe Roosevelt Parker, Jr. | | |
| Tonia Rochelle Parker, | : | Case No. 10-38938-DK |
| | | Chapter 7 |
| Debtors. | : | |

-------------------------------------------------------

| | | |
|---|---|---|
| Monroe Roosevelt Parker, Jr., | : | |
| Tonia Rochelle Parker, | | |
| | : | |
| Movants, | | Motion P.67 |
| v. | : | |
| | | |
| Union Institute & University, | : | |
| | | |
| Respondent. | : | |

---

### ORDER DENYING MOTION IN PART AND SETTING HEARING ON
### REMAINING ISSUE

Before the court is the Debtors' Motion for Sanctions for Violation of Automatic

Stay.  Respondent, Union Institute & University, filed a responsive pleading to the Motion

for Sanctions.

On December 27, 2010, Monroe Roosevelt Parker, Jr. ("M.Parker") and Tonia

Rochelle Parker ("T.Parker") filed this joint bankruptcy case under chapter 7 of the

Bankruptcy Code.  Between them, they have nine prior bankruptcy cases.  Most recently,

T.Parker had pending at the time of filing a chapter 13 case in this court (Case No. 10-36705), which was dismissed on January 3, 2011 after the filing of the joint chapter 7 case. M.Parker had a chapter 13 case pending in the Eastern District of Virginia (Case No. 10-36592) which had been dismissed on December 15, 2010.  Neither Debtor sought an extension of the automatic stay, thus in accordance with 11 U.S.C. § 362(c)(3), the automatic stay terminated automatically 30 days after filing.

The Motion for Sanctions alleges both that Respondent took collection action against or both Debtors in violation of the automatic stay and further denied further student loan aid or access to classes based upon the Debtors' bankruptcy filing.

To the extent that the Motion for Sanctions seeks relief based upon a violation of automatic stay, the court finds that no stay was in existence during the time within which such alleged acts occurred and therefore no relief can be granted.

However, it is unclear to the court whether the acts alleged by the Motion (if proven) are sufficient to support a finding of relief under Section 525(c)(1).

Wherefore, it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion for Sanctions is denied in part as described in this Order; and it is further

ORDERED, that the court will conduct a status conference on the Motion as it may pertain to 11 U.S.C. § 525(c)(1), at 10:00a.m., on October 18, 2011, at the Bankruptcy Court, Salisbury Post Office, 129 East Main Street, Room 104, Salisbury, Maryland 21801.

- 2 -

cc:
Debtors
Chapter 7 Trustee
Office of the United States Trustee

Marc E. Shach, Esquire
Weinstock, Friedman & Friedman, P.A.
4 Reservoir Circle
Baltimore, MD 21208

**End of Order**

Entered: August 19, 2011
Signed: August 18, 2011

**SO ORDERED**



DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| **In re:** | : | |
| **Monroe Roosevelt Parker, Jr.** | | |
| **Tonia Rochelle Parker,** | : | **Case No. 10-38938-DK** |
| | | **Chapter 7** |
| **Debtors.** | : | |

| | | |
|---|---|---|
| **Monroe Roosevelt Parker, Jr.,** | : | |
| **Tonia Rochelle Parker,** | | |
| | : | |
| **Movants,** | | **Motion P.67** |
| **v.** | : | |
| **Union Institute & University,** | : | |
| **Respondent.** | : | |

### ORDER DENYING MOTION IN PART AND SETTING HEARING ON
### REMAINING ISSUE

Before the court is the Debtors' Motion for Sanctions for Violation of Automatic

Stay.  Respondent, Union Institute & University, filed a responsive pleading to the Motion

for Sanctions.

On December 27, 2010, Monroe Roosevelt Parker, Jr. ("M.Parker") and Tonia

Rochelle Parker ("T.Parker") filed this joint bankruptcy case under chapter 7 of the

Bankruptcy Code.  Between them, they have nine prior bankruptcy cases.  Most recently,

T.Parker had pending at the time of filing a chapter 13 case in this court (Case No. 10-36705), which was dismissed on January 3, 2011 after the filing of the joint chapter 7 case. M.Parker had a chapter 13 case pending in the Eastern District of Virginia (Case No. 10-36592) which had been dismissed on December 15, 2010.  Neither Debtor sought an extension of the automatic stay, thus in accordance with 11 U.S.C. § 362(c)(3), the automatic stay terminated automatically 30 days after filing.

The Motion for Sanctions alleges both that Respondent took collection action against or both Debtors in violation of the automatic stay and further denied further student loan aid or access to classes based upon the Debtors' bankruptcy filing.

To the extent that the Motion for Sanctions seeks relief based upon a violation of automatic stay, the court finds that no stay was in existence during the time within which such alleged acts occurred and therefore no relief can be granted.

However, it is unclear to the court whether the acts alleged by the Motion (if proven) are sufficient to support a finding of relief under Section 525(c)(1).

Wherefore, it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion for Sanctions is denied in part as described in this Order; and it is further

ORDERED, that the court will conduct a status conference on the Motion as it may pertain to 11 U.S.C. § 525(c)(1), at 10:00a.m., on October 18, 2011, at the Bankruptcy Court, Salisbury Post Office, 129 East Main Street, Room 104, Salisbury, Maryland 21801.

cc:
Debtors
Chapter 7 Trustee
Office of the United States Trustee

Marc E. Shach, Esquire
Weinstock, Friedman & Friedman, P.A.
4 Reservoir Circle
Baltimore, MD 21208

**End of Order**

United States Bankruptcy Court
District of Maryland

In re:                                                    Case No. 10-38938-dk
Monroe Roosevelt Parker, Jr.                              Chapter 7
Tonia Rochelle Parker
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0416-1        User: jwhitfiel        Page 1 of 2          Date Rcvd: Aug 09, 2011
                           Form ID: pdfparty       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2011.
db/db          +Monroe Roosevelt Parker, Jr.,    Tonia Rochelle Parker,    27060 Ocean Gateway,
                Hebron, MD 21830-1033

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 11, 2011                    Signature:    _Joseph Speetjens_

District/off: 0416-1          User: jwhitfiel          Page 2 of 2          Date Rcvd: Aug 09, 2011
                             Form ID: pdfparty         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2011 at the address(es) listed below:
          Andrew L. Cole    on behalf of Defendant  McGuireWoods LLP  acole@fandpnet.com
          Jack E. Strausman    on behalf of Defendant  Delmarva Power & Light Company
          jestrausman@pepcoholdings.com
          Joseph J. Bellinger    trustee@offitkurman.com,  jjbellinger@ecf.epiqsystems.com,
          mwashington@offitkurman.com
          Marc E. Shach    on behalf of Creditor  Union Institute & University  mshach@comcast.net,
          marc.shach@weinstocklegal.com,mjerscheid@weinstocklegal.com
          Philip C. Smith    on behalf of Creditor  Hickory Hill LLC  psmith@longbadger.com
          Richard John Berwanger    on behalf of Defendant Daniel Rosenthal  berwanger@ewmd.com
          Shannon Brickell Kreshtool    on behalf of Creditor  Union Institute& University
          sbk@weinstocklegal.com,  mjerscheid@weinstocklegal.com
          Victor H. Laws    on behalf of Defendant  Sharp Energy, Inc.  viclaws@lawspa.net
                                                                          TOTAL: 8

Entered: August 09, 2011
Signed: August 08, 2011

**SO ORDERED**
**Any reply by Debtors to the responses to Debtors' motion for sanction, shall be filed no later than August 18, 2011.**



_____

DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

_____

B20A  (Official Form 20A) (Notice of Motion or Objection) (12/10)

BALTIMORE-NIGHT BOX

2011 AUG -2  PM 10:08  **United States Bankruptcy Court**

BANKRUPTCY COURT       District of _Maryland_

In re     _Monroe + Tonia Parker_
          [Set forth here all names including married, maiden, and
          trade names used by debtor within last 8 years.]            )
                                                                      )
                    Debtor                                            )
                                                                      )   Case No. _10-38938_
Address   _27060 Ocean Gateway_                                       )
          _Hebron, Maryland 21830_                                    )
                                                                      )   Chapter _7_
Last four digits of Social Security or Individual Tax-payer Identification  )
(ITIN) No(s)..(if any): _____                      )
                                                                      )
Employer's Tax Identification (EIN) No(s).(if any): _____   )
_____                                              )

**NOTICE OF [MOTION TO ] [OBJECTION TO ]**
_Motion for Extension Of Time To Answer_

_Monroe + Tonia Parker_ has filed papers with the court to [relief sought in motion or objection].

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to [relief sought in motion or objection], or if you want the court to consider your views on the [motion] [objection], then on or before (date) , you or your attorney must:

[File with the court a written request for a hearing {or, if the court requires a written response, an answer, explaining your position} at:

                         _101 W. Lombard Street_
(address of the bankruptcy clerk's office)  _Baltimore, Maryland 21201_

If you mail your {request} {response} to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:

{movant's attorney's name and address}   _Monroe + Tonia Parker_
                                         _27060 Ocean Gateway_
(names and addresses of others to be served)]  _Hebron, Maryland 21830_

[Attend the hearing scheduled to be held on (date) , (year) , at ____ a.m./p.m. in Courtroom____, United States Bankruptcy Court, (address).]

[Other steps required to oppose a motion or objection under local rule or court order.]

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _August 2, 2011_        Signature: _Monroe R. Parker Jr._
                              Name:  _Monroe R. Parker, Jr._
                              Address  _27060 Ocean Gateway_
                                       _Hebron, Maryland 21830_
                                       _Tonia R. Parker_
                                       _Tonia R. Parker_
                                       _27060 Ocean Gateway_
                                       _Hebron, Maryland 21830_

# United States Bankruptcy Court
## District of Maryland

In re:

Monroe + Tonia Parker

        Debtor(s)        Case No. 10-38938

                        Chapter: 7

Address:

27060 Ocean Gateway

Hebron, Maryland 21830

Last four digits of Social Security No(s):
3895, 8092

FILED 2011 AUG -3 AM 7:31 US BANKRUPTCY COURT BALTIMORE MD

NOTICE OF MOTION (NOTICE OF APPEAL)

MOTION REQUESTING AN EXTENSION OF TIME
TO REPLY TO DEFENDANT(S) MOTION TO
DENY MOTION FOR SANCTIONS

Now comes debtor(s) Monroe & Tonia R. Parker, who have filed a Motion for Sanctions, and several creditors through and by their attorneys of record, have objected, and/or responded by filing a Motion to Dismiss, Debtors having received the said motions on or about July 23, 2011, do request an extension of time to respond to certain aspects of the defendant(s) motion.

That the affidavit of Miles Scott is false, erroneous and plagued with intentional misrepresentations. That debtors are filing affidavits of their own, and will be supplying this Court with other forensic evidence to show that their automatic stay has not expired. That they are entitled to ten days, plus three days for mailing, and are entitled to respond to erroneous facts by counsel.

Wherefore, for the following reasons, debtors request the foregoing relief, sua sponte.

Dated: August 2, 2011

Monroe R. Parker Jr.
Monroe R. Parker Jr.
27060 Ocean Gateway
Hebron, Md. 21830

Tonia R. Parker
Tonia R. Parker
27060 Ocean Gateway
Hebron, Md. 21830

(2)

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing Debtors Monroe R. Parker, Jr. and Tonia R. Parker's Motion for Extension of Time has been served upon the opposing parties through first-class mail on this 2nd day of July, 2011:

Philip C. Smith
Long, Badger, Sheller & Smith, LLP
124 East Main Street
Salisbury, Md. 21801

Andrew L. Cole
Franklin + Prokopik
The B+O Building
Two N. Charles St. Ste. 600
Baltimore, Md. 21201

Richard John Berwanger
Eccleston + Wolf, P.C.
7240 Parkway Drive
4th Floor
Hanover, Maryland 21076

Diligentsia Capital Group, LLC
c/o Recovery Management Systems Corp.
25 SE 2nd Avenue, Ste. 1120
Miami, Florida 33131-1605

Victor A. Laws, III
Laws + Sarbanes, P.A.
209 East Main Street
P.O. Box 75
Salisbury, Md. 21803-0075

Jack E. Strausman
PEPCO Holdings, Inc.
701 Ninth Street, NW, Ste. 1100
Washington, DC 20068

Monroe R. Parker, Jr.
Monroe R. Parker, Jr.

Tonia R. Parker
Tonia R. Parker

(3)

Entered: August 09, 2011
Signed: August 08, 2011

**SO ORDERED**
**Any reply by Debtors to the responses to**
**Debtors' motion for sanction, shall be filed no**
**later than August 18, 2011.**



DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

---

B20A (Official Form 20A) (Notice of Motion or Objection) (12/10)

BALTIMORE-NIGHT BOX

2011 AUG -2 PM 10:00 **United States Bankruptcy Court**

U S BANKRUPTCY COURT ———— District of _Maryland_

In re _Monroe + Tonia Parker_ )
[Set forth here all names including married, maiden, and )
trade names used by debtor within last 8 years.] )
)                                    Case No. _10-38938_
          Debtor )
)
Address _27060 Ocean Gateway_ )
_Hebron, Maryland 21830_ )
)                                    Chapter _7_
Last four digits of Social Security or Individual Tax-payer Identification )
(ITIN) No(s).(if any): _____ )
)
Employer's Tax Identification (EIN) No(s).(if any): _____ )

### NOTICE OF [MOTION TO ] [OBJECTION TO ]
_Motion for Extension Of Time To Answer_

_Monroe + Tonia Parker_ has filed papers with the court to [relief sought in motion or objection].

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to [relief sought in motion or objection], or if you want the court to consider your views on the [motion] [objection], then on or before (date) , you or your attorney must:

[File with the court a written request for a hearing {or, if the court requires a written response, an answer, explaining your position} at:

{address of the bankruptcy clerk's office}    _101 W. Lombard Street_
_Baltimore, Maryland 21201_

If you mail your {request} {response} to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:

{movant's attorney's name and address}    _Monroe + Tonia Parker_
_27060 Ocean Gateway_
{names and addresses of others to be served}] _Hebron, Maryland 21830_

[Attend the hearing scheduled to be held on (date) , (year) , at ____ a.m./p.m. in Courtroom____, United States Bankruptcy Court, {address}.]

[Other steps required to oppose a motion or objection under local rule or court order.]

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _August 2, 2011_          Signature: _Monroe R. Parker_
Name: Monroe R. Parker, Jr.
Address _27060 Ocean Gateway_
_Hebron, Maryland 21830_
_Tonia R. Parker_
_Tonia R. Parker_
_27060 Ocean Gateway_
_Hebron, Maryland 21830_

D1

# United States Bankruptcy Court
## District Of Maryland

In re:

Monroe + Tonia Parker
                    Debtor(s)          Case No. 10-38938
                                       Chapter: 7

Address:
27060 Ocean Gateway
Hebron, Maryland 21830

Last four digits of Social Security No(s):
3895, 8092

FILED 2011 AUG -3 AM 7:31

### NOTICE OF MOTION (NOTICE OF APPEAL)
MOTION REQUESTING AN EXTENSION OF TIME
TO REPLY TO DEFENDANT(S) MOTION TO
DENY MOTION FOR SANCTIONS

Now comes debtor(s) Monroe & Tonia R. Parker,
who have filed a Motion for Sanctions, and
several creditors through and by their attorneys
of record, have objected, and or responded by filing
a Motion to Dismiss, Debtors having received
the said motions on or about July 23, 2011, do
request an extension of time to respond to
certain aspects of the defendant(s) motion.

That the affidavit of Miles Scott is false, erroneous and plagued with intentional mis-representations. That debtors are filing affid-avits of their own, and will be supplying this Court with other forensic evidence to show that their automatic stay has not expired. That they are entitled to ten days, plus three days for mailing, and are entitled to respond to erroneous facts by counsel.

Wherefore, for the following reasons, debtors request the foregoing relief, sua sponte.

Dated: August 2, 2011

Monroe R. Parker, Jr.

Monroe R. Parker Jr.
27060 Ocean Gateway
Hebron, Md. 21830

Tonia R. Parker

Tonia R. Parker
27060 Ocean Gateway
Hebron, Md. 21830

(2)

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing Debtors Monroe R. Parker, Jr. and Tonia R. Parker's Motion For Extension of Time has been served upon the opposing parties through first-class mail: on this 2nd day of July, 2011:

Philip C. Smith
Long, Badger, Sheller & Smith, LLP
124 East Main Street
Salisbury, Md. 21801

Andrew L. Cole
Franklin + Prokopik
The B+O Building
Two N. Charles St. ste. 600
Baltimore, Md. 21201

Richard John Berwanger
Eccleston + Wolf, P.C.
7240 Parkway Drive
4th Floor
Hanover, Maryland 21076

Diligentsia Capital Group, LLC
c/o Recovery Management Systems Corp.
25 SE 2nd Avenue, Ste. 1120
Miami, Florida 33131-1605

Victor H. Laws, III
Laws + Sarbanes, P.A.
209 East Main Street
P.O. Box 75
Salisbury Md. 21803-0075

Jack E. Strausman
PEPCO Holdings, Inc.
701 Ninth Street, NW, ste. 1100
Washington, DC 20068

Monroe R. Parker, Jr.
Monroe R. Parker, Jr.

Tonia R. Parker
Tonia R. Parker

(3)

B20A  (Official Form 20A) (Notice of Motion or Objection) (12/10)

BALTIMORE-NIGHT BOX

2011 AUG -2  PM 10:01  **United States Bankruptcy Court**

U.S. BANKRUPTCY COURT                           District of _Maryland_

In re   _Monroe + Tonia Parker_
*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*

                        **Debtor**

Address   _27060 Ocean Gateway_
_Hebron, Maryland  21830_

Last four digits of Social Security or Individual Tax-payer Identification (ITIN) No(s).,(if any): _____

Employer's Tax Identification (EIN) No(s).(if any): _____
_____

Case No. _10 - 38938_

Chapter  _7_

2011 AUG -3  AM 7:31

## NOTICE OF [MOTION TO ] [OBJECTION TO ]
_Motion for Extension Of Time To Answer_

_Monroe + Tonia Parker_ has filed papers with the court to [relief sought in motion or objection].

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to [relief sought in motion or objection], or if you want the court to consider your views on the [motion] [objection], then on or before _(date)_ , you or your attorney must:

[File with the court a written request for a hearing {or, if the court requires a written response}, an answer, explaining your position} at:

{address of the bankruptcy clerk's office}   _101 W. Lombard Street_
_Baltimore, Maryland 21201_

If you mail your {request}{response} to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:

{movant's attorney's name and address}   _Monroe + Tonia Parker_
_27060 Ocean Gateway_
{names and addresses of others to be served}}  _Hebron, Maryland 21830_

[Attend the hearing scheduled to be held on _(date)_ , _(year)_ , at ____ a.m./p.m. in Courtroom____ , United States Bankruptcy Court, {address}.]

[Other steps required to oppose a motion or objection under local rule or court order.]

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _August 2, 2011_

Signature: _Monroe R. Parker Jr._
Name: _Monroe R. Parker, Jr._
Address _27060 Ocean Gateway_
_Hebron, Maryland 21830_
_Tonia R. Parker_
_Tonia R. Parker_
_27060 Ocean Gateway_
_Hebron, Maryland 21830_

D1

# United States Bankruptcy Court
# District of Maryland

In Re:

Monroe + Tonia Parker
                    Debtor(s)          Case No. 10-38938
                                        Chapter: 7

Address:
27060 Ocean Gateway
Hebron, Maryland 21830

Last four digits of Social Security No(s):
3895, 8092

FILED 2011 AUG -3 AM 7:31 DISTRICT BALTIMORE MARYLAND

## NOTICE OF MOTION (NOTICE OF APPEAL)
### MOTION REQUESTING AN EXTENSION OF TIME TO REPLY TO DEFENDANT(S) MOTION TO DENY MOTION FOR SANCTIONS

Now comes debtor(s) Monroe & Tonia R. Parker, who have filed a Motion for Sanctions, and several creditors through and by their attorneys of record, have objected, and or responded by filing a Motion to Dismiss, Debtors having received the said motions on or about July 23, 2011, do request an extension of time to respond to certain aspects of the defendant(s) motion.

That the affidavit of Miles Scott is false, erroneous and plagued with intentional mis-representations. That debtors are filing affidavits of their own, and will be supplying this Court with other forensic evidence to show that their automatic stay has not expired. That they are entitled to ten days, plus three days for mailing, and are entitled to respond to erroneous facts by counsel.

Wherefore, for the following reasons, debtors request the foregoing relief, sua sponte.

Dated: August 2, 2011

Monroe R. Parker, Jr.
Monroe R. Parker, Jr.
27060 Ocean Gateway
Hebron, Md. 21830

Toria R. Parker
Toria R. Parker
27060 Ocean Gateway
Hebron, Md. 21830

(2)

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing Debtors Monroe R. Parker, Jr. and Tonia R. Parker's Motion for Extension of Time has been served upon the opposing parties through first-class mail: on this 2nd day of July, 2011:

Philip C. Smith
Long, Badger, Sheller & Smith, LLP
124 East Main Street
Salisbury, Md. 21801

Andrew L. Cole
Franklin + Prokopik
The B+O Building
Two N. Charles St. ste. 600
Baltimore, Md. 21201

Richard John Berwanger
Eccleston + Wolf, P.C.
7240 Parkway Drive
4th Floor
Hanover, Maryland 21076

Diligentsia Capital Group, LLC
c/o Recovery Management Systems Corp.
25 SE 2nd Avenue, Ste. 1120
Miami, Florida 33131-1605

Victor H. Laws, III
Laws + Sarbanes, P.A.
209 East Main Street
P.O. Box 75
Salisbury, Md. 21803-0075

Jack E. Strausman
PEPCO Holdings, Inc.
701 Ninth Street, NW, ste. 1100
Washington, DC 20068

Monroe R. Parker, Jr.

Tonia R. Parker

(3)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(at Baltimore)

|  |  |
|---|---|
| IN RE: | * |
| | *     Case No. 10-38938 |
| MONROE ROOSEVELT PARKER, JR. and | * |
| TONIA ROCKELLE PARKER | * |
| | *     (Chapter 7) |
|     Debtors | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

NOTICE OF APPEARANCE OF COUNSEL
AND REQUEST FOR NOTICE

       Shannon B. Kreshtool, Esquire, hereby enters her appearance as counsel of record for Union Institute & University in the above-referenced case. Pursuant to Bankruptcy Rules 2002 and 9007, it is hereby requested that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the office address and e-mail set forth below:

Shannon B. Kreshtool,  Esquire
Weinstock, Friedman & Friedman, P.A.
4 Reservoir Circle
Baltimore, MD 21208
(410) 559-9000
sbk@weinstocklegal.com

       The foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, notices and copies of any applications, motions, petitions, pleadings, and complaints filed in the above case which affect the Debtor, property of the Debtor and the estate.

WEINSTOCK, FRIEDMAN &
FRIEDMAN, P.A.
EXECUTIVE CENTRE
4 RESERVOIR CIRCLE
BALTIMORE, MD 21208-7301

410-559-9000
FAX: 410-559-9009

Dated:      July 20, 2011                    /s/Shannon B. Kreshtool
                                             Shannon B. Kreshtool
                                             MD Federal Bar #25867
                                             Weinstock, Friedman & Friedman, P.A.
                                             4 Reservoir Circle
                                             Baltimore, MD 21208
                                             (410) 559-9000

                                             Counsel for Union Institute & University


                          CERTIFICATE OF SERVICE

        I HEREBY CERTIFY that on this 20th day of July, 2011, a copy of the foregoing Notice

of Appearance of Counsel and Request for Notice, was sent via ECF or by first-class mail,

postage prepaid, to the following:

 Monroe Roosevelt Parker, Jr.
 27060 Ocean Gateway
 Hebron, MD 21830

 Tonia Rockelle Parker
 27060 Ocean Gateway
 Hebron, MD 21830

 Joseph J. Bellinger
 Chapter 7 Trustee
 8171 Maple Lawn Boulevard
 Suite 200
 Fulton, MD 20759


                                             /s/ Shannon B. Kreshtool
                                             Shannon B. Kreshtool


WEINSTOCK, FRIEDMAN &
FRIEDMAN, P.A.
EXECUTIVE CENTRE
4 RESERVOIR CIRCLE
BALTIMORE, MD 21208-7301

410-559-9000
FAX: 410-559-9009

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (at Baltimore)

|  |  |  |
|---|---|---|
| IN RE: | * |  |
|  | * | **Case No. 10-38938 DWK** |
| **MONROE R. PARKER, JR.** |  |  |
| **and** | * |  |
| **TONIA R. PARKER** |  |  |
|  | * | **(Chapter 7)** |
| **Debtors** |  |  |
|  | * |  |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### UNION INSTITUTE & UNIVERSITY AND ITS ATTORNEYS' RESPONSE TO DEBTORS MONROE R. PARKER, JR. AND TONIA R. PARKER'S MOTION FOR SANCTIONS FOR VIOLATION OF THE AUTOMATIC STAY

Debtors Monroe R. Parker, Jr. and Tonia R. Parker's Motion for Sanctions for Violation of the Automatic Stay ("Motion for Sanctions", Doc. 67)[1] fails to allege a violation of the automatic stay because the automatic stay was not in place at the time of the alleged collection actions. Therefore, Respondents Union Institute & University ("UI&U") and its attorneys[2] respectfully request that the Court deny the Motion for Sanctions.

## I.     INTRODUCTION

Debtor Monroe R. Parker, Jr. ("Mr. Parker") was a student at UI&U in the summer of 2010. *Affidavit of Miles H. Scott ("Scott Aff."), Ex. 1, ¶ 2.* On September 23, 2010, Mr. Parker filed a petition for Chapter 13 bankruptcy protection in the Bankruptcy Court for the Eastern

---

[1]     While the Motion for Sanctions was purportedly filed on behalf of both Monroe R. Parker, Jr. and Tonia R. Parker, the Debtors do not allege that any collection action was taken against Tonia R. Parker. Therefore, UI&U respectfully requests that the Court deny the Motion for Sanctions as to Tonia R. Parker due to the failure to allege that UI&U took any collection actions against Tonia R. Parker. UI&U will proceed with responding to the allegations made with respect to Monroe R. Parker, Jr.

[2]     The Motion for Sanctions improperly references UI&U's attorneys without identifying those attorneys and without identifying any specific action taken by those attorneys, thereby depriving any such attorneys of their due process rights to defend against the Motion for Sanctions. UI&U therefore respectfully requests that claims against its attorneys be dismissed.

District of Virginia, designated as Case No. 10-36592.[3]  On December 15, 2010, that bankruptcy

proceeding was dismissed without a discharge due to Mr. Parker's failure to pay the filing fee.

*See Dismissal Entry*, Ex. 3.

In December 2010, Mr. Parker registered for UI&U's six-month academic term which

began on January 1, 2011 (the "January Term"). *Scott Aff.*, Ex. 1, ¶ 3.  On December 22, 2010,

UI&U received a deposit of $10,199.00 from Federal DIRECT, an originator of federal student

aid loans pursuant to the designation of Mr. Parker. *Id.*, ¶ 4.  Those funds were held in Mr.

Parker's account pending the accrual of charges for the January Term. *Id.*  On December 27,

2010, while the funds were in Mr. Parker's account and prior to the accrual of any charges, Mr.

Parker filed a second bankruptcy — this time, a petition for Chapter 7 bankruptcy protection in

the Bankruptcy Court for the District of Maryland (the pending action). *Id.*, ¶ 5; *See also,*

*Voluntary Petition*, Doc. 1, filed herein 12/27/10.[4]  As a result of his previous bankruptcy filing

that was pending and dismissed within the same year, Mr. Parker enjoyed the protections of the

automatic stay with respect to his debts for only 30 days pursuant to 11 U.S.C. 362(c)(3)(A).

During the January Term, Mr. Parker's tuition and fees were paid from the Federal

DIRECT loans, but UI&U was eventually required to return the funds to Federal DIRECT as a

result of Mr. Parker's withdrawal from a 3-hour course on February 7, 2011 which disqualified

him from receiving the financial aid under his agreement with Federal Direct. *Scott Aff.*, Ex. 1, ¶

6.  Therefore, at the conclusion of the January Term in June 2011, Mr. Parker's account was due

for $10,199.00, which included $5,324.00 for the January Term. *Id.*, ¶ 7.

---

[3]      A copy of the online docket and dismissal entry from that bankruptcy proceeding are attached as Exhibits
"2" and "3", respectively.  UI&U requests that this Court take judicial notice of the bankruptcy docket and dismissal
entry pursuant to Fed. R. Evi. 201(b), applicable in this proceeding pursuant to Bankr. R. 9017, as the contents of
those documents are "capable of accurate and ready determination by resort to sources whose accuracy cannot
reasonably be questioned."
[4]      UI&U respectfully requests that the Court take judicial notice of the date of Mr. Parker's petition filing.

In June 2011, Mr. Parker applied for the six-month academic term which began on July 1, 2011 (the "July Term"). *Id.*, ¶ 8. UI&U denied Mr. Parker's application for admission to the July Term. *Id.*, ¶ 9. Mr. Parker alleges that by denying him admission and other privileges associated with admission for the July Term based on his deficient balance for the January Term, UI&U violated his automatic stay. *Motion for Sanctions*, Doc. 67, ¶¶ 6-7; *See also, Mr. Parker's Motion to Admit Exhibits*, Doc. 68 (relying solely on communications that occurred May 18, 2011 and later). Mr. Parker, however, was no longer protected by the automatic stay after January 26, 2011, and therefore cannot recover for any alleged collection activities which occurred during that time. Therefore, his Motion for Sanction must be denied.

## II.     LAW AND ANALYSIS

Section 362(c)(3)(A) of the Bankruptcy Code limits the application of the automatic stay to 30 days for bankruptcy filers who have had another bankruptcy proceeding pending but dismissed within the immediately preceding year. The statute provides as follows:

> (c)     Except as provided in subsections (d), (e), (f), and (h) of this section [which specify alternative grounds for terminating the automatic stay]—
>
> > (3)     if a single or joint case is filed by or against debtor who is an individual in a case under chapter 7, 11, or 13, and if a single or joint case of the debtor was pending within the preceding 1-year period but was dismissed, other than a case refiled under a chapter other than chapter 7 after dismissal under section 707(b)—
> >
> > > (A)     the stay under subsection (a) with respect to any action taken with respect to a debt or property securing such debt or with respect to any lease shall terminate with respect to the debtor on the 30th day after the filing of the later case[.]

This section is applicable here because Mr. Parker filed a Chapter 13 bankruptcy case on September 23, 2010 which was dismissed on December 15, 2010 for failure to pay the filing fee.

*See* Bankruptcy Docket, Ex. 2; Dismissal Entry, Ex. 3.[5]  Therefore, the automatic stay imposed by Mr. Parker's filing of the within bankruptcy proceeding on December 27, 2010 terminated 30 days later, on January 26, 2011.

This Court has previously acknowledged and enforced the self-executing termination of the automatic stay pursuant to § 362(c)(3)(A). *In re Tubman*, 364 B.R. 574, 579 (Bankr.D.Md. 2007).  This Court has also held that a debtor's *only* avenue for obtaining a continuance of the automatic stay when § 362(c)(3)(A) is implicated is to file a motion pursuant to § 362(c)(3)(B) requesting the continuance of the stay, and that said motion must be filed before the expiration of the 30-day period. *Id*. at 580-81.  As Mr. Parker did not file a motion to seek the continuance of the automatic stay prior to January 26, 2011, his stay terminated on January 26, 2011 pursuant to § 362(c)(3)(A) and cannot be revived.

As the only actions that Mr. Parker complains of occurred, if at all, after January 26, 2011, those actions could not be considered a violation of the automatic stay. Notably, the fact that Mr. Parker has chosen to proceed pro se in this bankruptcy proceeding does not change the result in this matter because pro se litigants are equally bound by the Bankruptcy Code. *See In re Schaefer*, 154 B.R. 227, 231 (Bankr.S.D.Tex. 1993) ("Pro se litigants are bound by the Bankruptcy Code, the Rules of Bankruptcy Procedure, and the Local Rules of Bankruptcy Procedure, just as any other party represented by counsel.").

Furthermore, to the extent that Mr. Parker references the application of the bankruptcy discharge in his Motion for Sanctions, such allegations are irrelevant as the Court has not entered an Order of Discharge with respect to Mr. Parker's debts.

---

[5]      See also, docket entry in the within matter dated 12/29/2010 which contains a summary of the repeat bankruptcy filings by Debtors Monroe R. Parker, Jr. and Tonia R. Parker.

## III.    CONCLUSION

For the foregoing reasons, Union Institute & University and its attorneys respectfully request that the Court deny Debtors Monroe R. Parker, Jr. and Tonia R. Parker's Motion for Sanctions for Violation of the Automatic Stay.[6]

Respectfully submitted,

  /s/ Marc E. Shach
Marc E. Shach
MD Federal Bar #06788
Shannon B.Kreshtool
MD Federal Bar #25867
Weinstock, Friedman & Friedman, P.A.
4 Reservoir Circle
Baltimore, MD 21208
(410) 559-9000
marc.shach@weinstocklegal.com
sbk@weinstocklegal.com

Counsel for Union Institute & University

---

[6]     UI&U also contends that any post-petition collection activity was related to a claim that arose post-petition and was, therefore, never subject to the automatic stay.  UI&U will reserve argument on this point as the termination of the stay pursuant to 11 USC § 362(c)(3)(A) is dispositive of Mr. Parker's motion.  If the Court does not determine that the application of § 362(c)(3)(A) disposes of this matter in its entirety, UI&U respectfully requests the opportunity to brief its position that its claim for recovery of tuition and fees for the January Term arose post-petition and was, therefore, not subject to the automatic stay.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Debtors Monroe R. Parker, Jr. and Tonia R. Parker's *Motion for Sanctions for Violation of the Automatic Stay (Doc. 67)* was served upon the following parties through the Court's ECF system, on this 20th day of July, 2011:

Joseph J. Bellinger, Chapter 7 Trustee trustee@offitkurman.com, jjbellinger@ecf.epiqsystems.com, mwashington@offitkurman.com

Richard John Berwanger on behalf of Defendant Daniel Rosenthal berwanger@ewmd.com

Andrew L. Cole on behalf of Defendant McGuire Woods LLP acole@fandpnet.com

Philip C. Smith on behalf of Creditor Hickory Hill LLC psmith@longbadger.com

And served by mailing a true and correct copy thereof to the following by Regular U.S. Mail:

Monroe Roosevelt Parker, Jr.
27060 Ocean Gateway
Hebron, MD 21830

Tonia Rochelle Parker
27060 Ocean Gateway
Hebron, MD 21830

Diligentsia Capital Group, LLC
c/o Recovery Management Systems Corp.
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Max Recovery Inc.
P.O. box 10228
Newark, NJ 07193-0228

Main Street Acquisitions Corp.
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

/s/ Marc E. Shach
Marc E. Shach

3224021.1

# Exhibit 1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

In Re:

      Monroe R. Parker, Jr.

      Tonia R. Parker,

           Debtors

Case No. 10-38938

Chapter 7

**AFFIDAVIT OF MILES H. SCOTT IN SUPPORT OF UNION INSTITUTE & UNIVERSITY AND ITS ATTORNEYS' RESPONSE TO DEBTORS MONROE R. PARKER, JR. AND TONIA R. PARKER'S MOTION FOR SANCTIONS FOR VIOLATION OF THE AUTOMATIC STAY**

| | |
|---|---|
| **STATE OF OHIO** | ) |
| | ) ss. |
| **COUNTY OF HAMILTON** | ) |

Affiant, Miles H. Scott, being first duly sworn and cautioned, deposes and states as follows:

1.    I am employed as the Senior Accountant of Union Institute & University ("UI&U"). In my capacity as Senior Accountant for UI&U, I have access to UI&U's records related to the admission decisions, correspondence, and account balances compiled and maintained with respect to its former student, Monroe R. Parker ("Mr. Parker"). I have examined the business records concerning the matters alleged in Mr. Parker's Motion for Sanctions for Violation of the Automatic Stay, and I make this affidavit based on my knowledge obtained by my review of the business records. These business records are kept by UI&U in the regular course of its business and are made at or near the time of the events appearing therein. It is the regular practice of UI&U to make and keep these records.

2.     Debtor Monroe R. Parker, Jr. ("Mr. Parker") was a student at UI&U in the summer of 2010.

3.     In December 2010, Mr. Parker registered for UI&U's six-month academic term which began on January 1, 2011 (the "January Term").

4.     On December 22, 2010, UI&U received a deposit of $10,199.00 from Federal DIRECT, an originator of federal student aid loans pursuant to the designation of Mr. Parker.

5.     The $10,199.00 received from Federal DIRECT and deposited to Mr. Parker's account was still in his account as of December 27, 2010 as no charges had accrued for the January Term as of that date.

6.     During the January Term, Mr. Parker's tuition and fees were paid from the Federal DIRECT loans, but UI&U was eventually required to return the funds to Federal DIRECT as a result of Mr. Parker's withdrawal from a 3-hour course on February 7, 2011 which disqualified him from receiving the financial aid under his agreement with Federal Direct.

7.     At the conclusion of the January Term in June 2011, Mr. Parker's account was due for $10,199.00, which included $5,324.00 for the January Term.

8.     In June 2011, Mr. Parker applied for the six-month academic term which began on July 1, 2011 (the "July Term").

9.     UI&U denied Mr. Parker's application for admission to the July Term.

FURTHER AFFIANT SAITH NAUGHT.

_____
Miles H. Scott

Sworn to before me and subscribed in my presence this 14th day of July, 2011.

_____
Notary Public

LiSA D. SchNApp
My commission expires
3/16/14

3226207.1

# Exhibit 2

CLOSED, FinMgt, DISMISSED

# U.S. Bankruptcy Court
## Eastern District of Virginia (Richmond)
## Bankruptcy Petition #: 10-36592-KRH

|  |  |
|---|---|
| *Date filed:* | 09/23/2010 |
| *Date terminated:* | 01/11/2011 |
| *Debtor dismissed:* | 12/15/2010 |

*Assigned to:* Kevin R. Huennekens
Chapter 13
Voluntary
Asset

*Debtor disposition:* Dismissed for failure to pay filing fee

**Debtor**
**Monroe Roosevelt Parker, Jr.**
1207 Palmyra Avenue, 1A
Richmond, VA 23227
SSN / ITIN: xxx-xx-3895

represented by **Monroe Roosevelt Parker, Jr.**
PRO SE

**Trustee**
**Carl M. Bates**
P. O. Box 1819
Richmond, VA 23218
(804) 237-6800

| Filing Date | # | Docket Text |
|---|---|---|
| 09/23/2010 | 1 | Voluntary Petition under Chapter 13 Filed by Monroe Roosevelt Parker Jr.. (Ramirez-Lowe, Suzan) |
| 09/23/2010 | 2 | Official Form 21 Received (Ramirez-Lowe, Suzan) |
| 09/23/2010 | 3 | Application to Pay Filing Fee in Installments filed by Monroe Roosevelt Parker Jr.. (Ramirez-Lowe, Suzan) |
| 09/23/2010 | 4 | Exhibit D - Individual Debtor's Statement of Compliance with Credit Counseling with Certification of Exigent Circumstances for Deferment of Credit Counseling Requirement attached filed by Monroe Roosevelt Parker Jr.. (Ramirez-Lowe, Suzan) |
| 09/23/2010 | 5 | Receipt of First Installment of Petition Fee Paid Receipt Number 110525 Fee Amount $ 90.00 (Ramirez-Lowe, Suzan) |
|  |  |  |

| 09/24/2010 | 6 | Meeting of Creditors: 11/12/2010, 09:00 AM, Office of the U.S. Trustee, 701 East Broad St., Suite 4300, Richmond, Virginia. Proofs of Claim due by 02/10/2011. Government Proofs of Claim due by 03/22/2011. Confirmation hearing: 12/15/2010, 09:00 AM, Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Interim Trustee: Carl M. Bates. |
|---|---|---|
| 09/24/2010 | 7 | Order Granting Application to Pay Filing Fee in Installments LBR 1006-1 (Related Doc # 3 ) Second Installment Payment due by 10/25/2010. Final Installment Payment due by 11/23/2010. (Mitchell, Angela) |
| 09/24/2010 | 8 | Inquiry/General Checksheet Issued to Monroe Roosevelt Parker, Jr. (Debtor) regarding ; Form B22C - Statement of Current Monthly Income not on Form effective 4/1/10. (Re: related document(s) 1 Voluntary Petition under Chapter 13 filed by Monroe Roosevelt Parker) (Mitchell, Angela) |
| 09/24/2010 | 9 | LBR 3015-2 Chapter 13 Plan and Related Motions Deficiency; Plan Due 10/7/2010. (Mitchell, Angela) |
| 09/26/2010 | 10 | Notice of LBR 1006-1 Installment Payments (Re: related document(s) 7 Order on Application to Pay Filing Fee in Installments LBR 1006-1) (Admin.) (Entered: 09/27/2010) |
| 09/26/2010 | 11 | Notice of LBR 3015-2 Deficiency (Re: related document(s) 9 LBR 1007-1, and/or 1007-3, and/or 3015 Case Filing/Plan Deficiency) (Admin.) (Entered: 09/27/2010) |
| 09/26/2010 | 12 | Notice of Meeting of Creditors (Re: related document(s) 6 Auto Assign Meeting of Creditors Chapter 13) (Admin.) (Entered: 09/27/2010) |
| 09/26/2010 | 13 | Notice of Electronic Filing Procedure (Admin.) (Entered: 09/27/2010) |
| 09/26/2010 | 14 | Inquiry/General Checksheet BNC Certification of Service (Re: related document(s) 8 Inquiry/General Checksheet) (Admin.) (Entered: 09/27/2010) |
| 09/26/2010 | 15 | Notice of Requirement to Complete Course in Personal Financial Management and to File Certification. (Admin.) (Entered: 09/27/2010) |
| 09/26/2010 | 16 | BNC certificate of mailing of order (Re: related document(s) 7 Order on Application to Pay Filing Fee in Installments LBR 1006-1) (Admin.) (Entered: 09/27/2010) |

| | | |
|---|---|---|
| 09/27/2010 | 17 | Adversary case 10-03155. Complaint against Baptist Theological Seminary at Richmond, et al (Fee Amount of $250 is Exempt ) filed by Monroe Roosevelt Parker Jr.. Nature of Suit: (14 (Recovery of money/property - other)), (71 (Injunctive relief - reinstatement of stay)), (91 (Declaratory judgment)) Associated Bankruptcy Case Number: 3:10-bk-36592 (Jafarbay, Jenni) |
| 10/05/2010 | 18 | Order Granting Deferment of Credit Counseling Requirement Under 11 U.S.C. Section 109(h). Certificate of Credit Counseling due by 10/25/2010. (Mitchell, Angela) |
| 10/06/2010 | 19 | Certificate of Credit Counseling filed by Monroe Roosevelt Parker Jr.. (Ramirez-Lowe, Suzan) (Entered: 10/07/2010) |
| 10/06/2010 | 20 | Chapter 13 Plan and Related Motions and Special Notice to Secured Creditor(s) Baptist Theological Seminary at Richmond filed by Monroe Roosevelt Parker Jr.. (Ramirez-Lowe, Suzan) (Entered: 10/07/2010) |
| 10/06/2010 | 21 | Statement of Current Monthly Income and Disposable Income Calculation filed by Monroe Roosevelt Parker Jr.. (Ramirez-Lowe, Suzan) (Entered: 10/07/2010) |
| 10/07/2010 | 22 | BNC certificate of mailing of order (Re: related document(s) 18 No action taken on Order re: Deferment of Credit Counseling Requirement) (Admin.) (Entered: 10/08/2010) |
| 10/19/2010 | 23 | Emergency Motion for Relief from Stay Re: 1207 Palmyra Avenue, Apartment 1A, Richmond, Virginia 23227 , and Emergency Motion for Relief from Co-Debtor Stay Re: 1207 Palmyra Avenue, Apartment 1A, Richmond, Virginia 23227 *(Baptist Theological Seminary at Richmond and Lamont Properties L.P.'s Emergency Motion for an Order Authorizing Relief from the Automatic Stay and Granting Related Relief)* filed by Karen Elizabeth Sieg of McGuire Woods LLP on behalf of Baptist Theological Seminary at Richmond and Lamont Properties L.P.. (Attachments: # 1 Proposed Order # 2 Exhibit(s) # 3 Exhibit(s) # 4 Exhibit(s) # 5 Exhibit(s) # 6 Exhibit(s) # 7 Exhibit(s)) (Sieg, Karen) |
| 10/20/2010 | 24 | U.S. Treasury receipt of Motion for Relief from Stay(10-36592-KRH) [motion,185] ( 150.00) filing fee. Receipt number 11367263, amount $ 150.00. (U.S. Treasury) |
| | | Amended Motion for Relief from Co-Debtor Stay Re: 1207 Palmyra Avenue, Apartment 1A, Richmond, Virginia 23227 , and Amended Motion for Relief from Stay Re: 1207 Palmyra Avenue, Apartment 1A, Richmond, Virginia 23227 with Notice |

| | | |
|---|---|---|
| 10/20/2010 | 25 | of Hearing, (Related Document(s) 23 Motion for Relief from Stay filed by Baptist Theological Seminary at Richmond and Lamont Properties L.P., Motion for Relief from Co-Debtor Stay) filed by Karen Elizabeth Sieg of McGuire Woods LLP on behalf of Baptist Theological Seminary at Richmond and Lamont Properties L.P.. Hearing scheduled 11/10/2010 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Attachments: # 1 Proposed Order # 2 Exhibit(s) # 3 Exhibit(s) # 4 Exhibit(s) # 5 Exhibit(s) # 6 Exhibit(s) # 7 Exhibit)) (Sieg, Karen) |
| 10/20/2010 | 26 | Motion to Restrict Public Access to Sensitive Case Information (Related Document(s) 23 Motion for Relief from Stay filed by Baptist Theological Seminary at Richmond and Lamont Properties L.P., Motion for Relief from Co-Debtor Stay) filed by Karen Elizabeth Sieg of McGuire Woods LLP on behalf of Baptist Theological Seminary at Richmond and Lamont Properties L.P.. (Attachments: # 1 Proposed Order) (Sieg, Karen) |
| 10/25/2010 | 27 | U.S. Treasury receipt of Motion for Relief from Stay(10-36592-KRH) [motion,185] ( 150.00) filing fee. Receipt number 11390689, amount $ 150.00. (U.S. Treasury) |
| 10/28/2010 | 28 | Notice of Appearance filed by Richard K. Bennett of Harman, Claytor, Corrigan & Wellman on behalf of Baptist Theological Seminary at Richmond and Lamont Properties L.P.. (Bennett, Richard) |
| 10/28/2010 | 29 | Notice of Deficient Filing Issued to Richard K. Bennett regarding Document not verified by complete /s/ Electronic Signature of Attorney (Re: related document(s) 28 Notice of Appearance filed by Baptist Theological Seminary at Richmond and Lamont Properties L.P.) Document(s) due by 11/12/2010. (Mitchell, Angela) |
| 10/28/2010 | 30 | Notice of Deficient Filing Issued to Richard K. Bennett regarding; Document appears to be filed in the wrong case (Re: related document(s) 28 Notice of Appearance filed by Baptist Theological Seminary at Richmond and Lamont Properties L.P.) Document(s) due by 11/12/2010. (Mitchell, Angela) |
| 10/29/2010 | 31 | Amended Notice of Appearance filed by Richard K. Bennett of Harman, Claytor, Corrigan & Wellman on behalf of Baptist Theological Seminary at Richmond and Lamont Properties L.P.. (Bennett, Richard) |
| 10/29/2010 | 32 | Receipt of Second Installment of Petition Fee Paid Receipt Number 110610 Fee Amount $90.00 (Muller, Terry) |

| 10/29/2010 | 33 | Order Granting Motion to Restrict Public Access to Sensitive Case Information (Related Doc # 26 ) (Mitchell, Angela) |
| --- | --- | --- |
| 11/05/2010 | 34 | Response to *Styled as Motion to Strike and Motion to Deny* (Re: related document(s) 25 motion Motion for Relief from Co-Debtor Stay filed by Baptist Theological Seminary at Richmond and Lamont Properties L.P.) filed by Monroe Roosevelt Parker Jr.. (Smith, Linda) (Entered: 11/09/2010) |
| 11/10/2010 | 35 | Hearing held; evidence presented; argument held; Court finds, among other things, that no lease exists and that the Debtor is not a student. WITNESS: Dr. James F. Peak, Jr. Movants Exhibits 1-8 Admitted. (Re: related document(s) 25 Motion for Relief from Co-Debtor Stay filed by Baptist Theological Seminary at Richmond and Lamont Properties L.P., Motion for Relief from Stay). Lori Scott and Beth Sieg for movants; Monroe Parker, pro se Debtor. (Fathergill, Gail) |
| 11/10/2010 | 36 | Receipt in open Court of Exhibits 1-8 from Lori Scott on behalf of Movant. (Re: related document(s) 35 Hearing held). NOTICE: Under Local Bankruptcy Rule 9070-1, all exhibits must be withdrawn from the Court within 30 days after final disposition of matter for which the exhibits were filed or they may be disposed of without further notice. (Fathergill, Gail) |
| 11/12/2010 | 37 | Order Granting Motion for Relief from Co-Debtor Stay (Related Doc # 25 ), Granting Motion for Relief from Stay (Related Doc # 25 ) (Mitchell, Angela) |
| 11/12/2010 | 39 | Motion to Dismiss Case (Related Document(s) 1 Voluntary Petition under Chapter 13 filed by Monroe Roosevelt Parker) filed by Monroe Roosevelt Parker Jr.. (Attachments: # 1 Notice of Voluntary Dismissal) (Muller, Terry) (Entered: 11/15/2010) |
| 11/14/2010 | 38 | BNC certificate of mailing of order (Re: related document(s) 37 Order on Motion for Relief from Co-Debtor Stay) (Admin.) (Entered: 11/15/2010) |
| 11/24/2010 | 40 | Inquiry/General Checksheet Issued to Monroe Roosevelt Parker, Jr. regarding Motion, Notice or Hearing - Motion to Dismiss Case filed 11/12/10. Please submit a proposed order to the court. Local Rules governing the submission of Court Orders & Bankruptcy Code & Federal Rules of Bankruptcy Procedure can be found on the Court's web site at www.vaeb.uscourts.gov. (Re: related document(s) 39 Motion to Dismiss Case filed by Monroe Roosevelt Parker) (Jones, Diane) |
| | | Inquiry/General Checksheet BNC Certification of Service (Re: |

| | | |
|---|---|---|
| 11/26/2010 | 41 | related document(s) 40 Inquiry/General Checksheet) (Admin.) (Entered: 11/27/2010) |
| 12/15/2010 | 42 | Local Bankruptcy Rule Order Dismissing Case (Re: related document(s) 7 Granting Order on Application to Pay Filing Fee in Installments LBR 1006-1) (Mitchell, Angela) |
| 12/17/2010 | 43 | Notice of Dismissal (Re: related document(s) 42 No action taken on Local Bankruptcy Rule Order Dismissing Case) (Admin.) (Entered: 12/18/2010) |
| 12/17/2010 | 44 | BNC certificate of mailing of order (Re: related document(s) 42 No action taken on Local Bankruptcy Rule Order Dismissing Case) (Admin.) (Entered: 12/18/2010) |
| 01/11/2011 | 45 | Adversary Proceeding Closed, APN: 10-03155-KRH; Dismissed. (Re: related document(s) 17 Complaint filed by Monroe Roosevelt Parker) (Mitchell, Angela) |
| 01/11/2011 | 46 | Case Closed. The Chapter 13 case having been dismissed, the case is hereby closed and all pending adversary proceedings and motions are subject to the effects of dismissal pursuant to 11 U.S.C. Section 349. The Trustee in this case is hereby discharged. (Mitchell, Angela) |
| 02/16/2011 | 47 | Verification of Claims Register Upon Expiration of Claims Deadline (Mitchell, Angela) |
| 03/04/2011 | 48 | Debtor(s) Change of Address filed by Monroe Roosevelt Parker Jr.. (Baumgartner, Cindy) **Modified** on 3/8/2011 to correct date filed. (Oliver, Betty). (Entered: 03/08/2011) |
| 03/08/2011 | 49 | Document Filed in Closed Case. No Action Taken. (Re: related document(s) 48 Debtor(s) Change of Address filed by Monroe Roosevelt Parker) (Baumgartner, Cindy) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 07/12/2011 16:05:19 | | |
| PACER Login: | gh0001 | Client Code: |
| | Docket | Search | 10-36592-KRH Fil or Ent: filed |

| Description: | Report | Criteria: | Doc From: 0 Doc To: 99999999 Format: html |
|---|---|---|---|
| Billable Pages: | 4 | Cost: | 0.32 |

# Exhibit 3

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

Richmond   **Division**

In re   Monroe Roosevelt Parker

Case No.   10-36592-KRH

Debtor(s)

Chapter   13

### ORDER OF DISMISSAL
### FOR FAILURE TO PAY INSTALLMENT OF FILING FEE

The debtor having failed to pay an installment filing fee payment pursuant to the provisions of Local Rule 1006-1 and the Order Approving Application to Pay Filing Fee in Installments entered in this case, and the sum of $ _____94.00_____ remains due and owing by the debtor(s); it is

**ORDERED**, pursuant to Local Bankruptcy Rule 1006-1, that the above case be dismissed; and it is further

**ORDERED** that the debtor(s) pay the remainder of the filing fee to the Clerk of Court within 14 days from the date of this order; and it is further

**ORDERED** that dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case. The trustee need not file a final report in this case unless property or money was administered.

WILLIAM C. REDDEN
Clerk of Court

Date: December 15, 2010

By /s/ Angela S. Mitchell
Deputy Clerk

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:
December 15, 2010

[odisfif ver. 12/09]

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### (at Baltimore)

|  | |  |
|---|---|---|
| | * | |
| **IN RE:** | | |
| | * | **Case No. 10-38938 DWK** |
| **MONROE R. PARKER, JR.** | | |
| **and** | * | |
| **TONIA R. PARKER** | | |
| | * | **(Chapter 7)** |
| **Debtors** | | |
| | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

### ORDER DENYING MOTION FOR SANCTIONS
### FOR VIOLATION OF THE AUTOMATIC STAY

Upon consideration of the Motion for Sanctions for Violation of the Automatic Stay filed by Monroe Roosevelt Parker, Jr. and Tonia R. Parker (the "Motion"); Union Institute and University and its Attorneys Response to Debtors Monroe Roosevelt Parker, Jr. and Tonia R. Parker's Motion for Sanctions for Violation of the Automatic Stay; and the Court finding that the Motion is without merit; it is by the United States Bankruptcy Court for the District of Maryland hereby:

ORDERED  that the Motion is DENIED.

cc:

Weinstock, Friedman & Friedman, P.A.
Marc E. Shach
Shannon B. Kreshtool
4 Reservoir Circle
Baltimore, MD 21208

Monroe Roosevelt Parker
Tonia R. Parker
1207 Palmyra Avenue, 1A
Richmond, VA 23227

Joseph J. Bellinger
Chapter 7 Trustee
8171 Maple Lawn Boulevard
Suite 200
Fulton, MD 20759