United States District Court
District of Maryland

BALTIMORE NIGHT BOX
2012 MAR 14 PM 10:42
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND

Monroe Roosevelt Parker, Jr.
Tonia Rochelle Parker
    Appellant(s)

vs.                                    Civil Action No. WMN-11-3248

Union Institute & University, et al.
    Appellee

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

MAR 14 2012

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DROP BOX
BCF

## NOTICE OF APPEAL

Now Comes debtor/appellant noting his appeal of an unconstitutional dismissal of his appeal to the 4th Circuit, United States Court of Appeals, forthwith. Notes that he never recieved a copy of the appellees Motion to Dismiss his appeal. That he has had pneumonia since October 18, 2011, and that he has not willfully disregarded Judge Nickerson's Court Orders. That he did file with Bankruptcy Court, to be forwarded to United States District Court, a designation of the items to be

included in the record on appeal and a statement of the issues to be presented within fourteen days pursuant to Rule 8006. Further attorney Shack forwarded to this Court, an affidavit by Miles Scott (an employee of Union Institute & University), that included material falsehoods, that affected the outcome of the adversary proceedings in the Bankruptcy Court, District of Maryland. Miles Scott works in the business office (does not work in financial aid office), falsely alleged that debtor dropped one of two courses, and was no longer eligible for financial aid. However, based on federal financial aid guidelines, doctoral students are only required to take three hours per semester to qualify for financial aid, specifically federally guaranteed student loans. Debtor at all times, has always been a PhD student at Union Institute and University. Neither attorney Shack nor his firm bothered to

(2)

verify the truthfulness of Miles Scott's affidavit filed in bad faith, and in violation of the United States Constitution. For these reasons debtor notes his appeal to the 4th Circuit. Debtor shows that he has filed his appeal within ten days of receiving Notice of Judge Nickerson's dismissal.

Dated: March 12, 2012

Monroe R. Parker, Jr.
27060 Ocean Gateway
Hebron, Maryland 21830
202-246-7424

CERTIFICATE OF SERVICE

The debtor serves a true and correct copy on of all creditor(s) listed in Bankruptcy Court(s) Certificate of Notice, Doc 93, filed on 11/16/11) by first-class mail.

Dated: March 12, 2012              Monroe R. Parker, Jr.

(3)

United States Bankruptcy Court
District of Maryland

In re:
Monroe Roosevelt Parker, Jr.
Tonia Rochelle Parker
    Debtors

Case No. 10-38938-dk

BALTIMORE NIGHTBOX
2012 MAR 14 PM 10: 42
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND

## CERTIFICATE OF NOTICE

District/off: 0416-1    User: larter    Form ID: pdfparty    Page 1 of 2    Total Noticed:    Date Rcvd: Nov 14, 2011

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2011.

| | | |
|---|---|---|
| db/db | +Monroe Roosevelt Parker, Jr., Tonia Rochelle Parker, 27060 Ocean Gateway, Hebron, MD 21830-1033 | |
| other | +Baptist Theological Seminary at Richmond, 3800 Brook Road, Richmond, VA 23227-4102 | |
| other | +Harman, Claytor, Corrigan & Wellman, P.C., Attn: David P. Corrigan, 4951 Lake Brook Dr., Ste. 100, Glen Allen, VA 23060-9280 | |
| cr | +Hickory Hill LLC, P. O. Box 3754, Salisbury, MD 21802-3754 | |
| other | +Ida Mae Hays, c/o Andrew L. Cole, Esq., Franklin & Prokopik, The B&O Building, Two N. Charles St. Ste. 600, Baltimore, MD 21201-3723 | |
| other | +James F. Peak, Jr., c/o Andrew L. Cole, Esq., Franklin & Prokopik, The B&O Building, Two N. Charles St. Ste. 600, Baltimore, MD 21201-3723 | |
| other | +K. Elizabeth Sieg, c/o Andrew L. Cole, Esq., Franklin & Prokopik, The B&O Building, Two N. Charles St. Ste. 600, Baltimore, MD 21201-3723 | |
| other | +Lori M. Scott, c/o Andrew L. Cole, Esq., Franklin & Prokopik, The B&O Building, Two N. Charles St. Ste. 600, Baltimore, MD 21201-3723 | |
| cr | MAX RECOVERY INC, POB 10228, Newark, NJ 07193-0228 | |
| cr | Main Street Acquisitions Corp, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 | |
| other | +Olivia Dawson, c/o Andrew L. Cole, Esq., Franklin & Prokopik, The B&O Building, Two N. Charles St. Ste. 600, Baltimore, MD 21201-3723 | |
| other | +Ronald N. Crawford, c/o Andrew L. Cole, Esq., Franklin & Prokopik, The B&O Building, Two N. Charles St. Ste. 600, Baltimore, MD 21201-3723 | |
| other | +Tiffany K. Pittman, c/o Andrew L. Cole, Esq., Franklin & Prokopik, The B&O Building, Two N. Charles St. Ste. 600, Baltimore, MD 21201-3723 | |
| cr | +Union Institute & University, c/o Marc E. Shach, Weinstock, Friedman & Friedman, P.A., 4 Reservoir Circle, Baltimore, MD 21208-6319 | |
| cr | +Union Institute & University, c/o Shannon B. Kreshtool, Esquire, Weinstock, Friedman & Friedman, P.A., 4 Reservoir Circle, Baltimore, MD 21208-6319 | |

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr     E-mail/PDF: rmscedi@recoverycorp.com Nov 15 2011 00:47:19    Diligentsia Capital Group LLC,
        c/o Recovery Management Systems Corp., 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605
       +E-mail/Text: ustpregion04.ba.ecf@usdoj.gov Nov 14 2011 21:07:51    US Trustee,
        101 W. Lombard Street, Room 2650, Baltimore, MD 21201-2623
                                                                                                    TOTAL: 2

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 16, 2011                        Signature:    _Joseph Speetjens_

```
District/off: 0416-1            User: larter              Page 2 of 2                    Date Rcvd: Nov 14, 2011
                                Form ID: pdfparty         Total Notices: BALTIMORE-NIGHT BOX
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2011 at the address(es) listed below:
     Andrew L. Cole    on behalf of Defendant  McGuireWoods LLP   acole@fandpnet.com
     Jack E. Strausman    on behalf of Defendant  Delmarva Power & Light Company
      jestrausman@pepcoholdings.com
     Joseph J. Bellinger    trustee@offitkurman.com, jjbellinger@ecf.epiqsystems.com,
      mwashington@offitkurman.com
     Marc E. Shach    on behalf of Creditor  Union Institute & University   mshach@comcast.net,
      marc.shach@weinstocklegal.com,mjerscheid@weinstocklegal.com,rtbalint@weinstocklegal.com
     Philip C. Smith    on behalf of Creditor  Hickory Hill LLC   psmith@longbadger.com
     Richard John Berwanger    on behalf of Defendant Daniel Rosenthal   berwanger@ewmd.com
     Shannon Brickell Kreshtool    on behalf of Creditor  Union Institute & University
      sbk@weinstocklegal.com, mjerscheid@weinstocklegal.com
     Victor H. Laws    on behalf of Defendant  Sharp Energy, Inc.   viclaws@lawspa.net
                                                                                        TOTAL: 8

2012 MAR 14  PM 10:42

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND