FILED: March 21, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-1374
(1:11-cv-03248-WMN)

_____

In re: MONROE ROOSEVELT PARKER, JR.

       Debtor

-------------------------------

UNION INSTITUTE & UNIVERSITY

       Plaintiff - Appellee

 and

JOSEPH J. BELLINGER, JR.

       Trustee - Appellee

v.

MONROE ROOSEVELT PARKER, JR.

       Defendant - Appellant

 and

TONIA ROCHELLE PARKER

       Defendant

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Court Case Number | 1:11-cv-03248-WMN |
| Date notice of appeal filed in originating court | 03/15/2012 |
| Appellant(s) | Monroe Parker, Jr. |
| Appellate Case Number | 12-1374 |
| Case Manager | Tony Webb<br>804-916-2702 |